Rec 5/3/19

 ORIGINAL  TICO EXPRESS 

RECEIVED
0  2019
PRO SE OFFICE

Date: 4/30/19                           Response to Civil Lawsuit Case # 19-CV-00127-FB-PK

Attn: Judge: Frederic Block    Judge: Peggy Kuo

To whom it may concern:

I want to first apologize for the late submission. I had the wrong date in mind to submit this paperwork. I was supposed to 4/26/19 however, I thought it was 4/29/19. And the reason the document was submitted on 5/1/19 was because my wife was in the hospital for 6 days because of her illness and she need help getting with the kids because she was week. Once again, sorry for the delayed response.

I also wanted to take the time to write a response about this lawsuit. I do not have an attorney and as of today I cannot afford an attorney for this case. The defendants destroyed my business by calling my customers and spreading lies. They left my family and me with $150,000 worth of debt. When I opened my business in December 2017 I created this company with $5,000 and worked on this business for 4 months without any income for my family. And in less than 3 Months these 4 individuals acted like teenagers instead of adults and caused the business to crash and burn.

I will like to counter sue all 4 defendants for $400,000 for

1) Loss business,
2) Defamation of character3
3) Expenses (Car Rentals, Temp workers, etc.)
4) Recruiting employees for while they worked for Tico Express.
5) Violating non-compete agreement as titled in their employee contract with Stark Talent.

I would like to say more However, being that I am full time caregiver for my 2 toddler children; my wife being discharged (Please see discharged paperwork) from the hospital after being in the hospitalized for 6 days, and running a business. I don't have that much time to respond to this lawsuit in the manner that I would like

The next pages cover my responses to all allegations.

Best Regards,

Fernando Brown

Telephone: 347-264-8182        Email: Ticoexpressdelivery@gmail.com

Address 8702 Avenue J
Brooklyn, N.Y. 11210



Response Mailed to

United States District Court
Eastern District of New York
-----------------------------------------------------------------x
TIFFANY GONZALES, JASON ESAW, MARCQUES MCCALL, AND KAYDIAN FERGUSON

                                                            Plaintiffs

      Against
EPLOYER SOLUTIONS STAFFING GROUP, LLC HORIZONS HRS LTD, EUROSOFT INC. dba STARK TALENT, TICOEXPRESS, INC. FERNANDO BROWN, and GARY HARGROVE

                                                            Defendants

-----------------------------------------------------------------------------------x

**Response to Nature of action:**

1 – 4 = Disagree

**Parties**

5 = Disagree

6 -8 = Unknown

9 = Agree

10 = Disagree

11 = Only Businesses

Case 1:19-cv-00127-ENV-PK    Document 15    Filed 05/01/19    Page 3 of 8 PageID #: 56



12 = Agree

13 = Disagree

14- 17 = Agree

18 – 23 = Disagree

**Factual Allegations**

**Tiffany Gonzales**

24-30 = Disagree

**Jason Esaw**

31-37 = Disagree

**Marques McCall**

38= Agree

39 – 45 = Disagree

**Kaydian Ferguson**

46 – 52 = Disagree

**Claims common to all plaintiffs**

53-59 = Disagree

**As and for a first cause of Action**

60 – 66 = Disagree

**As and for a second cause of action**

67 -73 = Disagree

**As and for a third cause of action**

Telephone: 347-264-8182     Email: Ticoexpressdelivery@gmail.com



74 – 81 Disagree

**As and for a fourth cause of action**

82 – 85 Disagree

**As and for a fifth cause of action**

86 – 89 Disagree

**Wherefore plaintiffs pray for relief as follows**

A – H = Disagree

## Additional Comments

**Tiffany Gonzales:**

1) Did not work from 7 Am-11 Pm Monday – Sunday, her work schedule was from 7pm - 3pm Monday -Friday
2) Ms. Gonzales, worked from home how would I track if she took a break or not
3) Ms. Gonzales refused to use the time keeping system that not only tracked the time. It also tracked the employees movement by GPS location, required employees to put in the jobs that they are doing, it also revealed the schedule for each employee for the week, and finally was responsible for making sure that all employees were signing and using the system
4) Ms. Gonzales was responsible for providing scheduling and assigning all jobs for all employees working for Tico Express.
5) Ms. Gonzales had multiple people working for her to make sure that all deliveries were delivered on time. This included a dispatch support person that would communicate with the drivers. In addition to a customer service person that would call the customers and inform the customers about any delays with the orders or if they are having issues delivering the orders. This was all done to make sure that the work load was evenly disbursed.
6) Ms. Gonzales, Choose to not to communicate with the people that worked for her effectively to ensure that deliveries were made on time. Her inability to communicate
7) Ms. Gonzales was suspended several times for insubordination

Telephone: 347-264-8182     Email: Ticoexpressdelivery@gmail.com



8) Ms. Gonzales took personal time to handle several personal issues, when she took the time to take care of family issues she was still payed for 40 hours when the hours were available.
9) Ms. Gonzales husband came into Tico Express's largest and caused a scene which resulted in the police having to be called to remove him and his brother from the premises. That altercation was recorded
10) Ms. Gonzales called all of Tico Expresses customers, including its main customer that was established prior to Ms. Gonzales hiring and told them that she was cheated out of pay and that they should not do business with Tico Express or Fernando Brown.

