# KATZMELINGER

280 MADISON AVENUE, SUITE 600
NEW YORK, NEW YORK 10016
www.katzmelinger.com

Nicola Ciliotta                                                                                    t: 212.460.0047
Katz Melinger PLLC                                                                            f: 212.428.6811
                                                                              nciliotta@katzmelinger.com

September 14, 2021

**Via ECF**
Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> **Re:**   ***Gonzalez et al. v. Employer Solutions Staffing Group, LLC et al.***
> **Civil Action No. 19-cv-00127**

Dear Judge Kuo:

We are attorneys for plaintiffs Tiffany Gonzalez, Jason Esaw, Marcques McCall, and Kaydian Ferguson ("Plaintiffs"), and write to respectfully request leave from the Court to amend Plaintiffs' Motion for Default Judgment.

As Your Honor is aware, on July 30, 2021, Plaintiffs moved for a default judgment against defendants Tico Express, Inc., Horizons HRS, Ltd., and Eurosoft Inc. d/b/a Stark Talent (Dkt. No. 55). At that time, Plaintiffs did not seek a default judgment against defendant Fernando Brown because his time to answer had only recently passed, and because he is representing himself, *pro se*.[1] As more than two (2) months have now passed since Brown's time to answer expired, Plaintiffs on September 2, 2021 requested that a certificate of default be issued against him (Dkt. No. 57). On September 7, 2021, the Clerk issued an Entry of Default as to Brown (Dkt. No. 58). Accordingly Plaintiffs respectfully request the Court's leave to file an amended Motion for Default Judgment in order to add Brown as a defaulting party.

We appreciate the Court's attention to this matter.

> Respectfully Submitted,
> */s/ Nicola Ciliotta*
> Nicola Ciliotta, Esq.

---

[1] Pursuant to Your Honor's Order, dated April 27, 2021, the deadline for defendant Brown to answer or otherwise respond to Plaintiffs' Amended Complaint was June 28, 2021.