EXHIBIT 10

| Date | Lawyer | Explanation | Hours |
|---|---|---|---|
| Oct 17/2018 | Nicola Ciliotta | Start drafting complaint | 2.9 |
| Oct 17/2018 | Nicola Ciliotta | Continue drafting complaint | 0.5 |
| Oct 17/2018 | Nicola Ciliotta | Finish drafting v1 of complaint, called clients to confirm duties | 1.0 |
| Oct 17/2018 | Nicola Ciliotta | Finish drafting complaint after speaking with clients | 0.7 |
| Nov 29/2018 | Nicole Grunfeld | Review and revise complaint, review file, confer with NC | 0.6 |
| Nov 29/2018 | Nicola Ciliotta | Edit complaint, confer with NDG | 1.1 |
| Dec  7/2018 | Nicola Ciliotta | Amend complaint to correctly reflect defendants' relationship | 1.2 |
| Dec 11/2018 | Nicola Ciliotta | Edit complaint | 1.8 |
| Dec 12/2018 | Nicola Ciliotta | Confer with KJK and NDG regarding parties in T. Gonzalez. | 1.1 |
| Dec 13/2018 | Nicola Ciliotta | Finish v1 of complaint | 1.0 |
| Dec 18/2018 | Nicola Ciliotta | Review damages for SOL or timing issues | 0.1 |
| Jan  2/2019 | Nicole Grunfeld | Review and revise complaint | 0.2 |
| Jan  3/2019 | Nicole Grunfeld | Revise complaint, confer with KJK and NC | 0.4 |
| Feb 20/2019 | Nicole Grunfeld | Review and file summonses | 0.1 |
| Mar 26/2019 | Nicole Grunfeld | Confer with KJK re service on defendant | 0.1 |
| Apr  9/2019 | Nicola Ciliotta | Draft default letter | 0.3 |
| Apr 11/2019 | Nicole Grunfeld | Review and revise correspondence re default, review employer docs, confer with KJK and NC re proper defendants | 0.3 |
| Apr 11/2019 | Nicola Ciliotta | Draft default letter to defendants, phone call with clients re: whether they received employee handbook | 1.0 |
| Apr 15/2019 | Nicola Ciliotta | Email correspondence with clients re: defendant's claim that clients signed documents, confer with NDG re: same | 0.2 |
| Apr 17/2019 | Nicole Grunfeld | Draft correspondence to ESSG | 0.5 |
| Apr 19/2019 | Nicole Grunfeld | Correspond with ESSG atty | 0.1 |
| Apr 24/2019 | Nicola Ciliotta | Review case facts for conversation with defendant, confer with NDG re: conversation with defendant, phone call with defendant | 1.1 |
| May  2/2019 | Nicola Ciliotta | Phone call with defendant Gary Hargrove to confirm he is represented by counsel | 0.1 |
| May  2/2019 | Nicole Grunfeld | Correspond with atty | 0.1 |
| May  8/2019 | Nicole Grunfeld | Draft and file amended complaint | 0.3 |
| May 10/2019 | Nicola Ciliotta | Draft motion for default | 2.2 |
| May 14/2019 | Nicola Ciliotta | Edit motion for default | 0.1 |
| May 15/2019 | Nicola Ciliotta | Edit motion for default | 1.1 |
| May 16/2019 | Nicole Grunfeld | Review and revise request for certificate of default, file request for summons on Tico | 0.4 |
| May 21/2019 | Nicola Ciliotta | Phone calls with clients Gonzalez and McCall re: status of case | 0.4 |
| May 28/2019 | Nicole Grunfeld | Correspond with atty re motion to dismiss | 0.1 |
| May 29/2019 | Nicola Ciliotta | Email correspondence with client | 0.1 |
| May 30/2019 | Nicola Ciliotta | Phone call with client McCall re: status of case, email correspondence withclient Gonzalez | 1.0 |
| May 31/2019 | Nicola Ciliotta | Phone call with client | 0.3 |
| Jun  4/2019 | Nicole Grunfeld | Correspond with atty re arbitration | 0.1 |
| Jun  6/2019 | Nicole Grunfeld | Review and revise arbitration agreement and stipulation | 0.8 |
| Jun  6/2019 | Nicola Ciliotta | Phone call with client McCall re: status of case | 0.1 |
| Jun 12/2019 | Nicola Ciliotta | Confer with NDG | 0.1 |
