UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
TIFFANY GONZALEZ, JASON ESAW,
MARCQUES MCCALL, and KAYDIAN FERGUSON,   JUDGMENT

19-CV-00127 (ENV) (PK)

        Plaintiffs,

   v.

EMPLOYER SOLUTIONS STAFFING GROUP, LLC,
EMPLOYER SOLUTIONS STAFFING GROUP II, LLC,
HORIZONS HRS, LTD., EUROSOFT INC. d/b/a STARK
TALENT, TICO EXPRESS, INC., FERNANDO BROWN,
and GARY HARGROVE,

        Defendants.
------------------------------------------------------------- X

      An Order of Honorable Eric N. Vitaliano, United States District Judge, having been filed on March 26, 2024, adopting the Report and Recommendation of Magistrate Peggy Kuo, dated March 11, 2024, granting default judgment against the defendants; awarding Plaintiff Gonzalez a total of $68,853.35 in damages, comprised of $41,040 in unpaid overtime wages and $41,040 in liquidated damages, the sum of which is offset by plaintiff Gonzalez's receipt of $13,226.65 pursuant to plaintiffs' settlement with the Settling Defendants; awarding plaintiff Gonzalez prejudgment interest at a rate of $10.12 per day from May 5, 2018, through the date of entry of judgment; awarding Plaintiff Esaw a total of $4,691.50, comprised of $3,825 in unpaid overtime wages and $3,825 in liquidated damages, the sum of which is offset by the receipt of $2,958.50 from the settlement; awarding plaintiff Esaw prejudgment interest at a rate of $0.94 per day from April 28, 2018, through the date of entry of judgment; awarding Plaintiff McCall a total of $150.74 in damages, comprised of $1,312.50 in unpaid overtime wages and $1312.50 in liquidated damages, the sum of which is offset by the receipt of $2,474.26 from the settlement; awarding plaintiff McCall prejudgment interest at a rate of $0.32 per day from May 20, 2018,

through the date of entry of judgment; awarding Plaintiff Ferguson a total of $7,200, comprised of $3,600 in unpaid overtime wages and $3,600 in liquidated damages; awarding Plaintiff Ferguson pre-judgment interest in the amount of $0.89 per day from June 10, 2018, through the date of entry of judgment; granting plaintiffs post-judgment interest at the default federal statutory rate on all sums awarded from the date of entry of judgment until the date of payment, except that a fifteen percent increase penalty will apply to post-judgment interest if plaintiffs' damages under New York Labor Law are not paid within ninety days of the entry of judgment or the expiration of time to appeal; awarding plaintiffs $13,002.50 in attorneys' fees; and the Clerk of Court having calculated the pre-judgment interest at the rates set forth above, and the interests being $21,788.36 (Gonzalez), $2,030.40(Esaw), $684.16(McCall), $1,884.13(Ferguson); it is

ORDERED and ADJUDGED that default judgment is hereby entered in favor of Plaintiffs and against Defendants in the total amount of $120,285.14 ($90,641.71-Gonzalez; $6,721.90-Esaw; $834.90-McCall; $9,084.13-Ferguson); that plaintiffs are granted post-judgment interest at the default federal statutory rate on all sums awarded from the date of entry of judgment until the date of payment, except that a fifteen percent increase penalty will apply to post-judgment interest if plaintiffs' damages under New York Labor Law are not paid within ninety days of the entry of judgment or the expiration of time to appeal.

Dated: Brooklyn, NY  
      March 27, 2024

Brenna B. Mahoney  
Clerk of Court

By: */s/Jalitza Poveda*  
      Deputy Clerk