UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
TIFFANY GONZALEZ, JASON ESAW,
MARCQUES MCCALL, and KAYDIAN FERGUSON,

                                          Plaintiffs,

       v.

EMPLOYER SOLUTIONS STAFFING GROUP, LLC,
EMPLOYER SOLUTIONS STAFFING GROUP II, LLC,
HORIZONS HRS, LTD., EUROSOFT INC. d/b/a STARK
TALENT, TICO EXPRESS, INC., FERNANDO BROWN,
and GARY HARGROVE,
                                          Defendants.
---------------------------------------------------------------------------X

Civ. Action No.
19-cv-00127 (ENV)(PK)

**<u>ORDER TO SHOW
CAUSE</u>**

      Upon the motion by plaintiffs Tiffany Gonzalez, Jason Esaw, Marcques McCall, and Kaydian Ferguson, with the supporting Declaration of Adam Sackowitz dated July 3, 2025, together with all of the exhibits annexed hereto and the annexed memorandum of law seeking an order pursuant to Fed. R. Civ. P. 69 and CPLR §§5225(b) and 5227 directing that non-party U.S. Bank National Association ("U.S. Bank N.A.") turn over to counsel for Plaintiffs all property within their possession belonging to Horizons Hrs, LTD., Eurosoft Inc. d/b/a Stark Talent, Tico Express, Inc., and Fernando Brown ("Judgment Debtors"), including but not limited to all assets held in U.S. Bank N.A. bank accounts ending x4325 and x9704 (the "Accounts"), up to the amount of the judgment entered in this action on March 27, 2024 of $120,285.14 (the "Judgment"), with interest thereon until the date of any such order granting such relief, and further ordering U.S. Bank N.A. to turn over to counsel for Plaintiffs all other property belonging to the Judgment Debtors that comes into its possession after the date on which the order is entered, up to the amount necessary to satisfy the Judgment, including all interest; it is hereby

      **ORDERED** that a hearing on the Motion shall be held before the Honorable Eric N. Vitaliano, United States Judge, at the United States District Court for the Eastern District of New

York, 225 Cadman Plaza East, Brooklyn, New York 11201, on _____, 2025 at _____, during which any interested party shall be permitted to attempt to show cause why the Motion should not be granted; and

**IT IS FURTHER ORDERED** that, pending the hearing and determination of this motion, U.S. Bank N.A. is hereby restrained and prohibited from transferring or paying any assets in which said Judgment Debtors have an interest, or any debt owed to said Judgment Debtors, and from transferring, assigning, or dissipating any assets, including the money held in the Accounts, pending the outcome of this proceeding; and it is further

**IT IS FURTHER ORDERED** that any interested party, may electronically file papers in further support of the Motion, or in opposition to the Motion, on or before _____, 2025 at _____; and

**IT IS FURTHER ORDERED** that service of a copy of this Order to Show Cause, and the papers upon which it is based, upon U.S. Bank N.A. and the Judgment Debtors by overnight federal express on or before _____, 2025 shall constitute good and sufficient notice of the Motion and the hearing scheduled hereunder.

Dated: Brooklyn, New York

_____, 2025

                                          Honorable Eric N. Vitaliano
                                          United States Judge