EXHIBIT 3

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF EASTERN DISTRICT NEW YORK

TIFFANY GONZALEZ, JASON ESAW, MARCQUES MCCALL, KAYDIAN FERGUSON,

Plaintiff-Judgment Creditor,

INDEX NO: 19-CV-00127

**QUESTION AND ANSWERS IN CONNECTION WITH INFORMATION SUBPOENA**

-against-

EMPLOYER SOLUTIONS STAFFING GROUP LLC, EMPLOYER SOLUTIONS STAFFING GROUP II LLC, HORIZOND HRS LTD, EUROSOFT INC DBA STARK TALENT, TICO EXPRESS INC, FERNANDO BROWN, GARY HARGROVE

Defendant(s)-Judgment Debtor(s)

RE: EMPLOYER SOLUTIONS STAFFING GROUP LLC, EMPLOYER SOLUTIONS STAFFING GROUP II LLC, HORIZOND HRS LTD, EUROSOFT INC DBA STARK TALENT, TICO EXPRESS INC, FERNANDO BROWN, GARY HARGROVE, *Judgment Debtor(s)*

STATE OF OREGON, COUNTY OF MULTNOMAH, ss :

Hannah S, being duly sworn deposes and says: that deponent is the employee of U.S. Bank, recipient of an information subpoena herein and of the original and a copy of questions accompanying said subpoena. The answers set forth below are made from information obtained from the records of the recipient.

Q. No. I   Do you have a record of any account in which the judgment debtor may have an interest, whether under the name of the debtor, under a trade or corporate name, or in association with others, as of the date of the subpoena or within 3 years prior thereto?

Answer NO

U.S Bank does not have garnishable acccounts with New York. For additional information regarding customer accounts please serve U.S. Bank, N.A. a stand-alone information subpoena duces tecum. Process is in relation to the CFPB Consent Order - CFPB v Bank of America.

Sworn to before me this
5 day of AUG, 2024

*Hannah S*

Signature - print or type name beneath
Hannah S

Notary Public