EXHIBIT 4

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TIFFANY GONZALEZ, JASON ESAW, MARCQUES MCCALL, and KAYDIAN FERGUSON,

                                      Plaintiffs,

-against-

EMPLOYER SOLUTIONS STAFFING GROUP, LLC, EMPLOYER SOLUTIONS STAFFING GROUP II, LLC, HORIZONS HRS, LTD., EUROSOFT INC. D/B/A STARK TALENT, TICO EXPRESS, INC., FERNANDO BROWN, and GARY HARGROVE,

                                      Defendants.
------------------------------------------------------------------------X

Civil Action No. 19-cv-00127

**SUBPOENA DUCES TECUM**

**THE PEOPLE OF THE STATE OF NEW YORK**

To:    U.S. Bank, N.A.
         Attn: Legal Department

Address:    425 Walnut Street
               Cincinnati, OH 45202

      **WHEREAS**, in an action in the United States District Court for the Eastern District of New York, between Tiffany Gonzalez, Jason Esaw, Marcques McCall, and Kaydian Ferguson, as plaintiffs, and Employer Solutions Staffing Group, LLC, Employer Solutions Staffing Group II, LLC, Horizons Hrs, LTD., Eurosoft Inc. d/b/a Stark Talent, Tico Express, Inc., Fernando Brown, and Gary Hargrove, as defendants, who are all the parties named in said action, a judgment was entered on March 27, 2024 in favor of Tiffany Gonzalez, Jason Esaw, Marcques McCall, and Kaydian Ferguson, judgment-creditors, and against Horizons Hrs, LTD., whose last known address is 7547 Central Parke Blvd, Mason, Ohio 45040, Eurosoft Inc. d/b/a Stark Talent, whose last known address is One Pierrepont Plaza, 300 Cadman Plaza West, 12th Floor, Brooklyn, New York 11201, Tico Express, Inc., whose last known address is 3702 Avenue J, Brooklyn, New York 11210, and Fernando Brown, whose last known address is 3702 Avenue J, Brooklyn, New York 11210, judgment-debtors, in the amount of $120,285.14, of which $120,285.14, together with interest thereon from March 27, 2024, remains due and unpaid; and

      **NOW, THEREFORE, WE COMMAND YOU**, that all business and excuses being laid aside, on the 5th day of February 2025 at 10:00 am, or at any recessed or adjourned date, to produce the following documents at the law offices of Katz Melinger PLLC, at 370 Lexington Avenue, Suite 1512, New York, New York 10017:

## DOCUMENTS

As used herein, "documents" shall mean any written, printed, typed or other graphical material of any kind or nature, and all mechanical and electronic sound recordings or transcripts thereof however produced or reproduced, whether sent or received, including, but not limited to, letters or other correspondence, memoranda, purchase orders, order confirmations, invoices, bills of lading, notes, workpapers, transcripts, minutes or reports of meetings, telephone or other conversations, interviews or conferences, reports, legal documents, financial records, statistical records, appointment books and diaries, charts, graphs, designs, drawings, computer records, tapes or printouts, film or microfilm or microfiche, reports, opinion, messages, books, papers or anything related to the foregoing however designated or denominated by defendant, in the possession and/or control of defendant to exist; it shall mean copies of "documents" by whatever means made.

**PLEASE PRODUCE THE ITEMS DEMANDED ALONG WITH THE ENCLOSED BUSINESS RECORDS CERTIFICATION.**

**PLEASE PRODUCE THE ITEMS DEMANDED FOR ALL ACCOUNTS OF THE JUDGMENT DEBTORS, INCLUDING HORIZONS HRS, LTD., EMPLOYER IDENTIFICATION NUMBER ███████ 9587, AND FERNANDO BROWN, SOCIAL SECURITY NUMBER ███████ XXXX, INCLUDING BUT NOT LIMITED TO ACCOUNTS THAT ARE CLOSED AND ACCOUNT NUMBER ENDING IN 9640.**

**WE WILL CONTACT YOU UPON RECEIPT OF THOSE DOCUMENTS IF WE WANT THE REMAINDER OF THE ITEMS PRODUCED.**

1. All documents used to create any account maintained by the judgment-debtor(s).

2. All account statements for any account maintained by the judgment-debtor(s) for the period January 1, 2023 to the present.

**DO NOT PRODUCE THE REMAINDER OF THESE ITEMS UNLESS WE REQUEST THAT YOU DO SO.**

3. All records of deposits made into any account maintained by judgment-debtor(s) for the period January 1, 2023 to the present.

4. All checks drawn on any account maintained by judgment-debtor(s) for the period January 1, 2023 to the present.

5. All documents evidencing withdrawals made by or to judgment-debtor(s) for the period January 1, 2023 to the present.

6. All documents by which the judgment-debtor(s) made application to the witness for any loan or line of credit.

7. All documents evidencing the agreement by which any loan referenced in the prior category of documents has been made, and any documents evidencing the manner in which any part of that loan or line of credit has been paid and the present status of any such loan or line of credit.

      8.  All other books, papers and records in your possession or control which have or may contain information concerning the property, income or other means of the judgment-debtor(s) relevant to the satisfaction of the judgment.

      **TAKE NOTICE** that false swearing or failure to comply with this subpoena is punishable as a contempt of court.

Dated: New York, New York
       January 6, 2025

                                                        _____
                                                        Adam Sackowitz
                                                        Katz Melinger PLLC
                                                        370 Lexington Avenue, Suite 1512
                                                        New York, New York 10017
                                                        t: (212) 460-0047
                                                        f: (212) 428-6811
                                                        subpoenas@katzmelinger.com
                                                        *Attorneys for Judgment-Creditors*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
TIFFANY GONZALEZ, JASON ESAW, MARCQUES MCCALL, and KAYDIAN FERGUSON,

           Plaintiffs,

-against-

EMPLOYER SOLUTIONS STAFFING GROUP, LLC, EMPLOYER SOLUTIONS STAFFING GROUP II, LLC, HORIZONS HRS, LTD., EUROSOFT INC. D/B/A STARK TALENT, TICO EXPRESS, INC., FERNANDO BROWN, and GARY HARGROVE,

           Defendants.
------------------------------------------------------------------------X

Civil Action No. 19-cv-00127

**BUSINESS RECORDS CERTIFICATION**

STATE OF _____ )
     ) ss.:
COUNTY OF _____ )

_____, being duly sworn, deposes and says:

1. I am employed by _____ (the Company), located at _____, telephone number _____.

2. My position/title at the Company is _____.

3. I am a duly authorized custodian of the records produced with this certification and have the authority to make this certification.

4. To the best of my knowledge, after a thorough search of the Company's records, the attached copies of the records are true and accurate versions of the documents described in the *subpoena duces tecum* that are in the possession, custody, or control of the Company.

5. To the best of my knowledge, after a thorough search of the Company's records, the records or copies produced represent all the documents described in the *subpoena duces tecum* that are in the possession of the Company.

6. The records or copies produced were made by the personnel or staff of the Company, or persons acting under the Company's control, in the regular course of business, at the time of the act, transaction, occurrence or event recorded therein, or within a reasonable time thereafter, and it is the regular course of business of the Company to make such records.

_____
Signature-print or type name beneath

Sworn to before me this
\_\_\_\_ day of _____, 20\_\_

_____
Notary Public