EXHIBIT 5

# U.S. bank.

**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

| 62 | TRN | 6480 | S | Y | ST01 |

Account Number:
███████9704

Statement Period:
Jan 2, 2025
through
Jan 31, 2025

Page 1 of 2

106481238140398 S

HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

☎ **To Contact U.S. Bank**

**Commercial Customer Service:**    800-377-3053

**U.S. Bank accepts Relay Calls**
**Internet:**    usbank.com

---

## INFORMATION YOU SHOULD KNOW

**Price changes for U.S. Bank Business Checking, Savings and Treasury Management Services are effective Jan. 1, 2025.** You can view revised pricing (only those prices that have changes for services you have recently used) at https://cashmgmt.usbank.com/repricing beginning Dec. 1, 2024. Please enter the Access Code listed below to view price changes that may apply. If you experience difficulty accessing this information, please call Customer Service at the number listed in the upper-right corner of this statement or send an email to commercialsupport@usbank.com.

Access Code: 93-CCC9-EE9B-5C0D

---

## ANALYZED CHECKING

**Member FDIC**

U.S. Bank National Association

**Account Number** ███████-9704

### Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Jan 2 | | $ | 25,839.90 |
| Other Deposits | 5 | | 113,051.93 |
| Other Withdrawals | 9 | | 122,215.76- |
| **Ending Balance on  Jan 31, 2025** | | **$** | **16,676.07** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jan  2 | Wire Credit REF001826 | ZIONS BANCORP, NA  250102B028VG | | $ | 17,948.08 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Jan  9 | Wire Credit REF001170 | ZIONS BANCORP, NA  250109B011BH | | | 22,619.36 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Jan 16 | Wire Credit REF001296 | ZIONS BANCORP, NA  250116B014BD | | | 24,024.50 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Jan 23 | Wire Credit REF001034 | ZIONS BANCORP, NA  250123B010L8 | | | 24,850.78 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Jan 30 | Wire Credit REF001396 | ZIONS BANCORP, NA  250130B012JN | | | 23,609.21 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| | | **Total Other Deposits** | | **$** | **113,051.93** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jan  2 | Electronic Funds Transfer | To Account ███6767 | | $ | 17,524.20- |
| Jan  7 | Electronic Withdrawal | To OHIO BWC | | | 1,869.92- |
| | REF=250060163423590N00 | 3311334187PAYMENT  C80070679-0 | | | |
| Jan  9 | Electronic Funds Transfer | To Account ███6767 | | | 19,770.93- |
| Jan 15 | Analysis Service Charge | | 1600000000 | | 254.74- |
| Jan 16 | Electronic Funds Transfer | To Account ███6767 | | | 22,736.86- |
| Jan 23 | Electronic Funds Transfer | To Account ███6767 | | | 21,765.40- |
| Jan 27 | Electronic Withdrawal | To SPECTRUM | | | 149.99- |
| | REF=250270079130210N00 | 0000358635SPECTRUM  4237489 | | | |

---

Products and services available in U.S. only. Eligibility requirements and restrictions apply. Additional information, contact a U.S. Bank branch or call 800-872-2657.



# BALANCE YOUR ACCOUNT

To keep track of your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3.  Enter the ending balance shown on this statement.  $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.  $_____

5.  Total lines 3 and 4.  $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7.  Subtract line 6 from line 5. This is your balance.  $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear on your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
### In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes you to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
### *What To Do If You Think A Mistake On Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING LENDER

**US bank.**

HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:
███████ 9704
Statement Period:
Jan 2, 2025
through
Jan 31, 2025

Page 2 of 2

## ANALYZED CHECKING                                                          (CONTINUED)

U.S. Bank National Association                                   **Account Number** ███████ **-9704**

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jan 30 | Electronic Funds Transfer | To Account ███ 6767 | | 18,143.72- |
| Jan 31 | Electronic Funds Transfer | To Account ███ 4325 | | 20,000.00- |
| | | **Total Other Withdrawals** | **$** | **122,215.76-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jan  2 | 26,263.78 | Jan 15 | 26,987.55 | Jan 27 | 31,210.58 |
| Jan  7 | 24,393.86 | Jan 16 | 28,275.19 | Jan 30 | 36,676.07 |
| Jan  9 | 27,242.29 | Jan 23 | 31,360.57 | Jan 31 | 16,676.07 |

Balances only appear for days reflecting change.

This page intentionally left blank

# U.S. bank.

**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 62 | TRN | | 6480 | S | | Y | ST01 |

106481215061913 S

HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

Account Number:
9704
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 1 of 2



☎ **To Contact U.S. Bank**

**Commercial Customer**
**Service:**                                              800-377-3053

**U.S. Bank accepts Relay Calls**
**Internet:**                                               usbank.com

---

## INFORMATION YOU SHOULD KNOW

Price changes for U.S. Bank Business Checking, Savings and Treasury Management Services are effective Jan. 1, 2025. You can view revised pricing (only those prices that have changes for services you have recently used) at https://cashmgmt.usbank.com/repricing beginning Dec. 1, 2024. Please enter the Access Code listed below to view price changes that may apply. If you experience difficulty accessing this information, please call Customer Service at the number listed in the upper-right corner of this statement or send an email to commercialsupport@usbank.com.

Access Code: 93-CCC9-EE9B-5C0D

---

## ANALYZED CHECKING

**Member FDIC**

U.S. Bank National Association

Account Number        -9704

### Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Dec 2 | | $ | 47,078.91 |
| Other Deposits | 4 | | 126,289.40 |
| Other Withdrawals | 8 | | 147,528.41- |
| **Ending Balance on  Dec 31, 2024** | | **$** | **25,839.90** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Dec  5 | Wire Credit REF001215 | ZIONS BANCORP, NA  241205B010GP | | $ | 27,015.48 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Dec 12 | Wire Credit REF001277 | ZIONS BANCORP, NA  241212B013KR | | | 32,745.51 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Dec 19 | Wire Credit REF001426 | ZIONS BANCORP, NA  241219B015J9 | | | 39,819.71 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Dec 26 | Wire Credit REF000934 | ZIONS BANCORP, NA  241226B00YPD | | | 26,708.70 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| | | **Total Other Deposits** | | **$** | **126,289.40** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Dec  5 | Electronic Funds Transfer | To Account        6767 | | $ | 25,341.22- |
| Dec 12 | Electronic Funds Transfer | To Account        6767 | | | 28,969.81- |
| Dec 13 | Analysis Service Charge | | 1300000000 | | 254.55- |
| Dec 19 | Electronic Funds Transfer | To Account        6767 | | | 26,879.18- |
| Dec 24 | Electronic Withdrawal | To OHIO BWC | | | 1,869.92- |
| | REF=243580160715380N00 | 3311334187PAYMENT  C80070679-0 | | | |
| Dec 26 | Electronic Withdrawal | To SPECTRUM | | | 149.99- |
| | REF=243610012207060N00 | 0000358635SPECTRUM 3067938 | | | |
| Dec 26 | Electronic Funds Transfer | To Account        6767 | | | 24,063.74- |

---



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3. Enter the ending balance shown on this statement.  $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.  $_____

5. Total lines 3 and 4.  $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7. Subtract line 6 from line 5.  This is your balance.  $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
  *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.**  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING
LENDER

**US bank**

HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:
█████ 9704
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 2 of 2

---

## ANALYZED CHECKING                                                        (CONTINUED)

U.S. Bank National Association                                    **Account Number** █████ **-9704**

**Other Withdrawals (continued)**

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|--|-----------|--------|
| Dec 30 | Electronic Funds Transfer | To Account █████ 4325 | | 40,000.00- |
| | | **Total Other Withdrawals** | **$** | **147,528.41-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Dec  5 | 48,753.17 | Dec 19 | 65,214.85 | Dec 26 | 65,839.90 |
| Dec 12 | 52,528.87 | Dec 24 | 63,344.93 | Dec 30 | 25,839.90 |
| Dec 13 | 52,274.32 | | | | |

Balances only appear for days reflecting change.

This page intentionally left blank

# U.S. bank

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

**Business Statement**

Account Number:
█████ 9704

Statement Period:
Nov 1, 2024
through
Nov 30, 2024

Page 1 of 2

62      TRN      6480  S      Y      ST01

106481191048994 S

|ıI¹¹ıIıIıIıIıI¹ıI¹¹I¹¹ıI¹¹I¹I¹ı¹ıI¹I¹I¹I¹¹ıI¹¹I¹I|
HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

☎                                        *To Contact U.S. Bank*

**Commercial Customer
Service:**                              800-377-3053

**U.S. Bank accepts Relay Calls**

**Internet:**                              usbank.com

## INFORMATION YOU SHOULD KNOW

**Price changes for U.S. Bank Business Checking, Savings and Treasury Management Services are effective Jan. 1, 2025.**
You can view revised pricing (only those prices that have changes for services you have recently used) at
https://cashmgmt.usbank.com/repricing beginning Dec. 1, 2024. Please enter the Access Code listed below to view price changes
that may apply. If you experience difficulty accessing this information, please call Customer Service at the number listed in the
upper-right corner of this statement or send an email to commercialsupport@usbank.com.

Access Code: 93-CCC9-EE9B-5C0D

As U.S. Bank prepares for the Wire payment industry changing to the ISO 20022 standardized format, additional information will
be required to be sent with your wire payments.

Starting **November 2025**, wire initiation will include a requirement to provide beneficiary/creditor address when the payment is
sent. This requirement will apply to all outgoing wires, including templates, repetitive wires and automated standing transfers.

**Action:**
To prepare for this change, please start obtaining and including this information on all outgoing wire payments, whenever
possible.

To learn more, please visit https://www.usbank.com/splash/corporate-commercial/iso-20022.html.

## ANALYZED CHECKING                                                      *Member FDIC*

U.S. Bank National Association                                        **Account Number** █████ -9704
### Account Summary

|  | # Items |  |  |
|---|---|---|---|
| Beginning Balance on Nov 1 | | $ | 113,282.65 |
| Other Deposits | 4 | | 194,836.03 |
| Other Withdrawals | 9 | | 261,039.77- |
| **Ending Balance on  Nov 30, 2024** | | **$** | **47,078.91** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Nov  7 | Wire Credit REF001171 | ZIONS BANCORP, NA  241107B010GF | | $ | 69,955.29 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Nov 14 | Wire Credit REF001306 | ZIONS BANCORP, NA  241114B010N3 | | | 44,399.22 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Nov 21 | Wire Credit REF001112 | ZIONS BANCORP, NA  241121B012L0 | | | 40,372.15 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Nov 29 | Wire Credit REF001242 | ZIONS BANCORP, NA  241129B069VC | | | 40,109.37 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| | | **Total Other Deposits** | | **$** | **194,836.03** |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

• Tell us your name and account number.

• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

• Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

***What To Do If You Think You Find A Mistake on Your Statement***

If you think there is an error on your statement, write to us at:

U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

• ***Account information:*** Your name and account number.

• ***Dollar Amount:*** The dollar amount of the suspected error.

• ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.** Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING LENDER

Member FDIC

**us bank**

HORIZONS HRS LTD
ATTN JIM WILSON/ABFS
7547 CENTRAL PARKE BLVD
MASON OH 45040-6811

**Business Statement**

Account Number:
█████ 9704
Statement Period:
Nov 1, 2024
through
Nov 30, 2024

Page 2 of 2

---

## ANALYZED CHECKING                                                          (CONTINUED)

U.S. Bank National Association                                      Account Number █████9704

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|------|----------------------------|---|-----------|---|-------|
| Nov 7 | Electronic Funds Transfer | To Account ███ 6767 | | $ | 34,826.44- |
| Nov 13 | Electronic Withdrawal | To OHIO BWC | | | 1,869.92- |
| | REF=243170189971860N00 | 3311334187PAYMENT   C80070679-0 | | | |
| Nov 14 | Electronic Funds Transfer | To Account ███ 6767 | | | 35,172.96- |
| Nov 15 | Analysis Service Charge | | 1500000000 | | 270.60- |
| Nov 21 | Electronic Funds Transfer | To Account 1███ 6767 | | | 34,802.53- |
| Nov 26 | Electronic Withdrawal | To SPECTRUM | | | 149.99- |
| | REF=243300161367270N00 | 0000358635SPECTRUM 1670719 | | | |
| Nov 26 | Electronic Funds Transfer | To Account ███ 4325 | | | 100,000.00- |
| Nov 27 | Electronic Funds Transfer | To Account ███ 6742 | | | 20,000.00- |
| Nov 27 | Electronic Funds Transfer | To Account ███ 6767 | | | 33,947.33- |
| | | **Total Other Withdrawals** | | $ | 261,039.77- |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Nov 7 | 148,411.50 | Nov 15 | 155,497.24 | Nov 27 | 6,969.54 |
| Nov 13 | 146,541.58 | Nov 21 | 161,066.86 | Nov 29 | 47,078.91 |
| Nov 14 | 155,767.84 | Nov 26 | 60,916.87 | | |

Balances only appear for days reflecting change.