**Jason Esaw:**

1) Mr. Esaw started working as a Temp employee hired and recruited by stark talent.
2) He was hired to be a driver for Tico Express. His brother was also hired to prevent him from getting parking tickets while making deliveries.
3) Mr. Esaw started complaining about the lack of hours in the month of June. His hours where limited due to is availability
4) Mr. Esaw was suspended for being insubordinate
5) Mr. Esaw was fired after he refused to return promotional items from a customer. The police were called to retrieve the items from his vehicle after he drove with the items and Mr. Brown on the hood of his car. Mr. Brown was on the hood after he attempted to prevent him from driving off with the promotional items.
6) Mr. Esaw was arrested by the NYPD for the assault on Mr. Brown. He currently has a 3 year restraining order

**Marquise McCall:**

1) Was hired as a Driver Helper in April 2018, He was promoted to a driver, driver helper, and account executive. His pay was increased from $15 per hour to $25 per hour.
2) Mr. McCall did not use his own vehicle to do deliveries or meet with clients. He often drove with Mr. Brown to go to these clients in order.
3) Mr. McCall took breaks whenever he wanted to. He usually went to one of our customers to eat food, because of the discount.
4) Mr. McCall worked 40 hours and delivered approximately 20 lunch time catering deliveries.
5) Mr. McCall had a list of 300 businesses that he could contact to do deliveries through our Ezcater partnership. However he failed to do get any accounts that covered his pay



6) Mr. McCall didn't need any overtime to do his work there was enough time for him to complete any task in a typical 8 hour work day. Which always included breaks and if he didn't take a break he was allowed to go home early.
7) I hired Mr. McCall wife to drive and to be an assistant dispatcher. In addition to hiring his wife I provided them with a vehicle to do deliver and to take him to meet clients.
8) Mr. McCall did not hesitate to call all of Tico Expresses customers after being fired and talked down on Tico Express. He also made several attempts to steal multiple clients after being let go.

**Kaydian Ferguson**

1) Kaydian Ferguson was hired as a part time driver and dispatch support.
2) She only worked for 4 weeks, and was fired after the 4th week.
3) She was fired because she asked for more hours when she was told that this was a part time position with a cap of 20 hours per week.
4) Kaydian did not assist Tiffany Gonzales the head dispatcher. On the day Tiffany was getting fired she stated that Kaydian didn't assist her with various Job duties.
5) Kaydian continued to work past 20 hours after she was told multiple times not to do so.

=========================================================================

All documentation was mailed to plaintiff's attorney on 5/1/2019

Telephone: 347-264-8182     Email: Ticoexpressdelivery@gmail.com

# AFTER VISIT SUMMARY             NYU Langone Health

**Melissa** ▓▓▓▓ Date of birth ▓▓▓▓  Myasthenia gravis, MuSK antibody positive  4/24/2019 - 4/30/2019  Kimmel Pavilion - 16 Neuro ICU/SDU  212-263-4616

## Instructions

Discharge Instructions

### Tunneled Catheter Placement: Discharge Instructions

### What is a tunneled catheter?

A tunneled catheter is a thin, flexible tube placed through the skin into one of your large veins. The catheter is threaded through this vein until it reaches a larger vein near your heart. One end of the catheter stays outside your body and a few stitches keep the line in place. The other end of the catheter is tunneled under your skin and exits the skin on the upper chest. It is also called a central venous catheter. (Other names for this type of catheter are Permcath, Hickman, CVC or central line).

A tunneled catheter may be used to give medicines, dialysis, or fluids over a long period of time, usually several months or more. It makes doing these things more comfortable for you because they are put directly into the catheter. You are not stuck with a needle every time.

### How can you care for yourself at home?

This care sheet gives you a general idea about how long it will take to recover. Each person recovers at a different speed.

You had local anesthesia (a shot to numb the area). You may feel some pain and discomfort as it wears off.

You may have also gotten a sedative to help you relax as well as pain medication to ease pain. These are usually given in a vein (by IV). Common side effects from sedation include:
- Feeling sleepy. Your doctors and nurses will make sure you are not too sleepy to go home.
- Nausea and vomiting. This usually does not last long. It can be treated with over-the-counter medication. Read and follow all instructions on label.

You may have mild to moderate pain where the catheter enters your skin. This is normal and expected. It will improve over the next few days. Our goal is to treat your pain safely. Sometimes,

## Your Next Steps

 Go
**MAY 7** Follow Up Appointment
2:15 PM
Torossian Carol, PsyD
NYU PSYCHIATRY ASSOCIATES
1 Park Avenue 8th Floor
NEW YORK NY 10016-5802
212-263-7419

Arrive 15 minutes prior to appointment.

You have more appointments on this date. Please review your full appointment list.

*[Handwritten: My wifes Discharge Papers]*

## Sign Up for MyChart at NYU Langone

**MyChart at NYU Langone Health allows you to send a secure message to your physician's office, view your test results, renew prescriptions, schedule appointments, make payments and more. To view your account, visit https://mychart.nyulmc.org.**



Attn Clerks Office

Case # 19-CV-00127-FB-PK

From Fernando Brown
Owner of Tico Express

Mailing
Address   3702 Avenue J
          Brooklyn N.Y. 11210

*FILED*
2019 MAY -1 PM 5:26
U.S. ...