| Jun 13/2019 | Nicole Grunfeld | Correspond with atty re arb | 0.1 |
| Jun 13/2019 | Nicola Ciliotta | Phone call with client Gonzalez re: status of case | 0.4 |
| Jun 20/2019 | Nicole Grunfeld | Review arb agreement, correspond with atty | 0.1 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| Jul 10/2019 | Nicola Ciliotta | Draft statement of claim for arbitration | 1.4 |
| Jul 11/2019 | Nicola Ciliotta | Convert complaint to arbitration | 1.7 |
| Jul 16/2019 | Nicola Ciliotta | Finalize demand for arbitration | 0.5 |
| Jul 18/2019 | Nicola Ciliotta | Phone call with client re: status of case | 0.1 |
| Jul 30/2019 | Nicola Ciliotta | Email correspondence with client re: status of case | 0.1 |
| Aug  5/2019 | Nicola Ciliotta | Email correspondence with client re: status of case | 0.1 |
| Aug 15/2019 | Nicole Grunfeld | Review arbitrator list, correspond with atty | 0.5 |
| Aug 27/2019 | Nicola Ciliotta | Email correspondence with client to provide case update | 0.1 |
| Sep  4/2019 | Nicole Grunfeld | Review and revise discovery protocols, correspond with atty | 0.5 |
| Sep 19/2019 | Nicola Ciliotta | Phone calls with clients re: status of case | 0.1 |
| Sep 20/2019 | Nicola Ciliotta | Email correspondence with client re: status of case | 0.2 |
| Sep 27/2019 | Nicole Grunfeld | Telephone conference with attys and arbitrator, confer with NC | 0.5 |
| Sep 30/2019 | Nicola Ciliotta | Phone calls with clients re: status of case | 0.4 |
| Oct  1/2019 | Nicola Ciliotta | Phone call with client re: status of case | 0.1 |
| Oct 22/2019 | Nicole Grunfeld | Review status report, correspond with atty | 0.1 |
| Nov  4/2019 | Nicola Ciliotta | Call clients to get info for initial disclosures and deposition dates | 1.2 |
| Nov  7/2019 | Nicola Ciliotta | Phone call with clients re: harassment by defendant in case and scheduling of depositions | 0.3 |
| Nov 11/2019 | Nicola Ciliotta | Prepare initial disclosures; review documents for initial disclosures | 2.4 |
| Nov 13/2019 | Nicole Grunfeld | Review defs' initial disclosures, correspond with atty | 0.2 |
| Nov 13/2019 | Nicola Ciliotta | Phone calls with clients re: deposition dates and details for initial disclosures; edit initial disclosures | 1.8 |
| Nov 21/2019 | Nicola Ciliotta | Prepare production for initial disclosures | 1.6 |
| Nov 21/2019 | Nicole Grunfeld | Finalize and send initial disclosures | 0.4 |
| Nov 25/2019 | Nicole Grunfeld | Correspond with atty, telephone conference with atty and arbitrator, review file | 0.4 |
| Nov 25/2019 | Nicola Ciliotta | Phone calls with clients to schedule deposition preps | 0.6 |
| Nov 26/2019 | Nicola Ciliotta | Deposition preparation phone calls with clients Ferguson, McCall, and Esaw | 0.9 |
| Dec  1/2019 | Nicole Grunfeld | Prepare for depositions | 0.5 |
| Nov 29/2019 | Nicola Ciliotta | Draft deposition questions for Defendant Hargrove | 0.5 |
| Dec  2/2019 | Nicola Ciliotta | Attend Ferguson deposition | 2.1 |
| Dec  1/2019 | Nicole Grunfeld | Attend Ferguson deposition | 1.5 |
| Dec  3/2019 | Nicola Ciliotta | Phone call deposition preparation with Gonzalez | 0.9 |
| Dec  4/2019 | Nicole Grunfeld | Deposition of Gonzalez | 2.5 |
| Dec  4/2019 | Nicola Ciliotta | Draft deposition outline for Fernando Brown | 3.3 |
| Dec  5/2019 | Nicole Grunfeld | McCall deposition, Esaw deposition, prepare for defs' depos | 5.3 |
| Dec  5/2019 | Nicola Ciliotta | Deposition preparation with client Esaw; edit deposition outline for Fernando Brown | 0.6 |