This page intentionally left blank

# us bank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

62        TRN         6480  S              Y        ST01

106481169941705 S

HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:
⬛⬛⬛⬛ 9704

Statement Period:
Oct 1, 2024
through
Oct 31, 2024

Page 1 of 2

☎                                      *To Contact U.S. Bank*

***Commercial Customer
Service:***                                800-377-3053

***U.S. Bank accepts Relay Calls***

***Internet:***                                usbank.com

## INFORMATION YOU SHOULD KNOW

Effective October 1, 2024, we will increase the monthly Deposit Coverage fee to $0.1498 per $1,000 of monthly average ledger balance in your account. If you have questions, please contact your banker, or call your customer service team at the phone number shown at the top of this statement.

As U.S. Bank prepares for the Wire payment industry changing to the ISO 20022 standardized format, additional information will be required to be sent with your wire payments.

Starting **November 2025**, wire initiation will include a requirement to provide beneficiary/creditor address when the payment is sent. This requirement will apply to all outgoing wires, including templates, repetitive wires and automated standing transfers.

**Action:**
To prepare for this change, please start obtaining and including this information on all outgoing wire payments, whenever possible.

To learn more, please visit https://www.usbank.com/splash/corporate-commercial/iso-20022.html.

## ANALYZED CHECKING                                                              *Member FDIC*

U.S. Bank National Association                                    **Account Number** ⬛⬛⬛ -9704

### Account Summary

|                               | # Items |    |           |
| ----------------------------- | ------- | -- | --------- |
| Beginning Balance on Oct 1    |         | $  | 99,033.25 |
| Other Deposits                | 5       |    | 203,351.52 |
| Other Withdrawals             | 9       |    | 189,102.12- |
| **Ending Balance on  Oct 31, 2024** |   | **$** | **113,282.65** |

### Other Deposits

| Date   | Description of Transaction |                          | Ref Number |    | Amount    |
| ------ | -------------------------- | ------------------------ | ---------- | -- | --------- |
| Oct  3 | Wire Credit REF001247      | ZIONS BANCORP, NA  241003B015QD |     | $  | 47,816.42 |
|        | ORG=COMMERCIAL FUNDING     | INC. 170 S MAIN ST STE 7 |            |    |           |
| Oct 10 | Wire Credit REF001620      | ZIONS BANCORP, NA  241010B00YYR |     |    | 43,420.88 |
|        | ORG=COMMERCIAL FUNDING     | INC. 170 S MAIN ST STE 7 |            |    |           |
| Oct 17 | Wire Credit REF001109      | ZIONS BANCORP, NA  241017B0110X |     |    | 42,245.36 |
|        | ORG=COMMERCIAL FUNDING     | INC. 170 S MAIN ST STE 7 |            |    |           |
| Oct 24 | Wire Credit REF001088      | ZIONS BANCORP, NA  241024B010HF |     |    | 43,198.57 |
|        | ORG=COMMERCIAL FUNDING     | INC. 170 S MAIN ST STE 7 |            |    |           |
| Oct 31 | Wire Credit REF001522      | ZIONS BANCORP, NA  241031B05K4F |     |    | 26,670.29 |
|        | ORG=COMMERCIAL FUNDING     | INC. 170 S MAIN ST STE 7 |            |    |           |
|        |                            | **Total Other Deposits** |            | **$** | **203,351.52** |

### Other Withdrawals

| Date   | Description of Transaction |                | Ref Number |    | Amount     |
| ------ | -------------------------- | -------------- | ---------- | -- | ---------- |
| Oct  3 | Electronic Funds Transfer  | To Account ⬛⬛6767 |        | $  | 38,048.10- |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
      *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.** Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING LENDER

**us bank**

HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH 45040-6811

**Business Statement**

Account Number:
████████ 9704
Statement Period:
Oct 1, 2024
through
Oct 31, 2024

Page 2 of 2

## ANALYZED CHECKING                                          (CONTINUED)

U.S. Bank National Association                    **Account Number** ████████ -9704

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|---|-----------|--------|
| Oct 9 | Electronic Withdrawal | To OHIO BWC | | 1,869.92- |
| | REF=242820124331280N00 | ████34187PAYMENT  C80070679-0 | | |
| Oct 10 | Electronic Funds Transfer | To Account ████6767 | | 37,096.33- |
| Oct 15 | Analysis Service Charge | | 1500000000 | 254.72- |
| Oct 17 | Electronic Funds Transfer | To Account ████6767 | | 36,709.06- |
| Oct 24 | Electronic Funds Transfer | To Account ████4326 | | 1,000.00- |
| Oct 24 | Electronic Funds Transfer | To Account ████6767 | | 37,218.98- |
| Oct 28 | Electronic Withdrawal | To SPECTRUM | | 149.99- |
| | REF=242990066043430N00 | 0000358635SPECTRUM  1349032 | | |
| Oct 31 | Electronic Funds Transfer | To Account 1████6767 | | 36,755.02- |

|  | **Total Other Withdrawals** | **$** | **189,102.12-** |
|--|------------------------------|-------|-----------------|

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Oct 3 | 108,801.57 | Oct 15 | 113,001.48 | Oct 28 | 123,367.38 |
| Oct 9 | 106,931.65 | Oct 17 | 118,537.78 | Oct 31 | 113,282.65 |
| Oct 10 | 113,256.20 | Oct 24 | 123,517.37 | | |

Balances only appear for days reflecting change.

This page intentionally left blank

# U.S. bank.

**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

| Account Number: | ████ 9704 |
|---|---|

Statement Period:
Sep 3, 2024
through
Sep 30, 2024

Page 1 of 2

62        TRN        6480  S        Y        ST01

106481145538971 S

HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH 45040-6811



☎ *To Contact U.S. Bank*

*Commercial Customer Service:*        800-377-3053

*U.S. Bank accepts Relay Calls*
*Internet:*        usbank.com

## INFORMATION YOU SHOULD KNOW

Effective October 1, 2024, we will increase the monthly Deposit Coverage fee to $0.1498 per $1,000 of monthly average ledger balance in your account. If you have questions, please contact your banker, or call your customer service team at the phone number shown at the top of this statement.

## ANALYZED CHECKING

*Member FDIC*

U.S. Bank National Association        **Account Number** ████ 9704

### Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Sep 3 | | $ | 154,519.39 |
| Other Deposits | 4 | | 205,190.29 |
| Other Withdrawals | 7 | | 260,676.43- |
| **Ending Balance on Sep 30, 2024** | | **$** | **99,033.25** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Sep 5 | Wire Credit REF001383 | ZIONS BANCORP, NA 240905B011MT | | $ | 45,809.57 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Sep 12 | Wire Credit REF001338 | ZIONS BANCORP, NA 240912B0108M | | | 43,719.78 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Sep 19 | Wire Credit REF000907 | ZIONS BANCORP, NA 240919B00TMQ | | | 63,290.23 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Sep 26 | Wire Credit REF001227 | ZIONS BANCORP, NA 240926B01192 | | | 52,370.71 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| | | **Total Other Deposits** | | **$** | **205,190.29** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Sep 5 | Electronic Funds Transfer | To Account ████ 6767 | | $ | 39,972.70- |
| Sep 12 | Electronic Funds Transfer | To Account ████ 6767 | | | 37,442.54- |
| Sep 16 | Analysis Service Charge | | 1600000000 | | 270.37- |
| Sep 17 | Electronic Withdrawal | To OHIO BWC | | | 4,852.92- |
| | REF=242600124304320N00 | 3311334187PAYMENT C80070679-0 | | | |
| Sep 19 | Electronic Funds Transfer | To Account ████ 6767 | | | 48,779.33- |
| Sep 23 | Electronic Funds Transfer | To Account ████ 4325 | | | 90,000.00- |
| Sep 26 | Electronic Funds Transfer | To Account ████ 6767 | | | 39,358.57- |
| | | **Total Other Withdrawals** | | **$** | **260,676.43-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Sep 5 | 160,356.26 | Sep 16 | 166,363.13 | Sep 19 | 176,021.11 |
| Sep 12 | 166,633.50 | Sep 17 | 161,510.21 | Sep 23 | 86,021.11 |

Products and services available in U.S. only. Eligibility restrictions and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                                              $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.           $_____

5.  Total lines 3 and 4.                                                                                              $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7.  Subtract line 6 from line 5.  This is your balance.                                              $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear on your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes you to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
     *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING
LENDER



HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:
███████ 9704

Statement Period:
Sep 3, 2024
through
Sep 30, 2024

Page 2 of 2

## ANALYZED CHECKING                                                                              (CONTINUED)

U.S. Bank National Association                                            **Account Number** ███████ **9704**

### Balance Summary (continued)

| Date | Ending Balance | | |
|------|---------------|---|---|
| Sep 26 | 99,033.25 | | |

Balances only appear for days reflecting change.

This page intentionally left blank



**Business Statement**

Account Number:
█████████ 9704

Statement Period:
Aug 1, 2024
through
Aug 31, 2024

Page 1 of 2

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

62      TRN      6480  S      Y      ST01

106481122042068 S

ǁ·ǀ·ǀ·ǁ·ǁǁ·ǀǀ·ǀ·ǀ·ǀ·ǀ·ǁ·ǀǁ·ǀǁ·ǀ·ǀǁ·ǀ·ǀǀ·ǁ·ǀ·ǀ·ǀ·ǀ·ǀ
HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH 45040-6811



☎                                    *To Contact U.S. Bank*

*Commercial Customer*
*Service:*                           800-377-3053

*U.S. Bank accepts Relay Calls*
*Internet:*                          usbank.com

---

## INFORMATION YOU SHOULD KNOW

Effective October 1, 2024, we will increase the monthly Deposit Coverage fee to $0.1498 per $1,000 of monthly average ledger balance in your account. If you have questions, please contact your banker, or call your customer service team at the phone number shown at the top of this statement.

---

## ANALYZED CHECKING                                    *Member FDIC*

U.S. Bank National Association                    **Account Number** ████-9704

### Account Summary

|                                | # Items |    |            |
|--------------------------------|---------|----|------------|
| Beginning Balance on Aug 1     |         | $  | 99,519.26  |
| Other Deposits                 | 5       |    | 278,010.79 |
| Other Withdrawals              | 7       |    | 223,010.66- |
| **Ending Balance on Aug 31, 2024** |     | $  | 154,519.39 |

### Other Deposits

| Date   | Description of Transaction |                          | Ref Number |    | Amount     |
|--------|----------------------------|--------------------------|------------|----|------------|
| Aug  1 | Wire Credit REF001751      | ZIONS BANCORP, NA  240801B01TDC |     | $  | 53,427.40  |
|        | ORG=COMMERCIAL FUNDING     | INC. 170 S MAIN ST STE 7 |            |    |            |
| Aug  8 | Wire Credit REF000983      | ZIONS BANCORP, NA  240808B01065 |     |    | 59,894.75  |
|        | ORG=COMMERCIAL FUNDING     | INC. 170 S MAIN ST STE 7 |            |    |            |
| Aug 15 | Wire Credit REF001512      | ZIONS BANCORP, NA  240815B01FBG |     |    | 46,587.23  |
|        | ORG=COMMERCIAL FUNDING     | INC. 170 S MAIN ST STE 7 |            |    |            |
| Aug 22 | Wire Credit REF001137      | ZIONS BANCORP, NA  240822B011ML |     |    | 47,688.78  |
|        | ORG=COMMERCIAL FUNDING     | INC. 170 S MAIN ST STE 7 |            |    |            |
| Aug 29 | Wire Credit REF001415      | ZIONS BANCORP, NA  240829B012KK |     |    | 70,412.63  |
|        | ORG=COMMERCIAL FUNDING     | INC. 170 S MAIN ST STE 7 |            |    |            |
|        |                            | **Total Other Deposits** |            | $  | 278,010.79 |

### Other Withdrawals

| Date   | Description of Transaction |            |      | Ref Number  |    | Amount     |
|--------|----------------------------|------------|------|-------------|----|------------|
| Aug  1 | Electronic Funds Transfer  | To Account | 6767 |             | $  | 48,269.88- |
| Aug  8 | Electronic Funds Transfer  | To Account | 6767 |             |    | 44,694.00- |
| Aug 14 | Analysis Service Charge     |            |      | 1400000000  |    | 188.92-    |
| Aug 14 | Electronic Funds Transfer  | To Account | 4326 |             |    | 4,000.00-  |
| Aug 15 | Electronic Funds Transfer  | To Account | 6767 |             |    | 41,767.20- |
| Aug 22 | Electronic Funds Transfer  | To Account | 6767 |             |    | 41,874.45- |
| Aug 29 | Electronic Funds Transfer  | To Account | 6767 |             |    | 42,216.21- |
|        |                            | **Total Other Withdrawals** |     |     | $  | 223,010.66- |

### Balance Summary

| Date   | Ending Balance | Date   | Ending Balance | Date   | Ending Balance |
|--------|----------------|--------|----------------|--------|----------------|
| Aug  1 | 104,676.78     | Aug  8 | 119,877.53     | Aug 14 | 115,688.61     |

Products and services available in U.S. only. Eligibility restrictions and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.     $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.     $_____

5. Total lines 3 and 4.     $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.     $_____

7. Subtract line 6 from line 5. This is your balance.     $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes you to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING LENDER



HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:
████████9704

Statement Period:
Aug 1, 2024
through
Aug 31, 2024

Page 2 of 2

## ANALYZED CHECKING                                     (CONTINUED)

U.S. Bank National Association                    **Account Number** ██████-9704

### Balance Summary (continued)

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Aug 15 | 120,508.64 | Aug 22 | 126,322.97 | Aug 29 | 154,519.39 |

Balances only appear for days reflecting change.