| Dec  6/2019 | Nicole Grunfeld | Preparation for depsotions, depositions of Brown and Hargrove | 8.0 |
| Dec  6/2019 | Nicola Ciliotta | Attend depositions of defendants Brown and Hargrove | 4.0 |
| Dec  9/2019 | Nicola Ciliotta | Email correspondence with client Gonzalez re: status of case and steps moving forward | 0.1 |
| Jan  6/2020 | Nicola Ciliotta | Email correspondence with clients re: status of case | 0.1 |
| Jan 21/2020 | Nicola Ciliotta | E-mail correspondence with client Gonzalez re: status of case | 0.1 |
| Jan 24/2020 | Nicola Ciliotta | Phone calls with clients to discuss settlement offer; analyze settlement offer with review of deposition transcipts | 2.2 |
| Jan 29/2020 | Nicola Ciliotta | Phone call with client re: status of case | 0.1 |
| Jan 30/2020 | Nicola Ciliotta | Phone call with Ferguson and McCall re: settlement expectations | 0.5 |

| Date | Person | Description | Hours |
|---|---|---|---|
| Feb 5/2020 | Nicola Ciliotta | Draft default warning letter to defendants | 1.3 |
| Feb 6/2020 | Nicole Grunfeld | Finalize correspondence to defendants, correspond with atty, review damages | 0.4 |
| Feb 6/2020 | Nicola Ciliotta | Phone calls with clients re: settlement offer | 1.3 |
| Feb 11/2020 | Nicola Ciliotta | Phone calls with clients re: scheduling times to come in; and new settlement offer | 1.0 |
| Feb 24/2020 | Nicola Ciliotta | Edit damages to determine payouts to each client | 0.3 |
| Feb 26/2020 | Nicola Ciliotta | Phone calls to clients to inform them of arbitration default by defendants | 0.2 |
| Mar 3/2020 | Nicola Ciliotta | Email correspondence with client re: status of case | 0.1 |
| Mar 10/2020 | Nicola Ciliotta | Confer with NDG re: damages chart calculations | 0.1 |
| Mar 11/2020 | Nicola Ciliotta | Phone call with client Gonzalez | 0.7 |
| Mar 16/2020 | Nicola Ciliotta | Edit settlement agreement and damages chart | 0.6 |
| Mar 17/2020 | Nicola Ciliotta | Edit settlement agreements and damages chart for each individual client | 0.9 |
| Mar 19/2020 | Nicola Ciliotta | Confer with NDG | 0.2 |
| Mar 20/2020 | Nicola Ciliotta | Phone calls with KJK, NDG, and client Gonzalez | 0.7 |
| Mar 23/2020 | Nicola Ciliotta | Email correspondence with client | 0.1 |
| Mar 24/2020 | Nicola Ciliotta | Edit Gonzalez settlement agreement; confer with NDG and KJK re: same | 1.1 |
| Apr 1/2020 | Nicola Ciliotta | Phone call with client McCall re: status of case | 0.2 |
| Apr 6/2020 | Nicola Ciliotta | Prepare settlement agreements for sending; confer with KJK and NDG | 0.7 |
| Apr 7/2020 | Nicola Ciliotta | Review settlement agreements with clients; coordinate with clients on how to get signed agreements/w9s sent | 1.4 |
| Apr 8/2020 | Nicola Ciliotta | Phone call with client Gonzalez re: status of settlement; confer with NDG re: same | 0.6 |
| Apr 9/2020 | Nicola Ciliotta | Phone call with client Gonzalez | 0.2 |
| Apr 9/2020 | Nicola Ciliotta | Email correspondence with client | 0.1 |
| Apr 13/2020 | Nicola Ciliotta | Email correspondence with client re: signing settlement agreement and W9 | 0.3 |
| Apr 16/2020 | Nicola Ciliotta | Draft stip of dismissal | 0.4 |
| Apr 16/2020 | Nicola Ciliotta | Email correspondence with clients and confer with NDG re: timing of settlement checks | 0.3 |
| Apr 21/2020 | Nicola Ciliotta | Phone call with client McCall re: status of settlement payment | 0.2 |
| Apr 24/2020 | Nicola Ciliotta | Edit Cheeks letter | 2.1 |
| Apr 27/2020 | Nicola Ciliotta | Email correspondence with clients re: status of case | 0.1 |