This page intentionally left blank

# US bank

**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

Account Number:
████████9704

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 1 of 2

62      TRN      S      Y      ST01

106481098458583 S

dlbldllbbbdlbrrdlllbbbdlllblblllbbbllbll

HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH 45040-6811



☎    ***To Contact U.S. Bank***

***Commercial Customer
Service:***    800-377-3053

***U.S. Bank accepts Relay Calls***
***Internet:***    usbank.com

---

## INFORMATION YOU SHOULD KNOW

Effective August 12, 2024, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

Beginning July 8, 2024, you can review the full revised document at **usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

Under the **Time Deposits** section, the early withdrawal fee will be removed.

If you have questions or need to request a copy of the current *Your Deposit Account Agreement*, visit **usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this statement.

---

## ANALYZED CHECKING

*Member FDIC*

U.S. Bank National Association    **Account Number** ████ 9704

### Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Jul 1 | | $ | 110,662.09 |
| Other Deposits | 4 | | 206,501.20 |
| Other Withdrawals | 6 | | 217,644.03- |
| **Ending Balance on Jul 31, 2024** | | **$** | **99,519.26** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jul  5 | Wire Credit REF001304 | ZIONS BANCORP, NA  240705B01979 | | $ | 53,666.81 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Jul 11 | Wire Credit REF001257 | ZIONS BANCORP, NA  240711B00YWT | | | 36,853.96 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Jul 18 | Wire Credit REF001228 | ZIONS BANCORP, NA  240718B00WWX | | | 50,358.83 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Jul 25 | Wire Credit REF001201 | ZIONS BANCORP, NA  240725B014Q8 | | | 65,621.60 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| | | | **Total Other Deposits** | **$** | **206,501.20** |

### Other Withdrawals

| Date | Description of Transaction | | | Ref Number | | Amount |
|---|---|---|---|---|---|---|
| Jul  3 | Electronic Funds Transfer | To Account | ████ 6767 | | $ | 46,966.19- |
| Jul 11 | Electronic Funds Transfer | To Account | ████ 6767 | | | 31,960.43- |
| Jul 15 | Analysis Service Charge | | | 1500000000 | | 242.02- |
| Jul 18 | Electronic Funds Transfer | To Account | ████ 6767 | | | 42,516.54- |
| Jul 23 | Electronic Funds Transfer | To Account | ████ 4325 | | | 50,000.00- |

---

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                                   $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.               $_____

5.  Total lines 3 and 4.                                                                 $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.         $_____

7.  Subtract line 6 from line 5. This is your balance.                                   $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

• Tell us your name and account number.

• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

• Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes you to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

***What To Do If You Think You Find A Mistake on Your Statement***

If you think there is an error on your statement, write to us at:

U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

• ***Account information:*** Your name and account number.

• ***Dollar Amount:*** The dollar amount of the suspected error.

• ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING LENDER

**US bank.**

HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH 45040-6811

**Business Statement**

Account Number:

█████ 9704

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 2 of 2

---

## ANALYZED CHECKING                                   (CONTINUED)

U.S. Bank National Association                          **Account Number** ████-9704

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Jul 25 | Electronic Funds Transfer | To Account ████ 6767 | | 45,958.85- |
| | | **Total Other Withdrawals** | **$** | **217,644.03-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Jul 3 | 63,695.90 | Jul 15 | 122,014.22 | Jul 23 | 79,856.51 |
| Jul 5 | 117,362.71 | Jul 18 | 129,856.51 | Jul 25 | 99,519.26 |
| Jul 11 | 122,256.24 | | | | |

Balances only appear for days reflecting change.

This page intentionally left blank

![U.S. Bank logo]

**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

Account Number:
████9704

Statement Period:
Jun 3, 2024
through
Jun 30, 2024

62          TRN          S          Y          ST01

Page 1 of 2

106481074461853 S

HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

☎                                    *To Contact U.S. Bank*

*Commercial Customer
Service:*                                    800-377-3053

*U.S. Bank accepts Relay Calls*

*Internet:*                                    usbank.com

## INFORMATION YOU SHOULD KNOW

Effective August 12, 2024, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

Beginning July 8, 2024, you can review the full revised document at **usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

Under the **Time Deposits** section, the early withdrawal fee will be removed.

If you have questions or need to request a copy of the current *Your Deposit Account Agreement*, visit **usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this statement.

## ANALYZED CHECKING

*Member FDIC*

U.S. Bank National Association

Account Number ████-9704

### Account Summary

|                                   | # Items |    |            |
|-----------------------------------|---------|----|------------|
| Beginning Balance on Jun 3        |         | $  | 175,764.12 |
| Other Deposits                    | 4       |    | 212,289.34 |
| Other Withdrawals                 | 7       |    | 277,391.37-|
| **Ending Balance on  Jun 30, 2024** |       | $  | **110,662.09** |

### Other Deposits

| Date   | Description of Transaction | | Ref Number | | Amount |
|--------|----------------------------|--|-----------|--|--------|
| Jun  6 | Wire Credit REF001311 | ZIONS BANCORP, NA  240606B0154R | | $ | 43,971.70 |
|        | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Jun 13 | Wire Credit REF001205 | ZIONS BANCORP, NA  240613B0115P | | | 61,093.00 |
|        | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Jun 20 | Wire Credit REF002845 | ZIONS BANCORP, NA  240620B023GV | | | 60,909.37 |
|        | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Jun 27 | Wire Credit REF001511 | ZIONS BANCORP, NA  240627B017W8 | | | 46,315.27 |
|        | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
|        | | | **Total Other Deposits** | $ | **212,289.34** |

### Other Withdrawals

| Date   | Description of Transaction | | Ref Number | | Amount |
|--------|----------------------------|--|-----------|--|--------|
| Jun  6 | Electronic Funds Transfer | To Account ████6767 | | $ | 37,445.78- |
| Jun 13 | Electronic Funds Transfer | To Account ████6767 | | | 45,156.20- |
| Jun 14 | Analysis Service Charge | | 1400000000 | | 187.32- |
| Jun 20 | Electronic Funds Transfer | To Account ████6767 | | | 48,113.35- |
| Jun 20 | Electronic Funds Transfer | To Account ████6767 | | | 100,000.00- |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.  $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.  $_____

5. Total lines 3 and 4.  $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7. Subtract line 6 from line 5. This is your balance.  $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
     *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.


EQUAL HOUSING
LENDER

Member FDIC

**US bank**

HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH 45040-6811

**Business Statement**

Account Number:
█████ 9704

Statement Period:
Jun 3, 2024
through
Jun 30, 2024

Page 2 of 2

## ANALYZED CHECKING                                              (CONTINUED)

U.S. Bank National Association                    **Account Number** ████ **-9704**

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Jun 27 | Electronic Withdrawal | To OHIO BWC | | 2,541.92- |
| | REF=241780160605110N00 | 3311334187PAYMENT  C80070679-0 | | |
| Jun 27 | Electronic Funds Transfer | To Account ████ 6767 | | 43,946.80- |
| | | **Total Other Withdrawals** | **$** | **277,391.37-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Jun  6 | 182,290.04 | Jun 14 | 198,039.52 | Jun 27 | 110,662.09 |
| Jun 13 | 198,226.84 | Jun 20 | 110,835.54 | | |

Balances only appear for days reflecting change.

This page intentionally left blank

# U.S. bank.

**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

Account Number:
████ 9704

Statement Period:
May 1, 2024
through
May 31, 2024

62        TRN        S        Y        ST01

Page 1 of 2

106481050579253 S

HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811



☎                    **To Contact U.S. Bank**

**Commercial Customer
Service:**                    800-377-3053

**U.S. Bank accepts Relay Calls**

**Internet:**                    usbank.com

---

## INFORMATION YOU SHOULD KNOW

During February billing review, we determined that some accounts were set to bill incorrectly for Paper Statement services. To avoid incorrect charges to your account, no statement fees were charged for February activity. We have corrected the Paper Statement billing error and will be collecting the unbilled fees for February. You may see what appears to be a duplicate charge in your June statement; this is a combination of the February and May fees. If you have any questions, please contact your Relationship Manager or the customer service telephone number at the top of your statement.

---

## ANALYZED CHECKING

U.S. Bank National Association                    *Member FDIC*

**Account Number** ████ 9704

### Account Summary

|  | # Items | $ | |
|---|---|---|---|
| Beginning Balance on May 1 |  | $ | 208,311.23 |
| Other Deposits | 5 |  | 247,080.00 |
| Other Withdrawals | 7 |  | 279,627.11- |
| **Ending Balance on May 31, 2024** |  | **$** | **175,764.12** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| May  1 | Wire Credit REF003619 | ZIONS BANCORP, NA  240501B02XK9 | | $ | 50,776.93 |
|  | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| May  9 | Wire Credit REF002415 | ZIONS BANCORP, NA  240509B01R1V | | | 46,502.66 |
|  | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| May 16 | Wire Credit REF001123 | ZIONS BANCORP, NA  240516B010D6 | | | 54,177.60 |
|  | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| May 23 | Wire Credit REF001073 | ZIONS BANCORP, NA  240523B00YY8 | | | 49,539.31 |
|  | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| May 30 | Wire Credit REF002430 | ZIONS BANCORP, NA  240530B01M5C | | | 46,083.50 |
|  | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| | | | **Total Other Deposits** | **$** | **247,080.00** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| May  2 | Electronic Funds Transfer | To Account ████ 6767 | | $ | 42,609.75- |
| May  9 | Electronic Funds Transfer | To Account ████ 6767 | | | 39,791.41- |
| May 14 | Analysis Service Charge | | 1400000000 | | 171.59- |
| May 16 | Electronic Funds Transfer | To Account ████ 6767 | | | 41,426.78- |
| May 20 | Electronic Funds Transfer | To Account ████ 4325 | | | 75,000.00- |
| May 23 | Electronic Funds Transfer | To Account ████ 6767 | | | 40,013.59- |
| May 30 | Electronic Funds Transfer | To Account ████ 6767 | | | 40,613.99- |
| | | | **Total Other Withdrawals** | **$** | **279,627.11-** |

---

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING
LENDER

Member FDIC

**us bank**

HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:

█████9704

Statement Period:

May 1, 2024

through

May 31, 2024

Page 2 of 2

## ANALYZED CHECKING                                    (CONTINUED)

**Account Number** ████-9704

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| May 1 | 259,088.16 | May 14 | 223,018.07 | May 23 | 170,294.61 |
| May 2 | 216,478.41 | May 16 | 235,768.89 | May 30 | 175,764.12 |
| May 9 | 223,189.66 | May 20 | 160,768.89 | | |

Balances only appear for days reflecting change.

U.S. Bank National Association

This page intentionally left blank

# us bank.

**Business Statement**

Account Number:
███████9704

Statement Period:
Apr 1, 2024
through
Apr 30, 2024

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

62        TRN            S            Y        ST01

Page 1 of 2

106481025726168 S

HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

☎                                          *To Contact U.S. Bank*

**Commercial Customer
Service:**                                   800-377-3053

**U.S. Bank accepts Relay Calls**
**Internet:**                                usbank.com

---

## INFORMATION YOU SHOULD KNOW

Effective May 13, 2024, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

Beginning April 8, 2024, you can review the full revised document at **usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

- Under the **Overdraft Protection Plans** section, **Business Banking Overdraft Protection** sub-section, updated the language to state that when a checking account has a linked Business Reserve Line of Credit, the system will automatically draw from that account first, which may incur a fee. If a checking account has a deposit product and credit product linked as overdraft protection, the order of eligible accounts is updated to always draw from the deposit product first, which will not incur a fee, unless the checking account has a linked Business Reserve Line of Credit. If the deposit product has insufficient funds available to transfer, funds will draw from the credit product.

- Under the **Closing Your Account** section, added a paragraph about **How the account closure works** that says, for consumer checking, savings and money market accounts, when you request an account closure, your account will be placed in a 'pending closure' status for a period of 10 business days. During this 10 business day 'pending closure' period, we will allow pending deposits to be cleared and/or post to your account and we will allow pending debit card transactions that you authorized prior to initiating closure to be cleared and/or post to your account. Your debit card will be declined and transactions will no longer be approved when the account is in 'pending closure' status. Once your account is fully closed, transactions will not be allowed to post to the account except under limited circumstances. For example, transactions may be processed after closure if necessary for fraud investigations, transaction dispute claims, merchant credits, or deposit adjustments due to errors.

If you have questions or need to request a copy of the current *Your Deposit Account Agreement*, visit **usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this statement.