| Apr 28/2020 | Nicola Ciliotta | Email correspondence with client Esaw re: status of settlement payment; draft declaration for client Ferguson dismissing her claims against ESSG and other parties | 0.7 |
| Apr 29/2020 | Nicola Ciliotta | Draft consents to magistrate forms | 0.3 |
| Apr 30/2020 | Nicola Ciliotta | Prepare fairness letter and exhibits for filing | 0.5 |
| May 4/2020 | Nicola Ciliotta | Phone call with client McCall re: status of settlement payment | 0.1 |
| May 6/2020 | Nicola Ciliotta | Phone call with client McCall re: status of case | 0.1 |
| May 8/2020 | Nicola Ciliotta | Draft motion for default | 1.8 |
| May 11/2020 | Nicola Ciliotta | Phone call with client McCall re: settlement status | 0.1 |
| May 12/2020 | Nicola Ciliotta | Edit request for certificate of default pleadings | 2.1 |
| May 14/2020 | Nicola Ciliotta | Phone call with client McCall re: status of settlement | 0.1 |
| May 16/2020 | Nicola Ciliotta | Email correspondence with client Esaw re: status of settlement checks | 0.1 |
| May 19/2020 | Nicola Ciliotta | Email correspondence with client re: status of settlement payment | 0.1 |
| May 26/2020 | Nicola Ciliotta | Draft letter to judge re: costs in settlement agreement; phone call with client McCall re: status of case; email correspodence with client Gonzalezre: status of case | 0.9 |
| May 28/2020 | Nicola Ciliotta | Phone call with client McCall re: status of settlement;  email correspondence with client Esaw re: status of case; draft status letter tojudge | 1.8 |

| Date | Name | Description | Hours |
|---|---|---|---|
| May 29/2020 | Nicola Ciliotta | Email correspondence with clients and KJK re: banking information and how to send settlement amounts | 0.2 |
| Jun 1/2020 | Nicola Ciliotta | Email correspondence with clients re: status of case | 0.2 |
| Jun 3/2020 | Nicola Ciliotta | Email correspondence with client Gonzalez re: status of case; phone call with McCall re: same | 0.2 |
| Jun 3/2020 | Nicole Grunfeld | Review and revise status letter | 0.2 |
| Jun 5/2020 | Nicola Ciliotta | Email correspondence with client Esaw re: status of case | 0.1 |
| Jun 8/2020 | Nicola Ciliotta | Email correspondence with clients re: status of case | 0.1 |
| Jun 9/2020 | Nicola Ciliotta | Phone calls with clients Esaw and McCall re: bank accounts for settlement payments | 0.2 |
| Jun 10/2020 | Nicola Ciliotta | Phone calls with clients and confer with KJK and NDG re: coordinating receipt of payments | 0.6 |
| Jun 11/2020 | Nicola Ciliotta | Email correspondence with client Gonzalez re: upcoming steps in case | 0.1 |
| Jul 16/2020 | Nicola Ciliotta | Email correspondence with client re: status of case | 0.1 |
| Jul 25/2020 | Nicole Grunfeld | Review and revise request for certificate of default and supporting aff | 0.3 |
| Jul 27/2020 | Nicola Ciliotta | Edit motion for default; confer with NDG re: same | 1.3 |
| Aug 5/2020 | Nicola Ciliotta | Prepare motion for default | 4.4 |
| Aug 7/2020 | Nicola Ciliotta | Edit motion for default judgment | 0.4 |
| Aug 11/2020 | Nicola Ciliotta | Edit client declarations for default judgment motion | 0.4 |
| Aug 12/2020 | Nicola Ciliotta | Draft plaintiff declarations | 0.2 |
| Aug 17/2020 | Nicola Ciliotta | Draft client declarations for motion for default | 1.8 |
| Aug 18/2020 | Nicole Grunfeld | Review and revise declaration | 0.2 |
| Aug 18/2020 | Nicola Ciliotta | Draft client declarations for motion for default | 1.1 |