---

## ANALYZED CHECKING                                               *Member FDIC*

U.S. Bank National Association                          **Account Number** ███████-9704

### Account Summary

|  | # Items |  |  |
|---|---|---|---|
| Beginning Balance on Apr 1 | | $ | 185,435.86 |
| Other Deposits | 4 | | 190,441.70 |
| Other Withdrawals | 6 | | 167,566.33- |
| **Ending Balance on  Apr 30, 2024** | | **$** | **208,311.23** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Apr  4 | Wire Credit REF002422 | ZIONS BANCORP, NA  240404B01JYV | | $ | 46,598.26 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Apr 11 | Wire Credit REF002990 | ZIONS BANCORP, NA  240411B023F9 | | | 46,480.50 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement. $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section. $_____

5.  Total lines 3 and 4. $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7.  Subtract line 6 from line 5.  This is your balance. $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
     *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC


EQUAL HOUSING LENDER

# u·s bank

**HORIZONS HRS LTD**
ATTN JIM WILSON/ABF'S
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:

█████ 9704

Statement Period:

Apr 1, 2024
through
Apr 30, 2024

Page 2 of 2

---

## ANALYZED CHECKING                                                                 (CONTINUED)

U.S. Bank National Association                                    **Account Number**   █████ **9704**

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|--|------------|--------|
| Apr 18 | Wire Credit REF001763 | ZIONS BANCORP, NA  240418B01FYB | | 52,847.58 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | |
| Apr 25 | Wire Credit REF001914 | ZIONS BANCORP, NA  240425B01L24 | | 44,515.36 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | |
| | | | **Total Other Deposits**  $ | **190,441.70** |

### Other Withdrawals

| Date | Description of Transaction | | | Ref Number | Amount |
|------|----------------------------|--|--|------------|--------|
| Apr 4 | Electronic Funds Transfer | To Account | ███ 6767 | | $   39,724.34- |
| Apr 11 | Electronic Funds Transfer | To Account | 6767 | | 40,233.35- |
| Apr 12 | Analysis Service Charge | | | 1200000000 | 170.72- |
| Apr 18 | Electronic Funds Transfer | To Account | ███ 6767 | | 39,001.44- |
| Apr 25 | Electronic Funds Transfer | To Account | 6767 | | 42,436.48- |
| Apr 30 | Electronic Funds Transfer | To Account | 4326 | | 6,000.00- |
| | | | | **Total Other Withdrawals**  $ | **167,566.33-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Apr 4 | 192,309.78 | Apr 12 | 198,386.21 | Apr 25 | 214,311.23 |
| Apr 11 | 198,556.93 | Apr 18 | 212,232.35 | Apr 30 | 208,311.23 |

Balances only appear for days reflecting change.

This page intentionally left blank

# US bank.

**Business Statement**

Account Number:
█████ 9704

Statement Period:
Mar 1, 2024
through
Mar 31, 2024

Page 1 of 2

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

62    TRN    S    Y    ST01

106481001076399 S

HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811



☎    ***To Contact U.S. Bank***

***Commercial Customer
Service:***    800-377-3053

***U.S. Bank accepts Relay Calls***
***Internet:***    usbank.com

---

## INFORMATION YOU SHOULD KNOW

Effective May 13, 2024, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

Beginning April 8, 2024, you can review the full revised document at **usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

- Under the **Business Protection Plans** section, **Business Banking Overdraft Protection** sub-section, updated the language to state that when a checking account has a linked Business Reserve Line of Credit, the system will automatically draw from that account first, which may incur a fee. If a checking account has a deposit product and credit product linked as overdraft protection, the order of eligible accounts is updated to always draw from the deposit product first, which will not incur a fee, unless the checking account has a linked Business Reserve Line of Credit. If the deposit product has insufficient funds available to transfer, funds will draw from the credit product.

- Under the **Closing Your Account** section, added a paragraph about **How the account closure works** that says, for consumer checking, savings and money market accounts, when you request an account closure, your account will be placed in a 'pending closure' status for a period of 10 business days. During this 10 business day 'pending closure' period, we will allow pending deposits to be cleared and/or post to your account and we will allow pending debit card transactions that you authorized prior to initiating closure to be cleared and/or post to your account. Your debit card will be declined and transactions will no longer be approved when the account is in 'pending closure' status. Once your account is fully closed, transactions will not be allowed to post to the account except under limited circumstances. For example, transactions may be processed after closure if necessary for fraud investigations, transaction dispute claims, merchant credits, or deposit adjustments due to errors.

If you have questions or need to request a copy of the current *Your Deposit Account Agreement*, visit **usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this statement.

---

## ANALYZED CHECKING    *Member FDIC*

U.S. Bank National Association    **Account Number** ████ **-9704**

### Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Mar 1 | | $ | 211,654.72 |
| Other Deposits | 4 | | 171,973.45 |
| Other Withdrawals | 6 | | 198,192.31- |
| **Ending Balance on  Mar 31, 2024** | | **$** | **185,435.86** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Mar  7 | Wire Credit REF002650 | ZIONS BANCORP, NA  240307B01Q99 | | $ | 42,990.89 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Mar 14 | Wire Credit REF001850 | ZIONS BANCORP, NA  240314B01BNK | | | 47,569.16 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |

---

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3. Enter the ending balance shown on this statement.    $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.    $_____

5. Total lines 3 and 4.    $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.    $_____

7. Subtract line 6 from line 5. This is your balance.    $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING LENDER

# us bank.

HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH 45040-6811

**Business Statement**

Account Number:
████████9704
Statement Period:
Mar 1, 2024
through
Mar 31, 2024

Page 2 of 2

## ANALYZED CHECKING                                                    (CONTINUED)

U.S. Bank National Association                                   **Account Number** ████ 9704

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|-------|
| Mar 21 | Wire Credit REF001760 | ZIONS BANCORP, NA  240321B019K7 | | 43,991.73 |
|  | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | |
| Mar 28 | Wire Credit REF002556 | ZIONS BANCORP, NA  240328B08L9P | | 37,421.67 |
|  | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | |
| | | | **Total Other Deposits** $ | **171,973.45** |

### Other Withdrawals

| Date | Description of Transaction | | | Ref Number | Amount |
|------|---------------------------|---|---|-----------|-------|
| Mar 7 | Electronic Funds Transfer | To Account | ████6767 | | $  35,849.67- |
| Mar 14 | Analysis Service Charge | | | 1400000000 | 189.35- |
| Mar 14 | Electronic Funds Transfer | To Account | ████6767 | | 39,913.07- |
| Mar 18 | Electronic Funds Transfer | To Account | ████4325 | | 50,000.00- |
| Mar 21 | Electronic Funds Transfer | To Account | ████6767 | | 37,360.61- |
| Mar 28 | Electronic Funds Transfer | To Account | ████6767 | | 34,879.61- |
| | | | | **Total Other Withdrawals** $ | **198,192.31-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Mar 7 | 218,795.94 | Mar 18 | 176,262.68 | Mar 28 | 185,435.86 |
| Mar 14 | 226,262.68 | Mar 21 | 182,893.80 | | |

Balances only appear for days reflecting change.

This page intentionally left blank

# US bank

**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

| | | | | | |
|---|---|---|---|---|---|
| 62 | TRN | | S | Y | ST01 |

106481976928863 S

HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Account Number:**
█████9704

**Statement Period:**
Feb 1, 2024
through
Feb 29, 2024

Page 1 of 1

☎    *To Contact U.S. Bank*

*Commercial Customer*
*Service:*            800-377-3053

*U.S. Bank accepts Relay Calls*
*Internet:*            usbank.com

---

## ANALYZED CHECKING

U.S. Bank National Association

*Member FDIC*

**Account Number** █████9704

### Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Feb 1 | | $ | 292,517.67 |
| Other Deposits | 5 | | 209,001.06 |
| Other Withdrawals | 7 | | 289,864.01- |
| **Ending Balance on  Feb 29, 2024**  $ | | | **211,654.72** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Feb  1 | Wire Credit REF003446 | ZIONS BANCORP, NA  240201B02X2J | | $ | 44,479.53 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Feb  8 | Wire Credit REF001599 | ZIONS BANCORP, NA  240208B01733 | | | 38,010.17 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Feb 15 | Wire Credit REF002176 | ZIONS BANCORP, NA  240215B01XJP | | | 40,532.31 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Feb 22 | Wire Credit REF002685 | ZIONS BANCORP, NA  240222B01WJC | | | 40,134.19 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Feb 29 | Wire Credit REF002557 | ZIONS BANCORP, NA  240229B0802L | | | 45,844.86 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| | | **Total Other Deposits** | | $ | **209,001.06** |

### Other Withdrawals

| Date | Description of Transaction | | | Ref Number | | Amount |
|---|---|---|---|---|---|---|
| Feb  1 | Electronic Funds Transfer | To Account | ███6767 | | $ | 33,072.73- |
| Feb  8 | Electronic Funds Transfer | To Account | ███6767 | | | 32,496.44- |
| Feb 14 | Analysis Service Charge | | | 1400000000 | | 170.27- |
| Feb 15 | Electronic Funds Transfer | To Account | ███6767 | | | 35,793.44- |
| Feb 22 | Electronic Funds Transfer | To Account | ███6767 | | | 34,390.11- |
| Feb 26 | Electronic Funds Transfer | To Account | ███4325 | | | 119,000.00- |
| Feb 29 | Electronic Funds Transfer | To Account | ███6767 | | | 34,941.02- |
| | | **Total Other Withdrawals** | | | $ | **289,864.01-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Feb  1 | 303,924.47 | Feb 15 | 314,006.80 | Feb 26 | 200,750.88 |
| Feb  8 | 309,438.20 | Feb 22 | 319,750.88 | Feb 29 | 211,654.72 |
| Feb 14 | 309,267.93 | | | | |

Balances only appear for days reflecting change.

---

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



**BALANCING YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.   $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.   $_____

5. Total lines 3 and 4.   $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7. Subtract line 6 from line 5. This is your balance.   $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

• Tell us your name and account number.

• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

• Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

***What To Do If You Think You Find A Mistake on Your Statement***

If you think there is an error on your statement, write to us at:

U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

• ***Account information:*** Your name and account number.

• ***Dollar Amount:*** The dollar amount of the suspected error.

• ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING LENDER

Member FDIC

# U.S. bank.

**Business Statement**

Account Number:
████ 9704

Statement Period:
Jan 2, 2024
through
Jan 31, 2024

Page 1 of 2

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

62        TRN            S        Y        ST01

000164959 00  SP        106481952344189 S
HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

 ☎        **To Contact U.S. Bank**

**Commercial Customer Service:**        800-377-3053

**U.S. Bank accepts Relay Calls**

**Internet:**        usbank.com

---

## INFORMATION YOU SHOULD KNOW

**Price changes for U.S. Bank Business Checking, Savings and Treasury Management Services are effective Jan. 1, 2024.**
You can view revised pricing (only those prices that changed) at https://cashmgmt.usbank.com/repricing beginning Dec. 1, 2023. Please enter the Access Code listed below to view price changes that may apply. If you experience difficulty accessing this information, please call Customer Service at the number listed in the upper-right corner of this statement or send an email to commercialsupport@usbank.com.

Access Code: F6-5206-62D1-64CE

---

**New Services Terms and Conditions will be effective for U.S. Bank business clients on February 1, 2024.** You can view the new Services Terms and Conditions at usbank.com/tmtermsandconditions. Use access code "terms2024." If you are unable to access this information for any reason, please reach out to your U.S. Bank contact or Commercial Customer Service team for assistance. If you are a former MUFG Union Bank National Association (MUB) client, the Services Terms and Conditions replaces the MUB Transaction Banking agreement.

Effective February 12, 2024, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

Beginning January 8, 2024, you can review the full revised document at **usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

- Added references to the *U.S. Bank Business Essentials® Pricing Information* disclosure throughout the document.
- Under **Insufficient Funds and Overdrafts** section, **"Available Balance"** sub-section, updated the language to state that debit card authorizations will be reflected as pending transactions and/or will reduce your Available Balance from the time we receive the authorization until the merchant presents the item for payment. If the debit card transaction has not been presented for payment within seven business days, it may be removed from your pending transactions and your Available Balance may no longer be reduced by the authorization amount.
- Under **Overdraft Handling** section, **ATM and Debit Card Overdraft Coverage** sub-section, updated language to state that upon opening your U.S. Bank consumer checking or money market account, or after your account is opened, you have the options to say 'Yes' or 'No' to ATM and Debit Card Overdraft Coverage.
- Under **Electronic Fund Transfers For Consumer Customers** and **Electronic Fund Transfers For Business Customers** sections, **Limits on Transfers** sub-section, **Debit Card Transactions**, updated the language to state that debit card authorizations will be reflected as pending transactions and/or will reduce your Available Balance from the time we receive the authorization until the merchant presents the item for payment. If the debit card transaction has not been presented for payment within seven business days, it may be removed from your pending transactions and your Available Balance may no longer be reduced by the authorization amount.
- Under **Electronic Fund Transfers For Consumer Customers** and **Electronic Fund Transfers For Business Customers** sections, **Fees** sub-section, **ATM Surcharge**, updated the language for how to locate a MoneyPass® network ATM.

If you have questions or need to request a copy of the current *Your Deposit Account Agreement*, visit **usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this statement.