| Aug 19/2020 | Nicola Ciliotta | Draft client declarations for motion for default; draft motion for default pleadings | 1.2 |
| Aug 19/2020 | Nicole Grunfeld | Review and revise declarations | 0.5 |
| Aug 20/2020 | Nicola Ciliotta | Edit motion for default damages and pleadings to include settlement payments from settling defendants | 2.1 |
| Aug 23/2020 | Nicole Grunfeld | Finalize motion for default | 1.8 |
| Aug 24/2020 | Nicola Ciliotta | Confer with NDG re: damages calculations for motion for default | 0.2 |
| Aug 25/2020 | Nicola Ciliotta | Edit damages, edit motion | 1.2 |
| Sept 1/2020 | Nicola Ciliotta | Send declarations to clients | 0.3 |
| Sept 8/2020 | Nicola Ciliotta | Email with clients re declarations | 0.2 |
| Sept 11/2020 | Nicole Grunfeld | Finalize motion for default | 0.7 |
| Dec 3/2020 | Nicola Ciliotta | Phone call with judge's chambers re: status of motion for default decision | 0.2 |
| Dec 14/2020 | Nicola Ciliotta | Email correspondence with client re: status of case | 0.1 |
| Jan 28/2021 | Nicola Ciliotta | Review court's order to ensure compliance; draft letter to court re: motion for default | 1.4 |
| Jan 29/2021 | Nicola Ciliotta | Edit letter to court re: request to remedy motion | 0.3 |
| Feb 1/2021 | Nicola Ciliotta | Draft letter to court re: remedying deficiencies | 0.4 |
| Feb 2/2021 | Nicola Ciliotta | Review court order; coordinate for service | 0.2 |
| Feb 3/2021 | Nicola Ciliotta | Confer with NDG re: filing aff of service | 0.1 |
| Feb 8/2021 | Nicola Ciliotta | Phone calls with clients re: defendants' contact information;email correspondence to default defendants re: upcoming conference; call defendant Brown re: upcoming conference | 0.6 |
| Feb 9/2021 | Nicola Ciliotta | Email correspondence with defendant Horizons re: upcoming 2/10 conference | 0.1 |
| Feb 9/2021 | Nicole Grunfeld | Prepare for telephonic hearing | 0.3 |
| Feb 10/2021 | Nicole Grunfeld | Teleconf with court, confer with KJK and NC, review arbitration agreement, review arbitration order | 0.6 |
| Feb 10/2021 | Nicola Ciliotta | Email correspondence with Defendant Brown re: upcoming conference; draft stip of service for Defendant Brown; confer with KJK and NDG re: upcoming steps | 1 |

| Date | Name | Description | Hours |
|---|---|---|---|
| Feb 16/2021 | Nicola Ciliotta | Email correspondence to defendant Brown re: signing stip | 0.1 |
| Feb 19/2021 | Nicola Ciliotta | Confer with NDG and KJK re: settlement | 0.1 |
| Feb 22/2021 | Nicola Ciliotta | Email correspondence with defendant Brown re: settlement | 0.1 |
| Mar 1/2021 | Nicola Ciliotta | Phone call and email correspondence with defendant Brown re: settlement | 0.2 |
| Mar 2/2021 | Nicola Ciliotta | Phone call with defendant Brown re: settlement | 0.6 |
| Mar 3/2021 | Nicola Ciliotta | Email correspondence to defendant Brown re: signing stip | 0.1 |
| Mar 8/2021 | Nicola Ciliotta | Confer with NDG re: plan with default motion | 0.1 |
| Mar 9/2021 | Nicola Ciliotta | Edit motion for default | 0.1 |
| Mar 10/2021 | Nicola Ciliotta | Edit motion for default judgment | 2.3 |
| Mar 11/2021 | Nicola Ciliotta | Confer with NDG and KJK re: plan with case; coordinate to serve defendant Brown | 0.3 |
| Mar 12/2021 | Nicola Ciliotta | File NOA and affidavit of service for Brown | 0.2 |
| Apr 2/2021 | Nicola Ciliotta | Send default letter to defendants | 0.3 |
| Apr 13/2021 | Nicola Ciliotta | Revise motion for default | 0.7 |
| Apr 19/2021 | Nicola Ciliotta | Confer with NDG re: upcoming deadlines | 0.2 |