---

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate,** use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.** Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING LENDER

Member FDIC

 **bank.**

HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH 45040-6811

**Business Statement**

Account Number:
▮9704
Statement Period:
Jan 2, 2024
through
Jan 31, 2024

Page 2 of 2



## ANALYZED CHECKING                                                                            *Member FDIC*

U.S. Bank National Association                                          **Account Number** ▮-9704

### Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Jan 2 | | $ | 273,467.69 |
| Other Deposits | 4 | | 137,665.72 |
| Other Withdrawals | 5 | | 118,615.74- |
| **Ending Balance on  Jan 31, 2024** | | **$** | **292,517.67** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jan  4 | Wire Credit REF002611 | ZIONS BANCORP, NA  240104B01VN1 | | $ | 27,935.51 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Jan 11 | Wire Credit REF002042 | ZIONS BANCORP, NA  240111B01D3C | | | 33,356.23 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Jan 18 | Wire Credit REF002651 | ZIONS BANCORP, NA  240118B01W39 | | | 37,080.50 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Jan 25 | Wire Credit REF001808 | ZIONS BANCORP, NA  240125B01M82 | | | 39,293.48 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| | | **Total Other Deposits** | | **$** | **137,665.72** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jan  4 | Electronic Funds Transfer | To Account ▮6767 | | $ | 24,164.57- |
| Jan 11 | Electronic Funds Transfer | To Account ▮6767 | | | 28,560.21- |
| Jan 16 | Analysis Service Charge | | 1600000000 | | 162.38- |
| Jan 18 | Electronic Funds Transfer | To Account ▮6767 | | | 33,714.09- |
| Jan 25 | Electronic Funds Transfer | To Account ▮6767 | | | 32,014.49- |
| | | **Total Other Withdrawals** | | **$** | **118,615.74-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jan  4 | 277,238.63 | Jan 16 | 281,872.27 | Jan 25 | 292,517.67 |
| Jan 11 | 282,034.65 | Jan 18 | 285,238.68 | | |

Balances only appear for days reflecting change.

This page intentionally left blank



**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

62        TRN        S        Y        ST01

Account Number:
███████9704
Statement Period:
Dec 1, 2023
through
Dec 31, 2023

Page 1 of 2



```
ԲլլիիիՍիլիլ•ո••Ս-ո||իոլ-իլիի•Ս•լիլիԻ||ՍՍ||
000006164 00 SP      106481924910951 S
HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811
```

☎                                          *To Contact U.S. Bank*

*Commercial Customer Service:*                         800-377-3053

*U.S. Bank accepts Relay Calls*

*Internet:*                                              usbank.com

---

## INFORMATION YOU SHOULD KNOW

**Price changes for U.S. Bank Business Checking, Savings and Treasury Management Services are effective Jan. 1, 2024.** You can view revised pricing (only those prices that changed) at https://cashmgmt.usbank.com/repricing beginning Dec. 1, 2023. Please enter the Access Code listed below to view price changes that may apply. If you experience difficulty accessing this information, please call Customer Service at the number listed in the upper-right corner of this statement or send an email to commercialsupport@usbank.com.

Access Code: F6-5206-62D1-64CE

---

**New Services Terms and Conditions will be effective for U.S. Bank business clients on February 1, 2024.** You can view the new Services Terms and Conditions at usbank.com/tmtermsandconditions. Use access code "terms2024." If you are unable to access this information for any reason, please reach out to your U.S. Bank contact or Commercial Customer Service team for assistance. If you are a former MUFG Union Bank National Association (MUB) client, the Services Terms and Conditions replaces the MUB Transaction Banking Agreement.

Effective February 12, 2024, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

Beginning January 8, 2024, you can review the full revised document at **usbank.com/YDAA-upcoming-version,** by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

- Added references to the *U.S. Bank Business Essentials*® *Pricing Information* disclosure throughout the document.
- Under **Insufficient Funds and Overdrafts** section, **"Available Balance"** sub-section, updated the language to state that debit card authorizations will be reflected as pending transactions and/or will reduce your Available Balance from the time we receive the authorization until the merchant presents the item for payment. If the debit card transaction has not been presented for payment within seven business days, it may be removed from your pending transactions and your Available Balance may no longer be reduced by the authorization amount.
- Under **Overdraft Handling** section, **ATM and Debit Card Overdraft Coverage** sub-section, updated language to state that upon opening your U.S. Bank consumer checking or money market account, or after your account is opened, you have the options to say 'Yes' or 'No' to ATM and Debit Card Overdraft Coverage.
- Under **Electronic Fund Transfers For Consumer Customers** and **Electronic Fund Transfers For Business Customers** sections, **Limits on Transfers** sub-section, **Debit Card Transactions,** updated the language to state that debit card authorizations will be reflected as pending transactions and/or will reduce your Available Balance from the time we receive the authorization until the merchant presents the item for payment. If the debit card transaction has not been presented for payment within seven business days, it may be removed from your pending transactions and your Available Balance may no longer be reduced by the authorization amount.
- Under **Electronic Fund Transfers For Consumer Customers** and **Electronic Fund Transfers For Business Customers** sections, **Fees** sub-section, **ATM Surcharge,** updated the language for how to locate a MoneyPass® network ATM.

If you have questions or need to request a copy of the current *Your Deposit Account Agreement*, visit **usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this statement.

---

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

　*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

*What To Do If You Think You Find A Mistake on Your Statement*

If you think there is an error on your statement, write to us at:

U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING LENDER

Member FDIC

 **US.bank**

HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH 45040-6811

**Business Statement**

Account Number:
▮▮▮▮ 9704
Statement Period:
Dec 1, 2023
through
Dec 31, 2023

Page 2 of 2



## ANALYZED CHECKING                                                          *Member FDIC*
U.S. Bank National Association                                    **Account Number** ▮▮▮▮9704

### Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Dec 1 | | $ | 238,041.89 |
| Other Deposits | 4 | | 166,663.10 |
| Other Withdrawals | 5 | | 131,237.30- |
| **Ending Balance on Dec 31, 2023** | | **$** | **273,467.69** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Dec 7 | Wire Credit REF002547 | ZIONS BANCORP, NA 231207B01QJW | | $ | 39,721.39 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Dec 14 | Wire Credit REF002399 | ZIONS BANCORP, NA 231214B01GGN | | | 37,197.60 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Dec 21 | Wire Credit REF003471 | ZIONS BANCORP, NA 231221B0267N | | | 54,841.01 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Dec 28 | Wire Credit REF002287 | ZIONS BANCORP, NA 231228B01GH9 | | | 34,903.10 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| | | **Total Other Deposits** | | **$** | **166,663.10** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec 7 | Electronic Funds Transfer | To Account ▮▮ 6767 | | $ 36,014.68- |
| Dec 14 | Analysis Service Charge | | 1400000000 | 177.92- |
| Dec 14 | Electronic Funds Transfer | To Account ▮▮ 6767 | | 31,785.98- |
| Dec 21 | Electronic Funds Transfer | To Account ▮▮ 6767 | | 34,028.10- |
| Dec 28 | Electronic Funds Transfer | To Account ▮▮ 6767 | | 29,230.62- |
| | | **Total Other Withdrawals** | | **$ 131,237.30-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Dec 7 | 241,748.60 | Dec 21 | 267,795.21 | Dec 28 | 273,467.69 |
| Dec 14 | 246,982.30 | | | | |

Balances only appear for days reflecting change.

This page intentionally left blank



**P.O. Box 1800**
Saint Paul, Minnesota 55101-0800

62    TRN    S    Y    ST01

# Business Statement

Account Number:
█████9704

Statement Period:
Nov 1, 2023
through
Nov 30, 2023

Page 1 of 2

ɪˡᵘˡˡᵖᵗˡˡᵗˡᵗˡˡᵈˡˡᵗˡˡʳˡˡˡˡˡᵖˡˡᵖˡˡˡˡˡᵖˡˡᵈˡᵘˡˡˡˡᵗˡˡˡᵈˡˡ
000164094 00 SP    106481899668298 S
HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH 45040-6811

☎    **To Contact U.S. Bank**

**Commercial Customer Service:**    800-377-3053

**U.S. Bank accepts Relay Calls**

**Internet:**    usbank.com

---

## INFORMATION YOU SHOULD KNOW

**Price changes for U.S. Bank Business Checking, Savings and Treasury Management Services are effective Jan. 1, 2024.** You can view revised pricing (only those prices that changed) at https://cashmgmt.usbank.com/repricing beginning Dec. 1, 2023. Please enter the Access Code listed below to view price changes that may apply. If you experience difficulty accessing this information, please call Customer Service at the number listed in the upper-right corner of this statement or send an email to commercialsupport@usbank.com.

Access Code: F6-5206-62D1-64CE

---

## ANALYZED CHECKING

*Member FDIC*

U.S. Bank National Association    Account Number █████9704

### Account Summary

| | # Items | $ | |
|---|---|---|---|
| Beginning Balance on Nov 1 | | $ | 241,674.52 |
| Other Deposits | 5 | | 256,917.87 |
| Other Withdrawals | 7 | | 260,550.50- |
| **Ending Balance on Nov 30, 2023** | | **$** | **238,041.89** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Nov 2 | Wire Credit REF002653 | ZIONS BANCORP, NA 231102B01P64 | | $ | 48,719.96 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Nov 9 | Wire Credit REF002855 | ZIONS BANCORP, NA 231109B01NP1 | | | 60,187.06 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Nov 16 | Wire Credit REF001924 | ZIONS BANCORP, NA 231116B01BGY | | | 50,342.25 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Nov 22 | Wire Credit REF002836 | ZIONS BANCORP, NA 231122B01Q11 | | | 62,207.49 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Nov 30 | Wire Credit REF002412 | ZIONS BANCORP, NA 231130B084QB | | | 35,461.11 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| | | | **Total Other Deposits** | **$** | **256,917.87** |

### Other Withdrawals

| Date | Description of Transaction | | | Ref Number | | Amount |
|---|---|---|---|---|---|---|
| Nov 2 | Electronic Funds Transfer | To Account | ████6767 | | $ | 37,589.18- |
| Nov 9 | Electronic Funds Transfer | To Account | ████6767 | | | 40,716.66- |
| Nov 14 | Analysis Service Charge | | | 1400000000 | | 162.96- |
| Nov 16 | Electronic Funds Transfer | To Account | ████6767 | | | 37,894.14- |
| Nov 22 | Electronic Funds Transfer | To Account | ████6767 | | | 39,695.20- |
| Nov 27 | Electronic Funds Transfer | To Account | ████4325 | | | 75,000.00- |

---

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                                   $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.               $_____

5. Total lines 3 and 4.                                                                 $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.         $_____

7. Subtract line 6 from line 5. This is your balance.                                   $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

### IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

### IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

### CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
***What To Do If You Think You Find A Mistake on Your Statement***
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- ***Account information:*** Your name and account number.
- ***Dollar Amount:*** The dollar amount of the suspected error.
- ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.** Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

### REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING LENDER



HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:
■■■■■9704

Statement Period:
Nov 1, 2023
through
Nov 30, 2023

Page 2 of 2



---

## ANALYZED CHECKING                                        (CONTINUED)

U.S. Bank National Association                          **Account Number** ■■■■■-9704

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|--|-----------|--------|
| Nov 30 | Electronic Funds Transfer | To Account ■■■■6767 | | 29,492.36- |
| | | **Total Other Withdrawals** | **$** | **260,550.50-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Nov  2 | 252,805.30 | Nov 16 | 284,560.85 | Nov 27 | 232,073.14 |
| Nov  9 | 272,275.70 | Nov 22 | 307,073.14 | Nov 30 | 238,041.89 |
| Nov 14 | 272,112.74 | | | | |

Balances only appear for days reflecting change.

This page intentionally left blank



**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

62        TRN             S              Y        ST01

Account Number:
█████████9704

Statement Period:
Oct 2, 2023
through
Oct 31, 2023

Page 1 of 2

```
ılı|||ıl·ıl·ılılı·ıl·ı|||ılııl·ı·ı·l·l·ıl·ıll||||ı·||ılıl·l
000039934 00  SP     106481876177908 S
HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811
```

☎                          *To Contact U.S. Bank*

*Commercial Customer Service:*                        800-377-3053

*U.S. Bank accepts Relay Calls*
*Internet:*                                           usbank.com

---

## INFORMATION YOU SHOULD KNOW

Effective November 13, 2023, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

Beginning October 11, 2023, you can review the full revised document at **usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

- Under **Owner's Authority** section, added U.S. Bank makes no warranty or representation as to the suitability of any deposit product outside the United States of America.
- Under **Insufficient Funds and Overdrafts** section, removed language that states an Overdraft Paid Fee may be charged if the Available Balance was positive at the time the debit card transaction was authorized.
- Under **Withdrawal Rights, Ownership of Account, and Beneficiary Designation** section, **Accounts Established Under the Uniform Transfers to Minors Act or Uniform Gifts to Minors Act ("UTMA/UGMA")** sub-section, added language stating U.S. Bank may contact the minor for instructions, unless prior written notice is received and supporting documentation establishing that the minor has not yet reached the age of termination.

If you have questions or need to request a copy of the current Your Deposit Account Agreement, visit **usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this statement.