| Apr 21/2021 | Nicole Grunfeld | Review and revise aff for dfeault certificate | 0.3 |
| Apr 21/2021 | Nicola Ciliotta | Edit motion for default and request for certificate of default | 0.9 |
| Apr 22/2021 | Nicola Ciliotta | Edit and file revised certificate of default for Brown; edit revised motion for default | 0.7 |
| Apr 26/2021 | Nicola Ciliotta | Draft status report; confer with NDG re: plan with case | 0.6 |
| Apr 27/2021 | Nicola Ciliotta | Confer with NDG re: default; serve defendant Brown with order | 0.3 |
| May 4/2021 | Nicola Ciliotta | Phone call with clerk of court re: process for withdrawing motion | 0.1 |
| May 5/2021 | Nicola Ciliotta | Draft letter to withdraw motion for default; confer with NDG re: withdrawing for default; file letter | 0.5 |
| Jun 21/2021 | Nicole Grunfeld | Review and revise default motion | 0.8 |
| Jun 21/2021 | Nicola Ciliotta | Draft motion for default memo; revise motion for default papers | 1.4 |
| Jul 9/2021 | Nicola Ciliotta | Edit revised motion for default judgment | 0.8 |
| Jul 12/2021 | Nicola Ciliotta | Edit revised motion for default | 2.2 |
| Jul 22/2021 | Nicola Ciliotta | Phone call with clients McCall and Ferguson re: status of case | 0.3 |
| Jul 26/2021 | Nicole Grunfeld | Review notice of motion and proposed judgment, confer with NC | 0.2 |
| Jul 26/2021 | Nicola Ciliotta | Edit motion for default judgment | 1 |
| Jul 27/2021 | Nicole Grunfeld | Review and revise default memo and declaration | 1.3 |
| Jul 27/2021 | Nicola Ciliotta | Edit motion for default memo | 0.3 |
| Jul 28/2021 | Nicola Ciliotta | Edit motion for default | 1 |
| Aug 1/2021 | Nicole Grunfeld | Confer with NC | 0.1 |
| Jul 30/2021 | Nicola Ciliotta | File motion for default; print and send motion for default to default defendants | 0.4 |
| Aug 2/2021 | Nicola Ciliotta | Draft and file affirmation of service | 0.2 |
| Aug 17/2021 | Nicole Grunfeld | Confer with NC | 0.1 |
| Aug 18/2021 | Nicola Ciliotta | Draft request for certificate of default for Brown | 0.1 |
| Aug 19/2021 | Nicola Ciliotta | Draft request for certificate of default as to defendant Brown | 0.5 |
| Sep 2/2021 | Nicole Grunfeld | Review request for Brown certificate of default | 0.1 |
| Sep 2/2021 | Nicola Ciliotta | File request for certificate of default | 0.2 |
| Sep 7/2021 | Nicola Ciliotta | Review court order | 0.1 |
| Sep 8/2021 | Nicola Ciliotta | Confer with NDG re: next steps | 0.1 |
| Sep 9/2021 | Nicole Grunfeld | Confer with NC | 0.1 |

| Sep 13/2021 | Nicola Ciliotta | Phone call with court re: motion for default; draft letter to court re: amending motion for default | 0.4 |
| Sep 14/2021 | Nicole Grunfeld | Review and revise correspondence to court, confer with NC | 0.2 |
| Sep 14/2021 | Nicola Ciliotta | File letter to court re: amending default judgment | 0.1 |
| Sep 15/2021 | Nicola Ciliotta | Review court order | 0.1 |
| Sep 20/2021 | Nicole Grunfeld | Review and revise revised motion for default, confer with NC | 1.1 |
| Sep 20/2021 | Nicola Ciliotta | Update motion for default | 0.7 |
| Sep 21/2021 | Nicola Ciliotta | Revise motion for default; confer with NDG | 1 |
| Sep 20/2021 | Nicole Grunfeld | Review and revise revised motion for default, confer with NC | 0.5 |

| Summary of Katz Melinger PLLC Attorneys' Fees | | | |
|---|---|---|---|
| **Attorney Name** | **Hours** | **Hourly Rate** | **Total Fees** |
| Nicole Grunfeld | 33.80 | $375.00 | $12,675.00 |
| Nicola Ciliotta | 116.30 | $275.00 | $31,982.50 |
| **Total** | **150.10** | | **$44,657.50** |