---

## ANALYZED CHECKING                                                          *Member FDIC*

U.S. Bank National Association                          **Account Number** █████████9704

### Account Summary

|                          | # Items |    |            |
|--------------------------|---------|----|------------|
| Beginning Balance on Oct 2 |         | $  | 138,271.10 |
| Other Deposits           | 4       |    | 274,053.65 |
| Other Withdrawals        | 6       |    | 170,650.23- |
| **Ending Balance on Oct 31, 2023** |  | **$** | **241,674.52** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|------|----------------------------|---|------------|---|--------|
| Oct  5 | Wire Credit REF002047     ZIONS BANCORP, NA  231005B01L4J | | | $ | 40,432.88 |
|        | ORG=COMMERCIAL FUNDING     INC. 170 S MAIN ST STE 7 | | | | |
| Oct 12 | Wire Credit REF002714     ZIONS BANCORP, NA  231012B01W8K | | | | 63,243.36 |
|        | ORG=COMMERCIAL FUNDING     INC. 170 S MAIN ST STE 7 | | | | |
| Oct 19 | Wire Credit REF001904     ZIONS BANCORP, NA  231019B016BP | | | | 45,545.80 |
|        | ORG=COMMERCIAL FUNDING     INC. 170 S MAIN ST STE 7 | | | | |
| Oct 26 | Wire Credit REF002897     ZIONS BANCORP, NA  231026B01QJX | | | | 124,831.61 |
|        | ORG=COMMERCIAL FUNDING     INC. 170 S MAIN ST STE 7 | | | | |
| | | | **Total Other Deposits** | **$** | **274,053.65** |

### Other Withdrawals

| Date | Description of Transaction | | | Ref Number | | Amount |
|------|----------------------------|---|---|------------|---|--------|
| Oct  5 | Electronic Funds Transfer | To Account █████6767 | | | $ | 41,350.43- |
| Oct 12 | Electronic Funds Transfer | To Account █████6767 | | | | 42,429.28- |
| Oct 16 | Analysis Service Charge   | | | 1600000000 | | 163.64- |



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                                                $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.            $_____

5.  Total lines 3 and 4.                                                                                          $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7.  Subtract line 6 from line 5.  This is your balance.                                              $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10.  The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING
LENDER

Member FDIC



HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:
█████ 9704
Statement Period:
Oct 2, 2023
through
Oct 31, 2023

Page 2 of 2



## ANALYZED CHECKING                                    (CONTINUED)
U.S. Bank National Association                           **Account Number 1-539-1063-9704**

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Oct 19 | Electronic Funds Transfer | To Account █ 6767 | | 40,178.10- |
| Oct 26 | Electronic Funds Transfer | To Account █ 4326 | | 7,000.00- |
| Oct 26 | Electronic Funds Transfer | To Account █ 6767 | | 39,528.78- |
| | | **Total Other Withdrawals** | **$** | **170,650.23-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Oct  5 | 137,353.55 | Oct 16 | 158,003.99 | Oct 26 | 241,674.52 |
| Oct 12 | 158,167.63 | Oct 19 | 163,371.69 | | |

Balances only appear for days reflecting change.

This page intentionally left blank



**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

| 62 | TRN | S | Y | ST01 |

Account Number:
█████9704

Statement Period:
Sep 1, 2023
through
Sep 30, 2023

Page 1 of 2

000063046 00  SP        106481851849492 S
HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

☎                                    **To Contact U.S. Bank**

**Commercial Customer Service:**                          800-377-3053

**U.S. Bank accepts Relay Calls**
**Internet:**                                   usbank.com

---

## INFORMATION YOU SHOULD KNOW

Effective November 13, 2023, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

Beginning October 11, 2023, you can review the full revised document at **usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**
- Under **Owner's Authority** section, added U.S. Bank makes no warranty or representation as to the suitability of any deposit product outside the United States of America.
- Under **Insufficient Funds and Overdrafts** section, removed language that states an Overdraft Paid Fee may be charged if the Available Balance was positive at the time the debit card transaction was authorized.
- Under **Withdrawal Rights, Ownership of Account, and Beneficiary Designation** section, **Accounts Established Under the Uniform Transfers to Minors Act or Uniform Gifts to Minors Act ("UTMA/UGMA")** sub-section, added language stating U.S. Bank may contact the minor for instructions, unless prior written notice is received and supporting documentation establishing that the minor has not yet reached the age of termination.

If you have questions or need to request a copy of the current Your Deposit Account Agreement, visit **usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this statement.

---

## ANALYZED CHECKING                                                                  *Member FDIC*

U.S. Bank National Association                                    **Account Number** ████-9704

### Account Summary

| | # Items | $ | |
|---|---|---|---|
| Beginning Balance on Sep 1 | | $ | 176,211.67 |
| Other Deposits | 4 | | 232,436.92 |
| Other Withdrawals | 6 | | 270,377.49- |
| **Ending Balance on Sep 30, 2023** | | **$** | **138,271.10** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Sep 7 | Wire Credit REF003807 | ZIONS BANCORP, NA  230907051004 | | $ | 66,696.36 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Sep 14 | Wire Credit REF003584 | ZIONS BANCORP, NA  230914B024LN | | | 49,143.26 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Sep 21 | Wire Credit REF002472 | ZIONS BANCORP, NA  230921B01FQQ | | | 60,178.86 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Sep 28 | Wire Credit REF002314 | ZIONS BANCORP, NA  230928B01JFY | | | 56,418.44 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| | | **Total Other Deposits** | | **$** | **232,436.92** |

### Other Withdrawals

| Date | Description of Transaction | | | Ref Number | | Amount |
|---|---|---|---|---|---|---|
| Sep 7 | Electronic Funds Transfer | To Account | ████6767 | | $ | 51,936.97- |
| Sep 14 | Electronic Funds Transfer | To Account | ████6767 | | | 43,270.75- |
| Sep 15 | Analysis Service Charge | | | 1500000000 | | 177.84- |



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1.   List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.   Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.   Enter the ending balance shown on this statement.                                     $_____

4.   Enter the total deposits recorded in the Outstanding Deposits section.                 $_____

5.   Total lines 3 and 4.                                                                    $_____

6.   Enter the total withdrawals recorded in the Outstanding Withdrawals section.           $_____

7.   Subtract line 6 from line 5.  This is your balance.                                     $_____

8.   Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.   Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10.  The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

• Tell us your name and account number.

• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

• Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

      *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

***What To Do If You Think You Find A Mistake on Your Statement***

If you think there is an error on your statement, write to us at:

U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

• ***Account information:*** Your name and account number.

• ***Dollar Amount:*** The dollar amount of the suspected error.

• ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.





HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH 45040-6811

**Business Statement**

Account Number:
█████9704
Statement Period:
Sep 1, 2023
through
Sep 30, 2023

Page 2 of 2



## ANALYZED CHECKING                                          (CONTINUED)
U.S. Bank National Association                **Account Number** ████ -9704

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Sep 19 | Electronic Funds Transfer | To Account █ 4325 | | 75,000.00- |
| Sep 21 | Electronic Funds Transfer | To Account █ 6767 | | 52,518.57- |
| Sep 28 | Electronic Funds Transfer | To Account █ 6767 | | 47,473.36- |
| | | **Total Other Withdrawals** | **$** | **270,377.49-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Sep 7 | 190,971.06 | Sep 15 | 196,665.73 | Sep 21 | 129,326.02 |
| Sep 14 | 196,843.57 | Sep 19 | 121,665.73 | Sep 28 | 138,271.10 |

Balances only appear for days reflecting change.

This page intentionally left blank



**P.O. Box 1800**
Saint Paul, Minnesota 55101-0800

62        TRN            S          Y      ST01

**Business Statement**

Account Number:
████████9704

Statement Period:
Aug 1, 2023
through
Aug 31, 2023

Page 1 of 1

000076291 00  SP     106481826331251 S
HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

☎                    *To Contact U.S. Bank*

*Commercial Customer*
*Service:*                          *800-377-3053*

*U.S. Bank accepts Relay Calls*
*Internet:*                          *usbank.com*

---

## ANALYZED CHECKING                                          *Member FDIC*

U.S. Bank National Association                          Account Number ████ -9704

### Account Summary

|                              | # Items |   |           |
|------------------------------|---------|---|-----------|
| Beginning Balance on Aug 1   |         | $ | 130,678.38 |
| Other Deposits               | 5       |   | 314,962.38 |
| Other Withdrawals            | 7       |   | 269,429.09- |
| **Ending Balance on  Aug 31, 2023** |  | **$** | **176,211.67** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|------|----------------------------|--|------------|--|--------|
| Aug  3 | Wire Credit REF003150 | ZIONS BANCORP, NA  230803043647 | | $ | 62,676.96 |
|        | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Aug 10 | Wire Credit REF002683 | ZIONS BANCORP, NA  230810054968 | | | 56,216.54 |
|        | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Aug 17 | Wire Credit REF002889 | ZIONS BANCORP, NA  230817045803 | | | 55,963.91 |
|        | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Aug 24 | Wire Credit REF003319 | ZIONS BANCORP, NA  230824052130 | | | 73,122.20 |
|        | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Aug 31 | Wire Credit REF004439 | ZIONS BANCORP, NA  230831261748 | | | 66,982.77 |
|        | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| | | **Total Other Deposits** | | **$** | **314,962.38** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|------|----------------------------|--|------------|--|--------|
| Aug  3 | Electronic Funds Transfer | To Account ████6767 | | $ | 59,690.44- |
| Aug 10 | Electronic Funds Transfer | To Account ████6767 | | | 52,497.55- |
| Aug 14 | Analysis Service Charge | | 1400000000 | | 163.17- |
| Aug 16 | Electronic Withdrawal | To OHIO BWC | | | 1,040.00- |
|        | REF=232270083575540N00 | 3311334187PAYMENT  C80070679-0 | | | |
| Aug 17 | Electronic Funds Transfer | To Account ████6767 | | | 52,410.83- |
| Aug 24 | Electronic Funds Transfer | To Account ████6767 | | | 52,739.31- |
| Aug 31 | Electronic Funds Transfer | To Account ████6767 | | | 50,887.79- |
| | | **Total Other Withdrawals** | | **$** | **269,429.09-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Aug  3 | 133,664.90 | Aug 16 | 136,180.72 | Aug 24 | 160,116.69 |
| Aug 10 | 137,383.89 | Aug 17 | 139,733.80 | Aug 31 | 176,211.67 |
| Aug 14 | 137,220.72 | | | | |

Balances only appear for days reflecting change.



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3. Enter the ending balance shown on this statement.                                    $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.        $_____

5. Total lines 3 and 4.                                                                                     $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5.  This is your balance.                                     $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.**  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



Member FDIC



**P.O. Box 1800**
Saint Paul, Minnesota 55101-0800

62      TRN      S      Y      ST01

**Business Statement**

Account Number:
████████ 9704

Statement Period:
Jul 3, 2023
through
Jul 31, 2023

Page 1 of 2

||l||l||ll·ll·|ll···lll··l·l·l·l|l||l|l·l·|l·l·|l·l·ll·l|l·
000088106 00  SP      106481801261123 S
HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

☎                                          *To Contact U.S. Bank*

*Commercial Customer
Service:*                                       800-377-3053

*U.S. Bank accepts Relay Calls*
*Internet:*                                      usbank.com

---

## INFORMATION YOU SHOULD KNOW

Effective August 14, 2023, important updates will be made to the *Your Deposit Account Agreement* document which may affect your rights. The changes are generally described below, but you should review the changes in their entirety.

Beginning July 10, 2023, you can review and download the full revised disclosure at **usbank.com/YDAA** or you may also call your customer service team at the phone number listed at the top of this statement.

**Here's what you should know:**

- Updated section title from Electronic Banking Agreement to Electronic Fund Transfers, for Consumer Customers and Business Customers.
- For all references to the Returned Deposited and Cashed Items, updated title to Returned Deposited Items for Business Accounts Only. The Returned Deposited Item Fee or Cashed Check Fee was removed for consumer only on February 13, 2023 and will no longer be charged.
- Moved Real Time Payment/Prohibition on Foreign Payments section to the U.S. Bank *Digital Services Agreement* (DSA). You can view the DSA online at **usbank.com/dsa**.
- Under the Changes to Our Agreement with You section, added additional detail to include changing and/or adding terms to the agreement and added details regarding Resolution of Disputes by Arbitration.
- Under the Levies, Garnishments and Other Legal Process section, updated our garnishment terms.
- Under Resolution of Disputes by Arbitration section, removed references to JAMS and added additional information regarding Small Claims Jurisdiction and Arbitration Procedures and Arbitration Costs.
- Under Terms Applicable to All Accounts section, added a sub-section titled Litigation Class Action Waiver.
- Under Longer Delays May Apply section, added a sub-section titled Large Deposits.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added sub-section titled Virtual Debit Card.
- Removed the Minnesota Liability Disclosure.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added clarification to refer to the *Digital Services Agreement*.

If you have questions or need to request a copy of the current *Your Deposit Account Agreement*, visit **usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this statement.

---

## ANALYZED CHECKING                                              *Member FDIC*

U.S. Bank National Association                    **Account Number** ████-9704
**Account Summary**

|                                      | # Items |    |              |
| ------------------------------------ | ------- | -- | ------------ |
| Beginning Balance on Jul 3           |         | $  | 101,494.74   |
| Other Deposits                       | 4       |    | 289,371.44   |
| Other Withdrawals                    | 6       |    | 260,187.80-  |
| **Ending Balance on  Jul 31, 2023**  |         | $  | 130,678.38   |

### Other Deposits

| Date   | Description of Transaction                                                          | Ref Number | Amount      |
| ------ | ---------------------------------------------------------------------------------- | ---------- | ----------- |
| Jul  6 | Wire Credit REF003478          ZIONS BANCORP, NA  230706048473     | $          | 79,082.43   |
|        | ORG=COMMERCIAL FUNDING       INC. 170 S MAIN ST STE 7                              |            |             |
| Jul  13 | Wire Credit REF002037         ZIONS BANCORP, NA  230713035244     |            | 65,309.95   |
|        | ORG=COMMERCIAL FUNDING       INC. 170 S MAIN ST STE 7                              |            |             |



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
### In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of The National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
### *What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.** Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



 **usbank**

HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:
████9704

Statement Period:
Jul 3, 2023
through
Jul 31, 2023

Page 2 of 2



## ANALYZED CHECKING                                  (CONTINUED)

U.S. Bank National Association                     **Account Number** ████9704

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|--|-----------|--------|
| Jul 20 | Wire Credit REF003046 | ZIONS BANCORP, NA  230720054961 | | 71,438.03 |
|  | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | |
| Jul 27 | Wire Credit REF003197 | ZIONS BANCORP, NA  230727044957 | | 73,541.03 |
|  | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | |
| | | **Total Other Deposits** | **$** | **289,371.44** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|--|-----------|--------|
| Jul  6 | Electronic Funds Transfer | To Account ████6767 | | $  56,915.75- |
| Jul 13 | Electronic Funds Transfer | To Account ████6767 | | 41,689.74- |
| Jul 17 | Analysis Service Charge | | 1700000000 | 178.56- |
| Jul 20 | Electronic Funds Transfer | To Account ████6767 | | 55,299.80- |
| Jul 24 | Electronic Funds Transfer | To Account ████4325 | | 50,000.00- |
| Jul 27 | Electronic Funds Transfer | To Account ████6767 | | 56,103.95- |
| | | **Total Other Withdrawals** | **$** | **260,187.80-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Jul  6 | 123,661.42 | Jul 17 | 147,103.07 | Jul 24 | 113,241.30 |
| Jul 13 | 147,281.63 | Jul 20 | 163,241.30 | Jul 27 | 130,678.38 |

Balances only appear for days reflecting change.

This page intentionally left blank



**P.O. Box 1800**
Saint Paul, Minnesota 55101-0800

62      TRN          S       Y     ST01

**Business Statement**

Account Number:

█████9704

Statement Period:

Jun 1, 2023
through
Jun 30, 2023

Page 1 of 2

```
|||••|••||||••••|•|•||||||•|•||•||••||•••|••||•||•|•|••||||••||••
000076294 00  SP     106481777903903 S
HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811
```

☎                                *To Contact U.S. Bank*

*Commercial Customer*
*Service:*                                       *800-377-3053*

*U.S. Bank accepts Relay Calls*
*Internet:*                                             *usbank.com*

## INFORMATION YOU SHOULD KNOW

Effective August 14, 2023, important updates will be made to the *Your Deposit Account Agreement* document which may affect your rights. The changes are generally described below, but you should review the changes in their entirety.

Beginning July 10, 2023, you can review and download the full revised disclosure at **usbank.com/YDAA** or you may also call your customer service team at the phone number listed at the top of this statement.

**Here's what you should know:**

- Updated section title from Electronic Banking Agreement to Electronic Fund Transfers, for Consumer Customers and Business Customers.
- For all references to the Returned Deposited and Cashed Items, updated title to Returned Deposited Items for Business Accounts Only. The Returned Deposited Item Fee or Cashed Check Fee was removed for consumer only on February 13, 2023 and will no longer be charged.
- Moved Real Time Payment/Prohibition on Foreign Payments section to the U.S. Bank *Digital Services Agreement* (DSA). You can view the DSA online at **usbank.com/dsa**.
- Under the Changes to Our Agreement with You section, added additional detail to include changing and/or adding terms to the agreement and added details regarding Resolution of Disputes by Arbitration.
- Under the Levies, Garnishments and Other Legal Process section, updated our garnishment terms.
- Under Resolution of Disputes by Arbitration section, removed references to JAMS and added additional information regarding Small Claims Jurisdiction and Arbitration Procedures and Arbitration Costs.
- Under Terms Applicable to All Accounts section, added a sub-section titled Litigation Class Action Waiver.
- Under Longer Delays May Apply section, added a sub-section titled Large Deposits.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added sub-section titled Virtual Debit Card.
- Removed the Minnesota Liability Disclosure.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added clarification to refer to the *Digital Services Agreement*.

If you have questions or need to request a copy of the current *Your Deposit Account Agreement*, visit **usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this statement.

## ANALYZED CHECKING                                    *Member FDIC*

U.S. Bank National Association                          Account Number ████-9704
**Account Summary**

|                              | # Items |    |            |
|------------------------------|---------|----|------------|
| Beginning Balance on Jun 1   |         | $  | 113,704.77 |
| Other Deposits               | 5       |    | 292,687.86 |
| Other Withdrawals            | 8       |    | 304,897.89- |
| **Ending Balance on Jun 30, 2023** |   | **$** | **101,494.74** |

## Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|------|----------------------------|---|-----------|---|--------|
| Jun  1 | Wire Credit REF002848          ZIONS BANCORP, NA  230601057401 | | | $ | 68,565.24 |
|        | ORG=COMMERCIAL FUNDING      INC. 170 S MAIN ST STE 7 | | | | |
| Jun  8 | Wire Credit REF002023          ZIONS BANCORP, NA  230608031910 | | | | 50,104.02 |
|        | ORG=COMMERCIAL FUNDING      INC. 170 S MAIN ST STE 7 | | | | |



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.  $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.  $_____

5. Total lines 3 and 4.  $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7. Subtract line 6 from line 5. This is your balance.  $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

  *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

***What To Do If You Think You Find A Mistake on Your Statement***

If you think there is an error on your statement, write to us at:

U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

- ***Account information:*** Your name and account number.
- ***Dollar Amount:*** The dollar amount of the suspected error.
- ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING LENDER

Member FDIC



**Business Statement**

HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

Account Number:
___9704
Statement Period:
Jun 1, 2023
through
Jun 30, 2023

Page 2 of 2



## ANALYZED CHECKING (CONTINUED)

U.S. Bank National Association                          **Account Number** ____-9704

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|--|-----------|--------|
| Jun 15 | Wire Credit REF002806 | ZIONS BANCORP, NA  230615051130 | | 65,469.33 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | |
| Jun 22 | Wire Credit REF001327 | ZIONS BANCORP, NA  230622024837 | | 68,481.08 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | |
| Jun 29 | Wire Credit REF003376 | ZIONS BANCORP, NA  230629047999 | | 40,068.19 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | |
| | **Total Other Deposits** | | **$** | **292,687.86** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|--|-----------|--------|
| Jun  1 | Electronic Funds Transfer | To Account ____6767 | | $ 52,190.30- |
| Jun  8 | Electronic Funds Transfer | To Account ____6767 | | 44,893.85- |
| Jun 14 | Analysis Service Charge | | 1400000000 | 164.35- |
| Jun 15 | Electronic Funds Transfer | To Account ____6767 | | 57,366.62- |
| Jun 20 | Electronic Funds Transfer | To Account ____4325 | | 30,000.00- |
| Jun 22 | Electronic Withdrawal | To OHIO BWC | | 15,483.00- |
| | REF=231720129819030N00 | 3311334187PAYMENT  C80070679-0 | | |
| Jun 22 | Electronic Funds Transfer | To Account ____6767 | | 52,629.12- |
| Jun 29 | Electronic Funds Transfer | To Account ____6767 | | 52,170.65- |
| | **Total Other Withdrawals** | | **$** | **304,897.89-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Jun  1 | 130,079.71 | Jun 15 | 143,228.24 | Jun 22 | 113,597.20 |
| Jun  8 | 135,289.88 | Jun 20 | 113,228.24 | Jun 29 | 101,494.74 |
| Jun 14 | 135,125.53 | | | | |

Balances only appear for days reflecting change.

This page intentionally left blank



**P.O. Box 1800**
**Saint Paul, Minnesota 55101-0800**

62        TRN        S        Y        ST01

**Business Statement**

Account Number:
████████ 9704

Statement Period:
May 1, 2023
through
May 31, 2023

Page 1 of 1

000052815 00 SP    106481748895811 S
HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH 45040-6811

☎    **To Contact U.S. Bank**

**Commercial Customer Service:**    800-377-3053

**U.S. Bank accepts Relay Calls**

**Internet:**    usbank.com

---

## ANALYZED CHECKING                                      *Member FDIC*

U.S. Bank National Association                          **Account Number** ████ -9704

### Account Summary

|  | # Items |  |  |
|---|---|---|---|
| Beginning Balance on May 1 |  | $ | 181,837.89 |
| Customer Deposits | 1 |  | 2,781.00 |
| Other Deposits | 4 |  | 259,689.04 |
| Other Withdrawals | 6 |  | 330,603.16- |
| **Ending Balance on May 31, 2023** |  | **$** | **113,704.77** |

### Customer Deposits

| Number | Date | Ref Number | Amount |
|---|---|---|---|
|  | May 3 | 8613069974 | 2,781.00 |
|  |  | **Total Customer Deposits** $ | **2,781.00** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| May 4 | Wire Credit REF002110 ORG=COMMERCIAL FUNDING | ZIONS BANCORP, NA 230504031538 INC. 170 S MAIN ST STE 7 | | $ 59,963.19 |
| May 11 | Wire Credit REF002172 ORG=COMMERCIAL FUNDING | ZIONS BANCORP, NA 230511033636 INC. 170 S MAIN ST STE 7 | | 72,564.51 |
| May 18 | Wire Credit REF001907 ORG=COMMERCIAL FUNDING | ZIONS BANCORP, NA 230518027397 INC. 170 S MAIN ST STE 7 | | 67,794.83 |
| May 25 | Wire Credit REF001524 ORG=COMMERCIAL FUNDING | ZIONS BANCORP, NA 230525023689 INC. 170 S MAIN ST STE 7 | | 59,366.51 |
|  |  | | **Total Other Deposits** $ | **259,689.04** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| May 4 | Electronic Funds Transfer | To Account ████ 6767 | | $ 58,229.17- |
| May 11 | Electronic Funds Transfer | To Account ████ 6767 | | 57,830.29- |
| May 12 | Analysis Service Charge | | 1200000000 | 163.63- |
| May 18 | Electronic Funds Transfer | To Account ████ 6767 | | 57,035.33- |
| May 25 | Electronic Funds Transfer | To Account ████ 6767 | | 57,344.74- |
| May 30 | Electronic Funds Transfer | To Account ████ 4325 | | 100,000.00- |
|  |  | | **Total Other Withdrawals** $ | **330,603.16-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| May 3 | 184,618.89 | May 12 | 200,923.50 | May 25 | 213,704.77 |
| May 4 | 186,352.91 | May 18 | 211,683.00 | May 30 | 113,704.77 |
| May 11 | 201,087.13 |  |  |  |  |

Balances only appear for days reflecting change.



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                                            $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.              $_____

5. Total lines 3 and 4.                                                                                          $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7. Subtract line 6 from line 5. This is your balance.                                             $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.





P.O. Box 1800
Saint Paul, Minnesota 55101-0800

62    TRN    S    Y    ST01

**Business Statement**

Account Number:
████████9704

Statement Period:
Apr 3, 2023
through
Apr 30, 2023

Page 1 of 1

000057781 00  SP    106481724511966 S
HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

☎    *To Contact U.S. Bank*

*Commercial Customer*
*Service:*    *800-377-3053*

*U.S. Bank accepts Relay Calls*
*Internet:*    *usbank.com*

## INFORMATION YOU SHOULD KNOW

Thank you for choosing U.S. Bank. We're committed to keeping you up to date on your account and would like to remind you of a recent change to our *Night Deposit Agreement*, effective April 14, 2023. If you utilize the night drop service, you may review the revised *Night Depository Service Standard Terms and Conditions* online at usbank.com, request a copy by calling 800-USBANKS (872-2657), or obtain a copy by visiting your local U.S. Bank branch. By continuing to use our night deposit services after April 14, 2023, you accept and agree to these updated terms. If you have any questions, please call us at U.S. Bank 24-Hour Banking at 800-USBANKS (872-2657).

## ANALYZED CHECKING

U.S. Bank National Association

*Member FDIC*

Account Number    ████████9704

### Account Summary

|  | # Items |  | Amount |
|---|---|---|---|
| Beginning Balance on Apr 3 |  | $ | 158,808.00 |
| Other Deposits | 4 |  | 259,718.90 |
| Other Withdrawals | 5 |  | 236,689.01- |
| **Ending Balance on  Apr 30, 2023** |  | **$** | **181,837.89** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Apr  6 | Wire Credit REF002319 | ZIONS BANCORP, NA  230406037200 |  | $ | 58,408.95 |
|  | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 |  |  |  |
| Apr 13 | Wire Credit REF003168 | ZIONS BANCORP, NA  230413044000 |  |  | 59,791.46 |
|  | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 |  |  |  |
| Apr 20 | Wire Credit REF002067 | ZIONS BANCORP, NA  230420033519 |  |  | 71,648.27 |
|  | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 |  |  |  |
| Apr 27 | Wire Credit REF001803 | ZIONS BANCORP, NA  230427027177 |  |  | 69,870.22 |
|  | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 |  |  |  |
|  |  | **Total Other Deposits** | | **$** | **259,718.90** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Apr  6 | Electronic Funds Transfer | To Account ████6767 |  | $ | 54,631.39- |
| Apr 13 | Electronic Funds Transfer | To Account ████6767 |  |  | 56,110.79- |
| Apr 14 | Analysis Service Charge |  | 1400000000 |  | 177.67- |
| Apr 20 | Electronic Funds Transfer | To Account ████6767 |  |  | 64,821.60- |
| Apr 27 | Electronic Funds Transfer | To Account ████6767 |  |  | 60,947.56- |
|  |  | **Total Other Withdrawals** | | **$** | **236,689.01-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Apr  6 | 162,585.56 | Apr 14 | 166,088.56 | Apr 27 | 181,837.89 |
| Apr 13 | 166,266.23 | Apr 20 | 172,915.23 |  |  |

Balances only appear for days reflecting change.



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.   $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.   $_____

5.  Total lines 3 and 4.   $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7.  Subtract line 6 from line 5.  This is your balance.   $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10.  The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

### IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
     *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

### IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

### CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- ***Account information:*** Your name and account number.
- ***Dollar Amount:*** The dollar amount of the suspected error.
- ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.** Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

### REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

### CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



Member FDIC



**P.O. Box 1800**
Saint Paul, Minnesota 55101-0800

62        TRN        S        Y        ST01

**Business Statement**

Account Number:
████████9704

Statement Period:
Mar 1, 2023
through
Mar 31, 2023

Page 1 of 2

000089228 00  SP      106481703332267 S
HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

☎    *To Contact U.S. Bank*

*Commercial Customer*
*Service:*                                    800-377-3053

*U.S. Bank accepts Relay Calls*
*Internet:*                                    usbank.com

---

## INFORMATION YOU SHOULD KNOW

Thank you for choosing U.S. Bank. We're committed to keeping you up to date on your account and would like to remind you of an upcoming change to our *Night Deposit Agreement*, effective April 14, 2023. If you utilize the night drop service, you may review the revised *Night Depository Service Standard Terms and Conditions* online at usbank.com, request a copy by calling 800-USBANKS (872-2657), or obtain a copy by visiting your local U.S. Bank branch. By continuing to use our night deposit services after April 14, 2023, you accept and agree to these updated terms. If you have any questions, please call us at U.S. Bank 24-Hour Banking at 800-USBANKS (872-2657).

---

## ANALYZED CHECKING

U.S. Bank National Association                                    *Member FDIC*

Account Number ████████ 9704

### Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Mar 1 | | $ | 112,785.33 |
| Other Deposits | 5 | | 343,708.88 |
| Other Withdrawals | 7 | | 297,686.21- |
| **Ending Balance on  Mar 31, 2023** | | **$** | **158,808.00** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Mar  2 | Wire Credit REF002130 | ZIONS BANCORP, NA  230302030292 | | $ | 75,607.78 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Mar  9 | Wire Credit REF002204 | ZIONS BANCORP, NA  230309031916 | | | 64,938.23 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Mar 16 | Wire Credit REF001298 | ZIONS BANCORP, NA  230316019610 | | | 69,908.23 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Mar 23 | Wire Credit REF002720 | ZIONS BANCORP, NA  230323042395 | | | 66,897.33 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| Mar 30 | Wire Credit REF002411 | ZIONS BANCORP, NA  230330036614 | | | 66,357.31 |
| | ORG=COMMERCIAL FUNDING | INC. 170 S MAIN ST STE 7 | | | |
| | | **Total Other Deposits** | | **$** | **343,708.88** |

### Other Withdrawals

| Date | Description of Transaction | | | Ref Number | | Amount |
|---|---|---|---|---|---|---|
| Mar  2 | Electronic Funds Transfer | To Account | ████6767 | | $ | 57,622.66- |
| Mar  9 | Electronic Funds Transfer | To Account | ████6767 | | | 57,646.95- |
| Mar 14 | Analysis Service Charge | | | 1400000000 | | 165.20- |
| Mar 16 | Electronic Funds Transfer | To Account | ████6767 | | | 60,771.32- |
| Mar 23 | Electronic Funds Transfer | To Account | ████6767 | | | 61,019.79- |
| Mar 24 | Electronic Funds Transfer | To Account | ████4326 | | | 5,000.00- |
| Mar 30 | Electronic Funds Transfer | To Account | ████6767 | | | 55,460.29- |
| | | **Total Other Withdrawals** | | | **$** | **297,686.21-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Mar  2 | 130,770.45 | Mar 14 | 137,896.53 | Mar 23 | 152,910.98 |
| Mar  9 | 138,061.73 | Mar 16 | 147,033.44 | Mar 24 | 147,910.98 |



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

     *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

***What To Do If You Think You Find A Mistake on Your Statement***

If you think there is an error on your statement, write to us at:

U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

- ***Account information:*** Your name and account number.
- ***Dollar Amount:*** The dollar amount of the suspected error.
- ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING LENDER

Member FDIC



HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:
█████9704

Statement Period:
Mar 1, 2023
through
Mar 31, 2023

Page 2 of 2



**ANALYZED CHECKING**                                                **(CONTINUED)**

U.S. Bank National Association                             **Account Number** ████-9704

**Balance Summary (continued)**

| Date | Ending Balance |
|------|----------------|
| Mar 30 | 158,808.00 |

Balances only appear for days reflecting change.

This page intentionally left blank



**US bank.**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

62      TRN           S         Y    ST01

**Business Statement**

Account Number:

███████9704

Statement Period:
Feb 1, 2023
through
Feb 28, 2023

Page 1 of 1

000067825 00  SP     106481679334027 S
HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

☎    **To Contact U.S. Bank**

**Commercial Customer Service:**    800-377-3053

**U.S. Bank accepts Relay Calls**
**Internet:**    usbank.com

---

## INFORMATION YOU SHOULD KNOW

Thank you for choosing U.S. Bank. We're committed to keeping you up to date on your account and would like to inform you of an upcoming change to our *Night Deposit Agreement*, effective April 14, 2023. If you utilize the night drop service, you may review the revised *Night Depository Service Standard Terms and Conditions* online at usbank.com, request a copy by calling 800-USBANKS (872-2657), or obtain a copy by visiting your local U.S. Bank branch. By continuing to use our night deposit services after April 14, 2023, you accept and agree to these updated terms. If you have any questions, please call us at U.S. Bank 24-Hour Banking at 800-USBANKS (872-2657).

---

## ANALYZED CHECKING

U.S. Bank National Association                                                               *Member FDIC*

Account Number    ███████-9704

### Account Summary

|                           | # Items |    |            |
|---------------------------|---------|----|------------|
| Beginning Balance on Feb 1 |         | $  | 161,061.65 |
| Other Deposits            | 4       |    | 291,926.57 |
| Other Withdrawals         | 6       |    | 340,202.89- |
| **Ending Balance on  Feb 28, 2023** |  | **$** | **112,785.33** |

### Other Deposits

| Date | Description of Transaction |                           |                              | Ref Number |    | Amount |
|------|----------------------------|---------------------------|------------------------------|------------|----|--------|
| Feb 2 | Wire Credit REF002496 ORG=COMMERCIAL FUNDING | ZIONS BANCORP, NA  230202034645 INC. 170 S MAIN ST STE 7 | | | $ | 77,527.32 |
| Feb 9 | Wire Credit REF002273 ORG=COMMERCIAL FUNDING | ZIONS BANCORP, NA  230209027731 INC. 170 S MAIN ST STE 7 | | | | 72,046.11 |
| Feb 16 | Wire Credit REF003267 ORG=COMMERCIAL FUNDING | ZIONS BANCORP, NA  230216037419 INC. 170 S MAIN ST STE 7 | | | | 71,717.83 |
| Feb 23 | Wire Credit REF001845 ORG=COMMERCIAL FUNDING | ZIONS BANCORP, NA  230223029829 INC. 170 S MAIN ST STE 7 | | | | 70,635.31 |
| | | | **Total Other Deposits** | | **$** | **291,926.57** |

### Other Withdrawals

| Date | Description of Transaction |            |       | Ref Number | | Amount |
|------|----------------------------|------------|-------|------------|--|--------|
| Feb 2 | Electronic Funds Transfer | To Account | ███6767 | | $ | 61,932.54- |
| Feb 9 | Electronic Funds Transfer | To Account | ███6767 | | | 54,477.68- |
| Feb 14 | Analysis Service Charge | | | 1400000000 | | 166.97- |
| Feb 16 | Electronic Funds Transfer | To Account | ███6767 | | | 61,466.81- |
| Feb 23 | Electronic Funds Transfer | To Account | ███6767 | | | 62,158.89- |
| Feb 27 | Electronic Funds Transfer | To Account | ███4325 | | | 100,000.00- |
| | | | **Total Other Withdrawals** | | **$** | **340,202.89-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Feb 2 | 176,656.43 | Feb 14 | 194,057.89 | Feb 23 | 212,785.33 |
| Feb 9 | 194,224.86 | Feb 16 | 204,308.91 | Feb 27 | 112,785.33 |

Balances only appear for days reflecting change.



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                                    $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.                $_____

5. Total lines 3 and 4.                                                                  $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.          $_____

7. Subtract line 6 from line 5. This is your balance.                                    $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
     *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
***What To Do If You Think You Find A Mistake on Your Statement***
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• ***Account information:*** Your name and account number.
• ***Dollar Amount:*** The dollar amount of the suspected error.
• ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING
LENDER

Member FDIC



**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

62       TRN       S       Y       ST01

Account Number:
■■■■■■ 9704

Statement Period:
Jan 2, 2023
through
Jan 31, 2023

Page 1 of 2

000067163 00 SP    106481657195927 S
HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

☎    *To Contact U.S. Bank*

*Commercial Customer Service:*    800-377-3053

*U.S. Bank accepts Relay Calls*
*Internet:*    usbank.com

---

## INFORMATION YOU SHOULD KNOW

Price changes for U.S. Bank Business Checking, Savings and Treasury Management Services are effective Jan. 1, 2023. You can view revised pricing (only those prices that changed) at https://cashmgmt.usbank.com/repricing beginning Dec. 1, 2022. Please enter the Access Code listed below to view price changes that may apply. If you experience difficulty accessing this information, please call Customer Service at the number listed in the upper-right corner of this statement or send an email to commercialsupport@usbank.com.

Access Code: 7E-7EDE-0C7A-8C5D

---

## ANALYZED CHECKING                                                 *Member FDIC*

U.S. Bank National Association                          **Account Number** ■■■■-9704

### Account Summary

| | # Items | $ | |
|---|---|---|---|
| Beginning Balance on Jan 2 | | $ | 214,878.93 |
| Customer Deposits | 1 | | 4,080.00 |
| Other Deposits | 4 | | 270,419.89 |
| Other Withdrawals | 6 | | 328,317.17- |
| **Ending Balance on Jan 31, 2023** | | **$** | **161,061.65** |

### Customer Deposits

| Number | Date | Ref Number | Amount |
|---|---|---|---|
| | Jan 18 | 8615570901 | 4,080.00 |
| | | **Total Customer Deposits** $ | **4,080.00** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jan  5 | Wire Credit REF002952    ORG=COMMERCIAL FUNDING | ZIONS BANCORP, NA  230105043352    INC. 170 S MAIN ST STE 7 | | $ | 51,779.30 |
| Jan 12 | Wire Credit REF002938    ORG=COMMERCIAL FUNDING | ZIONS BANCORP, NA  230112036694    INC. 170 S MAIN ST STE 7 | | | 61,590.60 |
| Jan 19 | Wire Credit REF001478    ORG=COMMERCIAL FUNDING | ZIONS BANCORP, NA  230119020150    INC. 170 S MAIN ST STE 7 | | | 71,916.57 |
| Jan 26 | Wire Credit REF002076    ORG=COMMERCIAL FUNDING | ZIONS BANCORP, NA  230126029531    INC. 170 S MAIN ST STE 7 | | | 85,133.42 |
| | | **Total Other Deposits** | | **$** | **270,419.89** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Jan  5 | Electronic Funds Transfer | To Account ■■■6767 | | $ | 48,273.65- |
| Jan 12 | Electronic Funds Transfer | To Account ■■■6767 | | | 53,442.11- |
| Jan 17 | Analysis Service Charge | | 1700000000 | | 169.57- |
| Jan 19 | Electronic Funds Transfer | To Account ■■■6767 | | | 59,992.65- |
| Jan 26 | Electronic Funds Transfer | To Account ■■■6767 | | | 66,439.19- |
| Jan 30 | Electronic Funds Transfer | To Account ■■■4325 | | | 100,000.00- |
| | | **Total Other Withdrawals** | | **$** | **328,317.17-** |



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3. Enter the ending balance shown on this statement.                                                    $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.                    $_____

5. Total lines 3 and 4.                                                                                                      $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.        $_____

7. Subtract line 6 from line 5.  This is your balance.                                                     $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
### In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
### *What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



Member FDIC



HORIZONS HRS LTD
ATTN JIM WILSON/ABPS
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:
█████████9704
Statement Period:
Jan 2, 2023
through
Jan 31, 2023
Page 2 of 2



## ANALYZED CHECKING                                                    (CONTINUED)

U.S. Bank National Association

**Account Number** ███████9704

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Jan  5 | 218,384.58 | Jan 18 | 230,443.50 | Jan 26 | 261,061.65 |
| Jan 12 | 226,533.07 | Jan 19 | 242,367.42 | Jan 30 | 161,061.65 |
| Jan 17 | 226,363.50 | | | | |

Balances only appear for days reflecting change.

This page intentionally left blank