EXHIBIT 6



**Business Statement**

Account Number:
� 4325

Statement Period:
Jan 2, 2025
through
Jan 31, 2025

Page 1 of 2

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

62        TRN        6480  S        Y        ST01

106481238140387 S

HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811



☎                                               *To Contact U.S. Bank*

*Commercial Customer Service:*                          866-258-8089

*U.S. Bank accepts Relay Calls*

*Internet:*                                              usbank.com

## INFORMATION YOU SHOULD KNOW

**Price changes for U.S. Bank Business Checking, Savings and Treasury Management Services are effective Jan. 1, 2025.** You can view revised pricing (only those prices that have changes for services you have recently used) at https://cashmgmt.usbank.com/repricing beginning Dec. 1, 2024. Please enter the Access Code listed below to view price changes that may apply. If you experience difficulty accessing this information, please call Customer Service at the number listed in the upper-right corner of this statement or send an email to commercialsupport@usbank.com.

Access Code: FC-6F8E-4A1A-D918

## ANALYZED CHECKING                                              *Member FDIC*

U.S. Bank National Association                    **Account Number** �_4325

### Account Summary

|                                    | # Items |    |            |
|------------------------------------|---------|----|------------|
| Beginning Balance on Jan 2         |         | $  | 23,217.58  |
| Other Deposits                     | 6       |    | 87,630.64  |
| Other Withdrawals                  | 3       |    | 97,680.20- |
| **Ending Balance on  Jan 31, 2025** |         | $  | **13,168.02** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|------|----------------------------|--|------------|--|--------|
| Jan  7 | Electronic Settlement<br>REF=250070057950280Y00 | From HORIZONS HRS LTD<br>SETTLMT PSACH ITEMS | | $ | 790.14 |
| Jan 14 | Electronic Settlement<br>REF=250140074937570Y00 | From HORIZONS HRS LTD<br>SETTLMT PSACH ITEMS | | | 790.14 |
| Jan 22 | Electronic Settlement<br>REF=250220099796960Y00 | From HORIZONS HRS LTD<br>SETTLMT PSACH ITEMS | | | 790.14 |
| Jan 28 | Electronic Settlement<br>REF=250280033651810Y00 | From HORIZONS HRS LTD<br>SETTLMT PSACH ITEMS | | | 790.14 |
| Jan 31 | Electronic Funds Transfer | From Account �_9704 | | | 20,000.00 |
| Jan 31 | Electronic Funds Transfer | From Account �_3376 | | | 64,470.08 |
| | | **Total Other Deposits** | | $ | **87,630.64** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|------|----------------------------|--|------------|--|--------|
| Jan 10 | Electronic Settlement<br>REF=250100051289430Y00 | From HORIZONS HRS LTD<br>SETTLMT PFACH ITEMS | | $ | 400.00- |
| Jan 15 | Analysis Service Charge | | 1600000000 | | 245.63- |
| Jan 31 | Electronic Settlement<br>REF=250310099211980Y00 | From HORIZONS HRS LTD<br>SETTLMT PFACH ITEMS | | | 97,034.57- |
| | | **Total Other Withdrawals** | | $ | **97,680.20-** |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



## BALANCE YOUR ACCOUNT

To keep track of your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                              $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.     $_____

5.  Total lines 3 and 4.                                                                                    $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7.  Subtract line 6 from line 5.  This is your balance.                                  $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
•  Tell us your name and account number.
•  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
•  Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
     *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
•  *Account information:* Your name and account number.
•  *Dollar Amount:* The dollar amount of the suspected error.
•  *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
•  We cannot try to collect the amount in question, or report you as delinquent on that amount.
•  The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
•  While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
•  We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate,** use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.**  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC


EQUAL HOUSING LENDER

**US bank**
HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:
████████ 4325

Statement Period:
Jan 2, 2025
through
Jan 31, 2025

Page 2 of 2

| ANALYZED CHECKING | (CONTINUED) |
|---|---|

U.S. Bank National Association

**Account Number** ████████ **4325**

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jan  7 | 24,007.72 | Jan  15 | 24,152.23 | Jan  28 | 25,732.51 |
| Jan  10 | 23,607.72 | Jan  22 | 24,942.37 | Jan  31 | 13,168.02 |
| Jan  14 | 24,397.86 | | | | |

Balances only appear for days reflecting change.

This page intentionally left blank



**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

62        TRN        6480  S        Y        ST01

Account Number:
████ 4325
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 1 of 2

106481215001161 S



HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

☎                                               *To Contact U.S. Bank*

***Commercial Customer
Service:***                                      *866-258-8089*

***U.S. Bank accepts Relay Calls***
***Internet:***                                  *usbank.com*

## INFORMATION YOU SHOULD KNOW

**Price changes for U.S. Bank Business Checking, Savings and Treasury Management Services are effective Jan. 1, 2025.** You can view revised pricing (only those prices that have changes for services you have recently used) at https://cashmgmt.usbank.com/repricing beginning Dec. 1, 2024. Please enter the Access Code listed below to view price changes that may apply. If you experience difficulty accessing this information, please call Customer Service at the number listed in the upper-right corner of this statement or send an email to commercialsupport@usbank.com.

Access Code: FC-6F8E-4A1A-D918

## ANALYZED CHECKING                                               *Member FDIC*

U.S. Bank National Association                        **Account Number** ████ **4325**

### Account Summary

|                              | # Items |   |            |
| ---------------------------- | ------- | - | ---------- |
| Beginning Balance on Dec 2   |         | $ | 22,755.01  |
| Other Deposits               | 7       |   | 131,187.85 |
| Other Withdrawals            | 5       |   | 130,725.28- |
| **Ending Balance on Dec 31, 2024** | | $ | **23,217.58** |

### Other Deposits

| Date | Description of Transaction |   | Ref Number |   | Amount |
| --- | --- | --- | --- | --- | --- |
| Dec  3 | Electronic Settlement<br>REF=243380007418210Y00 | From HORIZONS HRS LTD<br>SETTLMT PSACH ITEMS | | $ | 790.14 |
| Dec 10 | Electronic Settlement<br>REF=243450010791630Y00 | From HORIZONS HRS LTD<br>SETTLMT PSACH ITEMS | | | 790.14 |
| Dec 17 | Electronic Settlement<br>REF=243520092303810Y00 | From HORIZONS HRS LTD<br>SETTLMT PSACH ITEMS | | | 790.14 |
| Dec 24 | Electronic Settlement<br>REF=243590057828560Y00 | From HORIZONS HRS LTD<br>SETTLMT PSACH ITEMS | | | 790.14 |
| Dec 30 | Electronic Funds Transfer | From Account ████9704 | | | 40,000.00 |
| Dec 30 | Electronic Funds Transfer | From Account ████3376 | | | 87,237.15 |
| Dec 31 | Electronic Settlement<br>REF=243660077949410Y00 | From HORIZONS HRS LTD<br>SETTLMT PSACH ITEMS | | | 790.14 |
|  |  | **Total Other Deposits** | | $ | **131,187.85** |

### Other Withdrawals

| Date | Description of Transaction |   | Ref Number |   | Amount |
| --- | --- | --- | --- | --- | --- |
| Dec 10 | Electronic Settlement<br>REF=243450049807370Y00 | From HORIZONS HRS LTD<br>SETTLMT PFACH ITEMS | | $ | 132.82- |
| Dec 12 | Electronic Settlement<br>REF=243470101288460Y00 | From HORIZONS HRS LTD<br>SETTLMT PFACH ITEMS | | | 660.32- |
| Dec 13 | Analysis Service Charge | | 1300000000 | | 232.27- |
| Dec 30 | Electronic Settlement<br>REF=243650194726070Y00 | From HORIZONS HRS LTD<br>SETTLMT PFACH ITEMS | | | 606.42- |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



## BALANCE YOUR ACCOUNT

To keep track of your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3.  Enter the ending balance shown on this statement.    $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.    $_____

5.  Total lines 3 and 4.    $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.    $_____

7.  Subtract line 6 from line 5. This is your balance.    $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear on your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
•  Tell us your name and account number.
•  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
•  Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
***What To Do If You Think You Find A Mistake on Your Statement***
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
•  ***Account information:*** Your name and account number.
•  ***Dollar Amount:*** The dollar amount of the suspected error.
•  ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
•  We cannot try to collect the amount in question, or report you as delinquent on that amount.
•  The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
•  While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
•  We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING LENDER

**US bank.**

HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:
████████ 4325
Statement Period:
Dec 2, 2024
through
Dec 31, 2024

Page 2 of 2

**ANALYZED CHECKING**                                                                    **(CONTINUED)**

U.S. Bank National Association                                          **Account Number** ████████ **4325**

**Other Withdrawals (continued)**

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Dec 30 | Electronic Settlement | From HORIZONS HRS LTD | | 129,093.45- |
| | REF=243650151675940Y00 | SETTLMT PFACH ITEMS | | |
| | | **Total Other Withdrawals** | **$** | **130,725.28-** |

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Dec  3 | 23,545.15 | Dec 13 | 23,309.88 | Dec 30 | 22,427.44 |
| Dec 10 | 24,202.47 | Dec 17 | 24,100.02 | Dec 31 | 23,217.58 |
| Dec 12 | 23,542.15 | Dec 24 | 24,890.16 | | |

Balances only appear for days reflecting change.

This page intentionally left blank

# U.S. bank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

| | | | | | |
|---|---|---|---|---|---|
| 62 | TRN | 6480 | S | Y | ST01 |

106481191048983 S

HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

Account Number:
◼◼◼◼ 4325

Statement Period:
Nov 1, 2024
through
Nov 30, 2024

Page 1 of 2

☎                                  *To Contact U.S. Bank*

*Commercial Customer
Service:*                                            866-258-8089

*U.S. Bank accepts Relay Calls*

*Internet:*                                           usbank.com

---

## INFORMATION YOU SHOULD KNOW

**Price changes for U.S. Bank Business Checking, Savings and Treasury Management Services are effective Jan. 1, 2025.** You can view revised pricing (only those prices that have changes for services you have recently used) at https://cashmgmt.usbank.com/repricing beginning Dec. 1, 2024. Please enter the Access Code listed below to view price changes that may apply. If you experience difficulty accessing this information, please call Customer Service at the number listed in the upper-right corner of this statement or send an email to commercialsupport@usbank.com.

Access Code: FC-6F8E-4A1A-D918

As U.S. Bank prepares for the Wire payment industry changing to the ISO 20022 standardized format, additional information will be required to be sent with your wire payments.

Starting **November 2025**, wire initiation will include a requirement to provide beneficiary/creditor address when the payment is sent. This requirement will apply to all outgoing wires, including templates, repetitive wires and automated standing transfers.

**Action:**
To prepare for this change, please start obtaining and including this information on all outgoing wire payments, whenever possible.

To learn more, please visit https://www.usbank.com/splash/corporate-commercial/iso-20022.html.

---

## ANALYZED CHECKING                                                    *Member FDIC*

U.S. Bank National Association                                **Account Number** ◼◼◼◼ 4325

### Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Nov 1 | | $ | 42,483.64 |
| Other Deposits | 7 | | 190,967.13 |
| Other Withdrawals | 4 | | 210,695.76- |
| **Ending Balance on Nov 30, 2024** | | **$** | **22,755.01** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Nov  4 | Electronic Settlement REF=243090069046560Y00 | From HORIZONS HRS LTD SETTLMT PSACH ITEMS | | $ | 790.14 |
| Nov  5 | Electronic Settlement REF=243100077863760Y00 | From HORIZONS HRS LTD SETTLMT PSACH ITEMS | | | 790.14 |
| Nov 13 | Electronic Settlement REF=243180091748460Y00 | From HORIZONS HRS LTD SETTLMT PSACH ITEMS | | | 790.14 |
| Nov 19 | Electronic Settlement REF=243240063715690Y00 | From HORIZONS HRS LTD SETTLMT PSACH ITEMS | | | 790.14 |
| Nov 25 | Electronic Funds Transfer | From Account ◼◼◼◼3376 | | | 87,016.43 |
| Nov 26 | Electronic Settlement REF=243310055427290Y00 | From HORIZONS HRS LTD SETTLMT PSACH ITEMS | | | 790.14 |

---

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes you to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

*What To Do If You Think You Find A Mistake on Your Statement*

If you think there is an error on your statement, write to us at:

U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING LENDER

Case 2:24-cv-00127-ENV-PK    Document 72-7    Filed 07/07/25    Page 12 of 95 PageID #: 1047

HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:
████ 4325
Statement Period:
Nov 1, 2024
through
Nov 30, 2024

Page 2 of 2

## ANALYZED CHECKING (CONTINUED)

U.S. Bank National Association                                   **Account Number** ████ 4325

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Nov 26 | Electronic Funds Transfer | From Account ████ 9704 | | 100,000.00 |
| | | | **Total Other Deposits** | **$ 190,967.13** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Nov 12 | Forced Post ACH Withdrawl | From HORIZONS HRS LTD | | $ 509.97- |
| | REF=243170203738370Y00 | SETTLMT PFACH ITEMS | | |
| Nov 15 | Analysis Service Charge | | 1500000000 | 225.64- |
| Nov 25 | Electronic Settlement | From HORIZONS HRS LTD | | 129,960.15- |
| | REF=243300159849860Y00 | SETTLMT PFACH ITEMS | | |
| Nov 27 | Electronic Funds Transfer | To Account ████ 6734 | | 80,000.00- |
| | | | **Total Other Withdrawals** | **$ 210,695.76-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Nov  4 | 43,273.78 | Nov 13 | 44,344.09 | Nov 25 | 1,964.87 |
| Nov  5 | 44,063.92 | Nov 15 | 44,118.45 | Nov 26 | 102,755.01 |
| Nov 12 | 43,553.95 | Nov 19 | 44,908.59 | Nov 27 | 22,755.01 |

Balances only appear for days reflecting change.

This page intentionally left blank

# U.S. bank.

**Business Statement**

Account Number:
████ 4325

Statement Period:
Oct 1, 2024
through
Oct 31, 2024

Page 1 of 2

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

62        TRN        6480   S        Y        ST01

106481169954676 S

HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

☎                                    *To Contact U.S. Bank*

***Commercial Customer Service:***                         *866-258-8089*

***U.S. Bank accepts Relay Calls***
***Internet:***                                      *usbank.com*

## INFORMATION YOU SHOULD KNOW

Effective October 1, 2024, we will increase the monthly Deposit Coverage fee to $0.1498 per $1,000 of monthly average ledger balance in your account. If you have questions, please contact your banker, or call your customer service team at the phone number shown at the top of this statement.

As U.S. Bank prepares for the Wire payment industry changing to the ISO 20022 standardized format, additional information will be required to be sent with your wire payments.

Starting **November 2025**, wire initiation will include a requirement to provide beneficiary/creditor address when the payment is sent. This requirement will apply to all outgoing wires, including templates, repetitive wires and automated standing transfers.

**Action:**
To prepare for this change, please start obtaining and including this information on all outgoing wire payments, whenever possible.

To learn more, please visit https://www.usbank.com/splash/corporate-commercial/iso-20022.html.

## ANALYZED CHECKING                                    *Member FDIC*

U.S. Bank National Association                    **Account Number** ████ 4325

### Account Summary

|                              | # Items |     |            |
| ---------------------------- | ------- | --- | ---------- |
| Beginning Balance on Oct 1   |         | $   | 70,289.29  |
| Other Deposits               | 5       |     | 105,466.19 |
| Other Withdrawals            | 4       |     | 133,271.84- |
| **Ending Balance on  Oct 31, 2024** |  | **$** | **42,483.64** |

### Other Deposits

| Date | Description of Transaction |  | Ref Number |  | Amount |
| ---- | -------------------------- | --- | ---------- | --- | ------ |
| Oct  8 | Electronic Settlement | From HORIZONS HRS LTD | | $ | 790.14 |
|      | REF=242820083257080Y00 | SETTLMT PSACH ITEMS | | | |
| Oct 16 | Electronic Settlement | From HORIZONS HRS LTD | | | 790.14 |
|      | REF=242900004025850Y00 | SETTLMT PSACH ITEMS | | | |
| Oct 21 | Electronic Funds Transfer | From Account ████ 3376 | | | 102,305.63 |
| Oct 22 | Electronic Settlement | From HORIZONS HRS LTD | | | 790.14 |
|      | REF=242960054704950Y00 | SETTLMT PSACH ITEMS | | | |
| Oct 29 | Electronic Settlement | From HORIZONS HRS LTD | | | 790.14 |
|      | REF=243030096469490Y00 | SETTLMT PSACH ITEMS | | | |
|      |  |  | **Total Other Deposits** | **$** | **105,466.19** |

### Other Withdrawals

| Date | Description of Transaction |  | Ref Number |  | Amount |
| ---- | -------------------------- | --- | ---------- | --- | ------ |
| Oct 15 | Analysis Service Charge |  | 1500000000 | $ | 219.69- |
| Oct 15 | Electronic Settlement | From HORIZONS HRS LTD | | | 308.89- |
|      | REF=242890186271400Y00 | SETTLMT PFACH ITEMS | | | |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



**BALANCE YOUR ACCOUNT**
To keep track of all transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                               $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.          $_____

5. Total lines 3 and 4.                                                            $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.    $_____

7. Subtract line 6 from line 5. This is your balance.                             $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear on your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC


EQUAL HOUSING LENDER

**US bank.**

HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:
███████ 4325

Statement Period:
Oct 1, 2024
through
Oct 31, 2024

Page 2 of 2

## ANALYZED CHECKING                                                (CONTINUED)

U.S. Bank National Association                    **Account Number** ███████4325

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Oct 21 | Electronic Settlement | From HORIZONS HRS LTD | | 132,304.91- |
| | REF=242950178852780Y00 | SETTLMT PFACH ITEMS | | |
| Oct 24 | Electronic Settlement | From HORIZONS HRS LTD | | 438.35- |
| | REF=242980074800810Y00 | SETTLMT PFACH ITEMS | | |
| | | | **Total Other Withdrawals**  $ | **133,271.84-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Oct  8 | 71,079.43 | Oct 21 | 41,341.71 | Oct 24 | 41,693.50 |
| Oct 15 | 70,550.85 | Oct 22 | 42,131.85 | Oct 29 | 42,483.64 |
| Oct 16 | 71,340.99 | | | | |

Balances only appear for days reflecting change.

This page intentionally left blank

# [US]bank.

**Business Statement**

Account Number:
███████ 4325

Statement Period:
Sep 3, 2024
through
Sep 30, 2024

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

| 62 | TRN | 6480 | S | | Y | ST01 |

106481145538961 S



Page 1 of 2

HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH 45040-6811

☎ **To Contact U.S. Bank**

**Commercial Customer Service:** 866-258-8089

**U.S. Bank accepts Relay Calls**

**Internet:** usbank.com

## INFORMATION YOU SHOULD KNOW

Effective October 1, 2024, we will increase the monthly Deposit Coverage fee to $0.1498 per $1,000 of monthly average ledger balance in your account. If you have questions, please contact your banker, or call your customer service team at the phone number shown at the top of this statement.

## ANALYZED CHECKING                                                 *Member FDIC*

U.S. Bank National Association                                    **Account Number** ████ 4325

### Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Sep 3 | | $ | 15,529.32 |
| Other Deposits | 6 | | 153,533.10 |
| Other Withdrawals | 3 | | 98,773.13- |
| **Ending Balance on Sep 30, 2024** | | **$** | **70,289.29** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Sep 10 | Electronic Settlement | From HORIZONS HRS LTD | | $ 790.14 |
| | REF=242540064625900Y00 | SETTLMT PSACH ITEMS | | |
| Sep 17 | Electronic Settlement | From HORIZONS HRS LTD | | 790.14 |
| | REF=242610021026110Y00 | SETTLMT PSACH ITEMS | | |
| Sep 18 | Electronic Funds Transfer | From Account ████ 3376 | | 60,372.54 |
| Sep 20 | Electronic Settlement | From HORIZONS HRS LTD | | 790.14 |
| | REF=242640076579880Y00 | SETTLMT PSACH ITEMS | | |
| Sep 23 | Electronic Funds Transfer | From Account ████ 9704 | | 90,000.00 |
| Sep 24 | Electronic Settlement | From HORIZONS HRS LTD | | 790.14 |
| | REF=242680048365070Y00 | SETTLMT PSACH ITEMS | | |
| | | **Total Other Deposits** | **$** | **153,533.10** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Sep 11 | Electronic Settlement | From HORIZONS HRS LTD | | $ 485.17- |
| | REF=242550156613190Y00 | SETTLMT PFACH ITEMS | | |
| Sep 16 | Analysis Service Charge | | 1600000000 | 226.03- |
| Sep 23 | Electronic Settlement | From HORIZONS HRS LTD | | 98,061.93- |
| | REF=242670163341310Y00 | SETTLMT PFACH ITEMS | | |
| | | **Total Other Withdrawals** | **$** | **98,773.13-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Sep 10 | 16,319.46 | Sep 16 | 15,608.26 | Sep 18 | 76,770.94 |
| Sep 11 | 15,834.29 | Sep 17 | 16,398.40 | Sep 20 | 77,561.08 |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

• Tell us your name and account number.

• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

• Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

*What To Do If You Think You Find A Mistake on Your Statement*

If you think there is an error on your statement, write to us at:

U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

• *Account information:* Your name and account number.

• *Dollar Amount:* The dollar amount of the suspected error.

• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING LENDER

Case 1:25-cv-00127-ENV-PK    Document 72-7    Filed 07/07/25    Page 20 of 95 PageID #: 1055



HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:

█████ 4325

Statement Period:

Sep 3, 2024

through

Sep 30, 2024

## ANALYZED CHECKING                     (CONTINUED)

U.S. Bank National Association            **Account Number** ███████ **4325**

### Balance Summary (continued)

| Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|
| Sep 23 | 69,499.15 | Sep 24 | 70,289.29 |

Balances only appear for days reflecting change.

This page intentionally left blank



**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

Account Number:
███████ 4325

62        TRN        6480  S              Y        ST01

Statement Period:
Aug 1, 2024
through
Aug 31, 2024

106481122028989 S

Page 1 of 2

||||||·||||·||·|||·||·|||·||||·|||·||·|||·||·|||·||||·

HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

☎                                    *To Contact U.S. Bank*

*Commercial Customer
Service:*                            866-258-8089

*U.S. Bank accepts Relay Calls
Internet:*                           usbank.com

---

## INFORMATION YOU SHOULD KNOW

Effective October 1, 2024, we will increase the monthly Deposit Coverage fee to $0.1498 per $1,000 of monthly average ledger balance in your account. If you have questions, please contact your banker, or call your customer service team at the phone number shown at the top of this statement.

---

## ANALYZED CHECKING                                                *Member FDIC*

U.S. Bank National Association                          **Account Number**  ███████ 4325

### Account Summary

|  | # Items |  |  |
|---|---|---|---|
| Beginning Balance on Aug 1 |  | $ | 56,083.70 |
| Other Deposits | 6 |  | 79,202.72 |
| Other Withdrawals | 3 |  | 119,757.10- |
| **Ending Balance on  Aug 31, 2024** |  | **$** | **15,529.32** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Aug  1 | Electronic Settlement<br>REF=242140053794110Y00 | From HORIZONS HRS LTD<br>SETTLMT PSACH ITEMS | | $ 790.14 |
| Aug  6 | Electronic Settlement<br>REF=242190014066640Y00 | From HORIZONS HRS LTD<br>SETTLMT PSACH ITEMS | | 790.14 |
| Aug 13 | Electronic Settlement<br>REF=242260021333650Y00 | From HORIZONS HRS LTD<br>SETTLMT PSACH ITEMS | | 790.14 |
| Aug 21 | Electronic Settlement<br>REF=242340087231130Y00 | From HORIZONS HRS LTD<br>SETTLMT PSACH ITEMS | | 790.14 |
| Aug 27 | Electronic Settlement<br>REF=242400095074710Y00 | From HORIZONS HRS LTD<br>SETTLMT PSACH ITEMS | | 790.14 |
| Aug 27 | Electronic Funds Transfer | From Account ████████3376 | | 75,252.02 |
| | | | **Total Other Deposits** | **$ 79,202.72** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Aug 13 | Electronic Settlement<br>REF=242260135696600Y00 | From HORIZONS HRS LTD<br>SETTLMT PFACH ITEMS | | $ 81.87- |
| Aug 14 | Analysis Service Charge | | 1400000000 | 179.07- |
| Aug 27 | Electronic Settlement<br>REF=242400184323050Y00 | From HORIZONS HRS LTD<br>SETTLMT PFACH ITEMS | | 119,496.16- |
| | | | **Total Other Withdrawals** | **$ 119,757.10-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Aug  1 | 56,873.84 | Aug  6 | 57,663.98 | Aug 13 | 58,372.25 |

---

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



## BALANCE YOUR ACCOUNT

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC


EQUAL HOUSING LENDER

Case 1:25-cv-00127-ENV-PK    Document 72-7    Filed 07/07/25    Page 24 of 95 PageID #: 1059



HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:

███████ 4325

Statement Period:

Aug 1, 2024

through

Aug 31, 2024

## ANALYZED CHECKING                                   (CONTINUED)

U.S. Bank National Association

**Account Number** ███████ **4325**

**Balance Summary (continued)**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Aug 14 | 58,193.18 | Aug 21 | 58,983.32 | Aug 27 | 15,529.32 |

Balances only appear for days reflecting change.

This page intentionally left blank

# **us**bank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

62        TRN              S          Y      ST01

106481098458572 S

||ı|||ıı|ı|ıı|ıı|ıı|ıı|ı|ıı|ıı|ı|ı|ı|ıı||ı|ıı||ı|ıı|
HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:

████ 4325

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

Page 1 of 2

☎                              *To Contact U.S. Bank*

*Commercial Customer*
*Service:*                              866-258-8089

*U.S. Bank accepts Relay Calls*
*Internet:*                              usbank.com

---

## INFORMATION YOU SHOULD KNOW

Effective August 12, 2024, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

Beginning July 8, 2024, you can review the full revised document at **usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

Under the **Time Deposits** section, the early withdrawal fee will be removed.

If you have questions or need to request a copy of the current *Your Deposit Account Agreement*, visit **usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this statement.

---

## ANALYZED CHECKING                                      *Member FDIC*

U.S. Bank National Association                    **Account Number** ████ **4325**

### Account Summary

|                            | # Items |    |           |
|----------------------------|---------|----|-----------|
| Beginning Balance on Jul 1 |         | $  | 45,352.38 |
| Other Deposits             | 6       |    | 106,559.73 |
| Other Withdrawals          | 4       |    | 95,828.41- |
| **Ending Balance on  Jul 31, 2024** |  | **$** | **56,083.70** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|------|----------------------------|--|------------|--|--------|
| Jul  3 | Electronic Settlement<br>REF=241850079392890Y00 | From HORIZONS HRS LTD<br>SETTLMT PSACH ITEMS | | $ | 790.14 |
| Jul 11 | Electronic Settlement<br>REF=241930094662740Y00 | From HORIZONS HRS LTD<br>SETTLMT PSACH ITEMS | | | 790.14 |
| Jul 17 | Electronic Settlement<br>REF=241990014925610Y00 | From HORIZONS HRS LTD<br>SETTLMT PSACH ITEMS | | | 790.14 |
| Jul 23 | Electronic Settlement<br>REF=242050014209620Y00 | From HORIZONS HRS LTD<br>SETTLMT PSACH ITEMS | | | 790.14 |
| Jul 23 | Electronic Funds Transfer | From Account ████9704 | | | 50,000.00 |
| Jul 23 | Electronic Funds Transfer | From Account ████3376 | | | 53,399.17 |
| | | **Total Other Deposits** | | **$** | **106,559.73** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|------|----------------------------|--|------------|--|--------|
| Jul 10 | Electronic Settlement<br>REF=241920136755950Y00 | From HORIZONS HRS LTD<br>SETTLMT PFACH ITEMS | | $ | 277.20- |
| Jul 15 | Analysis Service Charge | | 1500000000 | | 213.39- |

---

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                                    $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.       $_____

5. Total lines 3 and 4.                                                                                      $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7. Subtract line 6 from line 5. This is your balance.                                     $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

• Tell us your name and account number.

• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

• Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

***What To Do If You Think You Find A Mistake on Your Statement***

If you think there is an error on your statement, write to us at:

U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

• ***Account information:*** Your name and account number.

• ***Dollar Amount:*** The dollar amount of the suspected error.

• ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING LENDER

**US bank.**    HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:
███████ 4325

Statement Period:
Jul 1, 2024
through
Jul 31, 2024

---

## ANALYZED CHECKING                                    (CONTINUED)

U.S. Bank National Association    **Account Number** ███████ **4325**

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|--|-----------|--------|
| Jul  16 | Electronic Settlement | From HORIZONS HRS LTD | | 500.00- |
| | REF=241980147643520Y00 | SETTLMT PFACH ITEMS | | |
| Jul  23 | Electronic Settlement | From HORIZONS HRS LTD | | 94,837.82- |
| | REF=242050056286350Y00 | SETTLMT PFACH ITEMS | | |
| | | **Total Other Withdrawals** | **$** | **95,828.41-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Jul   3 | 46,142.52 | Jul  15 | 46,442.07 | Jul  17 | 46,732.21 |
| Jul  10 | 45,865.32 | Jul  16 | 45,942.07 | Jul  23 | 56,083.70 |
| Jul  11 | 46,655.46 | | | | |

Balances only appear for days reflecting change.

This page intentionally left blank

# U.S. bank.

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

62     TRN        S       Y     ST01

106481074415656 S

HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:
████ 4325

Statement Period:
Jun 3, 2024
through
Jun 30, 2024

Page 1 of 2



☎ **To Contact U.S. Bank**

**Commercial Customer Service:**    866-258-8089

**U.S. Bank accepts Relay Calls**

**Internet:**    usbank.com

## INFORMATION YOU SHOULD KNOW

Effective August 12, 2024, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

Beginning July 8, 2024, you can review the full revised document at **usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

Under the **Time Deposits** section, the early withdrawal fee will be removed.

If you have questions or need to request a copy of the current *Your Deposit Account Agreement*, visit **usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this statement.

## ANALYZED CHECKING

U.S. Bank National Association

*Member FDIC*

**Account Number** ████ **4325**

### Account Summary

|  | # Items |  |  |
|---|---|---|---|
| Beginning Balance on Jun 3 |  | $ | 82,075.04 |
| Other Deposits | 5 |  | 91,466.77 |
| Other Withdrawals | 4 |  | 128,189.43- |
| **Ending Balance on  Jun 30, 2024** |  | **$** | **45,352.38** |

### Other Deposits

| Date | Description of Transaction |  | Ref Number |  | Amount |
|---|---|---|---|---|---|
| Jun 5 | Electronic Settlement REF=241570083546740Y00 | From HORIZONS HRS LTD SETTLMT PSACH ITEMS |  | $ | 790.14 |
| Jun 12 | Electronic Settlement REF=241640014576590Y00 | From HORIZONS HRS LTD SETTLMT PSACH ITEMS |  |  | 790.14 |
| Jun 18 | Electronic Settlement REF=241700059769840Y00 | From HORIZONS HRS LTD SETTLMT PSACH ITEMS |  |  | 790.14 |
| Jun 25 | Electronic Settlement REF=241770072710440Y00 | From HORIZONS HRS LTD SETTLMT PSACH ITEMS |  |  | 790.14 |
| Jun 25 | Electronic Funds Transfer | From Account ████ 3376 |  |  | 88,306.21 |
|  |  | **Total Other Deposits** |  | **$** | **91,466.77** |

### Other Withdrawals

| Date | Description of Transaction |  | Ref Number |  | Amount |
|---|---|---|---|---|---|
| Jun 12 | Electronic Settlement REF=241640091791470Y00 | From HORIZONS HRS LTD SETTLMT PFACH ITEMS |  | $ | 172.64- |
| Jun 14 | Analysis Service Charge |  | 1400000000 |  | 162.81- |
| Jun 25 | Electronic Settlement REF=241770146940300Y00 | From HORIZONS HRS LTD SETTLMT PFACH ITEMS |  |  | 127,728.99- |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $    |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $    |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.  $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.  $_____

5. Total lines 3 and 4.  $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7. Subtract line 6 from line 5. This is your balance.  $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear on your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

***What To Do If You Think You Find A Mistake on Your Statement***

If you think there is an error on your statement, write to us at:

U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

- ***Account information:*** Your name and account number.
- ***Dollar Amount:*** The dollar amount of the suspected error.
- ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING LENDER

**US bank.**

HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:

████ 4325

Statement Period:

Jun 3, 2024

through

Jun 30, 2024

## ANALYZED CHECKING                                          (CONTINUED)

U.S. Bank National Association                    **Account Number** ████ 4325

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Jun 26 | Electronic Withdrawal | To SPECTRUM | | 124.99- |
| | REF=241770124049040N00 | ████ 8635SPECTRUM  0717016 | | |
| | | **Total Other Withdrawals** | **$** | **128,189.43-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Jun  5 | 82,865.18 | Jun 14 | 83,319.87 | Jun 25 | 45,477.37 |
| Jun 12 | 83,482.68 | Jun 18 | 84,110.01 | Jun 26 | 45,352.38 |

Balances only appear for days reflecting change.

This page intentionally left blank

**U.S. bank.**

**Business Statement**

Account Number:
████████ 4325

Statement Period:
May 1, 2024
through
May 31, 2024

Page 1 of 2

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

62        TRN        S        Y        ST01

106481050541032 S

HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

☎                                        *To Contact U.S. Bank*

*Commercial Customer
Service:*                                866-258-8089

*U.S. Bank accepts Relay Calls*

*Internet:*                              usbank.com

## INFORMATION YOU SHOULD KNOW

During February billing review, we determined that some accounts were set to bill incorrectly for Paper Statement services. To avoid incorrect charges to your account, no statement fees were charged for February activity. We have corrected the Paper Statement billing error and will be collecting the unbilled fees for February. You may see what appears to be a duplicate charge in your June statement; this is a combination of the February and May fees. If you have any questions, please contact your Relationship Manager or the customer service telephone number at the top of your statement.

## ANALYZED CHECKING                                                    *Member FDIC*

U.S. Bank National Association                              **Account Number** ████ 4325

### Account Summary

|                                    | # Items |   |           |
|------------------------------------|---------|---|-----------|
| Beginning Balance on May 1         |         | $ | 42,574.44 |
| Other Deposits                     | 7       |   | 155,739.85 |
| Other Withdrawals                  | 6       |   | 116,239.25- |
| **Ending Balance on May 31, 2024** |         | $ | **82,075.04** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|------|-----------------------------|---|------------|---|--------|
| May 1 | Electronic Settlement  REF=241220098067830Y00 | From HORIZONS HRS LTD  SETTLMT PSACH ITEMS | | $ | 790.14 |
| May 8 | Electronic Settlement  REF=241290010485160Y00 | From HORIZONS HRS LTD  SETTLMT PSACH ITEMS | | | 790.14 |
| May 15 | Electronic Settlement  REF=241360032284940Y00 | From HORIZONS HRS LTD  SETTLMT PSACH ITEMS | | | 790.14 |
| May 20 | Electronic Funds Transfer | From Account ████ 9704 | | | 75,000.00 |
| May 20 | Electronic Funds Transfer | From Account ████ 3376 | | | 76,789.15 |
| May 22 | Electronic Settlement  REF=241430061207650Y00 | From HORIZONS HRS LTD  SETTLMT PSACH ITEMS | | | 790.14 |
| May 30 | Electronic Settlement  REF=241510099441220Y00 | From HORIZONS HRS LTD  SETTLMT PSACH ITEMS | | | 790.14 |
| | | | **Total Other Deposits** | $ | **155,739.85** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|------|-----------------------------|---|------------|---|--------|
| May 2 | Electronic Settlement  REF=241230125897280Y00 | From HORIZONS HRS LTD  SETTLMT PFACH ITEMS | | $ | 90.00- |
| May 14 | Analysis Service Charge | | 1400000000 | | 175.95- |
| May 14 | Electronic Settlement  REF=241350068379850Y00 | From HORIZONS HRS LTD  SETTLMT PFACH ITEMS | | | 325.00- |
| May 20 | Electronic Settlement  REF=241410168358690Y00 | From HORIZONS HRS LTD  SETTLMT PFACH ITEMS | | | 109,267.12- |
| May 28 | Electronic Withdrawal  REF=241490023839500N00 | To SPECTRUM  ████8635SPECTRUM  1007275 | | | 124.99- |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



**BALANCING YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
      *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING LENDER

Case 1:24-cv-00127-ENV-PK    Document 72-7    Filed 07/07/25    Page 36 of 95 PageID #: 1071

**US bank.**

HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:

▮▮▮▮ 4325

Statement Period:

May 1, 2024

through

May 31, 2024

## ANALYZED CHECKING                                      (CONTINUED)

U.S. Bank National Association                    **Account Number** ▮▮▮▮ **4325**

### Other Withdrawals (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| May 28 | Electronic Settlement | From HORIZONS HRS LTD | | 6,256.19- |
| | REF=241490133941190Y00 | SETTLMT PFACH ITEMS | | |

| | | Total Other Withdrawals | $ | 116,239.25- |
|--|--|--|--|--|

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| May 1 | 43,364.58 | May 14 | 43,563.77 | May 22 | 87,666.08 |
| May 2 | 43,274.58 | May 15 | 44,353.91 | May 28 | 81,284.90 |
| May 8 | 44,064.72 | May 20 | 86,875.94 | May 30 | 82,075.04 |

Balances only appear for days reflecting change.

This page intentionally left blank

# us bank.

**Business Statement**



Account Number:
██████ 4325

Statement Period:
Apr 1, 2024
through
Apr 30, 2024

Page 1 of 2

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

62       TRN            S           Y        ST01

106481025726159 S

HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

☎                                          *To Contact U.S. Bank*

**Commercial Customer**
**Service:**                                                866-258-8089

**U.S. Bank accepts Relay Calls**
**Internet:**                                               usbank.com

---

## INFORMATION YOU SHOULD KNOW

Effective May 13, 2024, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

Beginning April 8, 2024, you can review the full revised document at **usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

- Under the **Overdraft Protection Plans** section, **Business Banking Overdraft Protection** sub-section, updated the language to state that when a checking account has a linked Business Reserve Line of Credit, the system will automatically draw from that account first, which may incur a fee. If a checking account has a deposit product and credit product linked as overdraft protection, the order of eligible accounts is updated to always draw from the deposit product first, which will not incur a fee, unless the checking account has a linked Business Reserve Line of Credit. If the deposit product has insufficient funds available to transfer, funds will draw from the credit product.

- Under the **Closing Your Account** section, added a paragraph about **How the account closure works** that says, for consumer checking, savings and money market accounts, when you request an account closure, your account will be placed in a 'pending closure' status for a period of 10 business days. During this 10 business day 'pending closure' period, we will allow pending deposits to be cleared and/or post to your account and we will allow pending debit card transactions that you authorized prior to initiating closure to be cleared and/or post to your account. Your debit card will be declined and transactions will no longer be approved when the account is in 'pending closure' status. Once your account is fully closed, transactions will not be allowed to post to the account except under limited circumstances. For example, transactions may be processed after closure if necessary for fraud investigations, transaction dispute claims, merchant credits, or deposit adjustments due to errors.

If you have questions or need to request a copy of the current *Your Deposit Account Agreement*, visit **usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this statement.

---

## ANALYZED CHECKING

*Member FDIC*

U.S. Bank National Association                                    **Account Number** ████ **4325**

### Account Summary

|                              | # Items |   | Amount |
|------------------------------|---------|---|-----------|
| Beginning Balance on Apr 1   |         | $ | 91,252.08 |
| Other Deposits               | 6       |   | 57,868.98 |
| Other Withdrawals            | 8       |   | 106,546.62- |
| **Ending Balance on Apr 30, 2024** |   | $ | **42,574.44** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|------|----------------------------|---|------------|---|--------|
| Apr  3 | Electronic Settlement | From HORIZONS HRS LTD | | $ | 790.14 |
| | REF=240940004548180Y00 | SETTLMT PSACH ITEMS | | | |
| Apr  3 | Electronic Funds Transfer | From Account ████ 3376 | | | 28,749.08 |

---

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

### Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

### Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes you to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Cureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC


EQUAL HOUSING LENDER

**U.S. bank**®

HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:

████ 4325

Statement Period:

Apr 1, 2024
through
Apr 30, 2024

Page 2 of 2

## ANALYZED CHECKING                                    (CONTINUED)

U.S. Bank National Association                    **Account Number** ████ 4325

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|--|-----------|--------|
| Apr 10 | Electronic Settlement | From HORIZONS HRS LTD | | 790.14 |
| | REF=241010081525750Y00 | SETTLMT PSACH ITEMS | | |
| Apr 17 | Electronic Settlement | From HORIZONS HRS LTD | | 790.14 |
| | REF=241080084730490Y00 | SETTLMT PSACH ITEMS | | |
| Apr 18 | Electronic Funds Transfer | From Account ████ 3376 | | 25,959.34 |
| Apr 24 | Electronic Settlement | From HORIZONS HRS LTD | | 790.14 |
| | REF=241150047497510Y00 | SETTLMT PSACH ITEMS | | |
| | | **Total Other Deposits** | **$** | **57,868.98** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|--|-----------|--------|
| Apr  3 | Electronic Settlement | From HORIZONS HRS LTD | $ | 36,134.57- |
| | REF=240940055502220Y00 | SETTLMT PFACH ITEMS | | |
| Apr  4 | Electronic Settlement | From HORIZONS HRS LTD | | 230.00- |
| | REF=240950096190090Y00 | SETTLMT PFACH ITEMS | | |
| Apr 12 | Analysis Service Charge | | 1200000000 | 162.15- |
| Apr 12 | Electronic Settlement | From HORIZONS HRS LTD | | 326.91- |
| | REF=241030084380490Y00 | SETTLMT PFACH ITEMS | | |
| Apr 16 | Electronic Settlement | From HORIZONS HRS LTD | | 240.59- |
| | REF=241070114552380Y00 | SETTLMT PFACH ITEMS | | |
| Apr 18 | Electronic Settlement | From HORIZONS HRS LTD | | 53,799.39- |
| | REF=241090065708450Y00 | SETTLMT PFACH ITEMS | | |
| Apr 26 | Electronic Withdrawal | To SPECTRUM | | 124.99- |
| | REF=241160148291010N00 | ████ 8635SPECTRUM  1446427 | | |
| Apr 29 | Electronic Settlement | From HORIZONS HRS LTD | | 15,528.02- |
| | REF=241200243005930Y00 | SETTLMT PFACH ITEMS | | |
| | | **Total Other Withdrawals** | **$** | **106,546.62-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Apr  3 | 84,656.73 | Apr 16 | 84,487.22 | Apr 24 | 58,227.45 |
| Apr  4 | 84,426.73 | Apr 17 | 85,277.36 | Apr 26 | 58,102.46 |
| Apr 10 | 85,216.87 | Apr 18 | 57,437.31 | Apr 29 | 42,574.44 |
| Apr 12 | 84,727.81 | | | | |

Balances only appear for days reflecting change.

This page intentionally left blank

# us bank.

**Business Statement**

Account Number:
████ 4325

Statement Period:
Mar 1, 2024
through
Mar 31, 2024

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

62        TRN          S          Y        ST01

Page 1 of 2

106481001127621 S

HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811



☎                                          ***To Contact U.S. Bank***

***Commercial Customer Service:***                    866-258-8089

***U.S. Bank accepts Relay Calls***
***Internet:***                                       usbank.com

---

## INFORMATION YOU SHOULD KNOW

Effective May 13, 2024, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

Beginning April 8, 2024, you can review the full revised document at **usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

- Under the **Overdraft Protection Plans** section, **Business Banking Overdraft Protection** sub-section, updated the language to state that when a checking account has a linked Business Reserve Line of Credit, the system will automatically draw from that account first, which may incur a fee. If a checking account has a deposit product and credit product linked as overdraft protection, the order of eligible accounts is updated to always draw from the deposit product first, which will not incur a fee, unless the checking account has a linked Business Reserve Line of Credit. If the deposit product has insufficient funds available to transfer, funds will draw from the credit product.

- Under the **Closing Your Account** section, added a paragraph on **How the account closure works** that says, for consumer checking, savings and money market accounts, when you request an account closure, your account will be placed in a 'pending closure' status for a period of 10 business days. During this 10 business day 'pending closure' period, we will allow pending deposits to be cleared and/or post to your account and we will allow pending debit card transactions that you authorized prior to initiating closure to be cleared and/or post to your account. Your debit card will be declined and transactions will no longer be approved when the account is in 'pending closure' status. Once your account is fully closed, transactions will not be allowed to post to the account except under limited circumstances. For example, transactions may be processed after closure if necessary for fraud investigations, transaction dispute claims, merchant credits, or deposit adjustments due to errors.

If you have questions or need to request a copy of the current *Your Deposit Account Agreement*, visit **usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this statement.

---

## ANALYZED CHECKING                                        *Member FDIC*

U.S. Bank National Association                    **Account Number** ████ 4325

### Account Summary

|                              | # Items |    |            |
|------------------------------|---------|----|------------|
| Beginning Balance on Mar 1   |         | $  | 82,803.83  |
| Other Deposits               | 6       |    | 104,867.74 |
| Other Withdrawals            | 6       |    | 96,419.49- |
| **Ending Balance on  Mar 31, 2024** |  | **$** | **91,252.08** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|------|----------------------------|--|-----------|--|--------|
| Mar 6 | Electronic Settlement      From HORIZONS HRS LTD | | | $ | 753.16 |
|       | REF=240660037129200Y00     SETTLMT PSACH ITEMS | | | | |
| Mar 13 | Electronic Settlement     From HORIZONS HRS LTD | | | | 753.16 |
|        | REF=240730061680260Y00    SETTLMT PSACH ITEMS | | | | |

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.      $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.      $_____

5. Total lines 3 and 4.      $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.      $_____

7. Subtract line 6 from line 5. This is your balance.      $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

***What To Do If You Think You Find A Mistake on Your Statement***

If you think there is an error on your statement, write to us at:

U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

- ***Account information:*** Your name and account number.
- ***Dollar Amount:*** The dollar amount of the suspected error.
- ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING LENDER

**US bank.**

HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:
████████ 4325
Statement Period:
Mar 1, 2024
through
Mar 31, 2024
Page 2 of 2

## ANALYZED CHECKING                                   (CONTINUED)

U.S. Bank National Association                          **Account Number** ████████ 4325

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|---|-----------|--------|
| Mar 18 | Electronic Funds Transfer | From Account ████ 9704 | | 50,000.00 |
| Mar 18 | Electronic Funds Transfer | From Account ████ 3376 | | 51,855.10 |
| Mar 20 | Electronic Settlement | From HORIZONS HRS LTD | | 753.16 |
| | REF=240800024658300Y00 | SETTLMT PSACH ITEMS | | |
| Mar 27 | Electronic Settlement | From HORIZONS HRS LTD | | 753.16 |
| | REF=240870085068670Y00 | SETTLMT PSACH ITEMS | | |
| | | **Total Other Deposits** | **$** | **104,867.74** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|---|-----------|--------|
| Mar 6 | Electronic Settlement | From HORIZONS HRS LTD | $ | 150.78- |
| | REF=240660081307140Y00 | SETTLMT PFACH ITEMS | | |
| Mar 6 | Electronic Settlement | From HORIZONS HRS LTD | | 319.36- |
| | REF=240660103425480Y00 | SETTLMT PFACH ITEMS | | |
| Mar 14 | Analysis Service Charge | | 1400000000 | 149.64- |
| Mar 18 | Electronic Settlement | From HORIZONS HRS LTD | | 88,561.84- |
| | REF=240780119277560Y00 | SETTLMT PFACH ITEMS | | |
| Mar 26 | Electronic Withdrawal | To SPECTRUM | | 124.99- |
| | REF=240850179983350N00 | ████ 8635SPECTRUM  1908996 | | |
| Mar 26 | Electronic Settlement | From HORIZONS HRS LTD | | 7,112.88- |
| | REF=240860141311180Y00 | SETTLMT PFACH ITEMS | | |
| | | **Total Other Withdrawals** | **$** | **96,419.49-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Mar 6 | 83,086.85 | Mar 18 | 96,983.63 | Mar 26 | 90,498.92 |
| Mar 13 | 83,840.01 | Mar 20 | 97,736.79 | Mar 27 | 91,252.08 |
| Mar 14 | 83,690.37 | | | | |

Balances only appear for days reflecting change.

This page intentionally left blank



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

62     TRN        S        Y     ST01

106481976941464 S

HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH 45040-6811

**Business Statement**

Account Number:
████ 4325

Statement Period:
Feb 1, 2024
through
Feb 29, 2024

Page 1 of 1

☎           ***To Contact U.S. Bank***

***Commercial Customer Service:***        866-258-8089

***U.S. Bank accepts Relay Calls***

***Internet:***        usbank.com

---

## ANALYZED CHECKING

U.S. Bank National Association

*Member FDIC*

**Account Number** ████ 4325

### Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Feb 1 | | $ | 7,270.66 |
| Other Deposits | 6 | | 182,471.27 |
| Other Withdrawals | 4 | | 106,938.10- |
| **Ending Balance on Feb 29, 2024** | | **$** | **82,803.83** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Feb 7 | Electronic Settlement | From HORIZONS HRS LTD | | $ | 753.16 |
| | REF=240380028261580Y00 | SETTLMT PSACH ITEMS | | | |
| Feb 14 | Electronic Settlement | From HORIZONS HRS LTD | | | 753.16 |
| | REF=240450049055660Y00 | SETTLMT PSACH ITEMS | | | |
| Feb 21 | Electronic Settlement | From HORIZONS HRS LTD | | | 753.16 |
| | REF=240520062514980Y00 | SETTLMT PSACH ITEMS | | | |
| Feb 26 | Electronic Funds Transfer | From Account ████ 3376 | | | 60,458.63 |
| Feb 26 | Electronic Funds Transfer | From Account ████ 9704 | | | 119,000.00 |
| Feb 28 | Electronic Settlement | From HORIZONS HRS LTD | | | 753.16 |
| | REF=240590072329460Y00 | SETTLMT PSACH ITEMS | | | |
| | | **Total Other Deposits** | | **$** | **182,471.27** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|---|---|---|---|---|---|
| Feb 14 | Analysis Service Charge | | 1400000000 | $ | 169.90- |
| Feb 14 | Electronic Settlement | From HORIZONS HRS LTD | | | 517.66- |
| | REF=240450137446380Y00 | SETTLMT PFACH ITEMS | | | |
| Feb 26 | Electronic Withdrawal | To SPECTRUM | | | 122.98- |
| | REF=240570090107310N00 | ████ 8635SPECTRUM 2861819 | | | |
| Feb 26 | Electronic Settlement | From HORIZONS HRS LTD | | | 106,127.56- |
| | REF=240570222420020Y00 | SETTLMT PFACH ITEMS | | | |
| | | **Total Other Withdrawals** | | **$** | **106,938.10-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Feb 7 | 8,023.82 | Feb 21 | 8,842.58 | Feb 28 | 82,803.83 |
| Feb 14 | 8,089.42 | Feb 26 | 82,050.67 | | |

Balances only appear for days reflecting change.

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



## BALANCE YOUR ACCOUNT
To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
### In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers
If your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
  *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
### *What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing*. You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.** Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.

Member FDIC



EQUAL HOUSING LENDER



**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

62        TRN              S          Y        ST01

Account Number:
████ 4325
Statement Period:
Jan 2, 2024
through
Jan 31, 2024

Page 1 of 2

||||·|·||·|·||·|·||·||·|·|·||·||·|·|·|·||·|||||||·|||··||·|·||·|
000140551 00 SP    106481952319781 S
HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH 45040-6811



☎                                    *To Contact U.S. Bank*

*Commercial Customer
Service:*                                    *866-258-8089*

*U.S. Bank accepts Relay Calls*
*Internet:*                                    *usbank.com*

---

## INFORMATION YOU SHOULD KNOW

**Price changes for U.S. Bank Business Checking, Savings and Treasury Management Services are effective Jan. 1, 2024.**
You can view revised pricing (only those prices that changed) at https://cashmgmt.usbank.com/repricing beginning Dec. 1, 2023.
Please enter the Access Code listed below to view price changes that may apply. If you experience difficulty accessing this
information, please call Customer Service at the number listed in the upper-right corner of this statement or send an email to
commercialsupport@usbank.com.

Access Code: C0-3571-1608-C91A

---

**New Services Terms and Conditions will be effective for U.S. Bank business clients on February 1, 2024.** You can view the
new Services Terms and Conditions at usbank.com/tmtermsandconditions. Use access code "terms2024." If you are unable to
access this information for any reason, please reach out to your U.S. Bank contact or Commercial Customer Service team for
assistance. If you are a former MUFG Union Bank National Association (MUB) client, the Services Terms and Conditions replaces
the MUB Transaction Banking Agreement.

Effective February 12, 2024, please review updates made to the *Your Deposit Account Agreement* document which may affect
your rights.

Beginning January 8, 2024, you can review the full revised document at **usbank.com/YDAA-upcoming-version**, by calling 24-
Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

- Added references to the *U.S. Bank Business Essentials® Pricing Information* disclosure throughout the document.
- Under **Insufficient Funds and Overdrafts** section, **"Available Balance"** sub-section, updated the language to state
  that debit card authorizations will be reflected as pending transactions and/or will reduce your Available Balance from the
  time we receive the authorization until the merchant presents the item for payment. If the debit card transaction has not
  been presented for payment within seven business days, it may be removed from your pending transactions and your
  Available Balance may no longer be reduced by the authorization amount.
- Under **Overdraft Handling** section, **ATM and Debit Card Overdraft Coverage** sub-section, updated language to state
  that upon opening your U.S. Bank consumer checking or money market account, or after your account is opened, you
  have the options to say 'Yes' or 'No' to ATM and Debit Card Overdraft Coverage.
- Under **Electronic Fund Transfers For Consumer Customers** and **Electronic Fund Transfers For Business
  Customers** sections, **Limits on Transfers** sub-section, **Debit Card Transactions**, updated the language to state that
  debit card authorizations will be reflected as pending transactions and/or will reduce your Available Balance from the
  time we receive the authorization until the merchant presents the item for payment. If the debit card transaction has not
  been presented for payment within seven business days, it may be removed from your pending transactions and your
  Available Balance may no longer be reduced by the authorization amount.
- Under **Electronic Fund Transfers For Consumer Customers** and **Electronic Fund Transfers For Business
  Customers** sections, **Fees** sub-section, **ATM Surcharge**, updated the language for how to locate a MoneyPass®
  network ATM.

If you have questions or need to request a copy of the current *Your Deposit Account Agreement*, visit
**usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this
statement.

---

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or
call 800-872-2657.



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                              $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.          $_____

5. Total lines 3 and 4.                                                            $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.    $_____

7. Subtract line 6 from line 5. This is your balance.                             $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



Member FDIC

 **bank**

HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:

████████ 4325

Statement Period:
Jan 2, 2024
through
Jan 31, 2024

Page 2 of 2



## ANALYZED CHECKING

U.S. Bank National Association

*Member FDIC*

**Account Number** ████████ **4325**

### Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Jan 2 | | $ | 49,665.30 |
| Other Deposits | 6 | | 56,830.20 |
| Other Withdrawals | 7 | | 99,224.84- |
| **Ending Balance on  Jan 31, 2024** | | **$** | **7,270.66** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jan  3 | Electronic Settlement | From HORIZONS HRS LTD | | $ | 753.16 |
| | REF=240030046067660Y00 | SETTLMT PSACH ITEMS | | |
| Jan 11 | Electronic Settlement | From HORIZONS HRS LTD | | 753.16 |
| | REF=240110065717760Y00 | SETTLMT PSACH ITEMS | | |
| Jan 17 | Electronic Settlement | From HORIZONS HRS LTD | | 753.16 |
| | REF=240170015459930Y00 | SETTLMT PSACH ITEMS | | |
| Jan 19 | Electronic Funds Transfer | From Account ████████3376 | | 53,064.40 |
| Jan 24 | Electronic Settlement | From HORIZONS HRS LTD | | 753.16 |
| | REF=240240041876840Y00 | SETTLMT PSACH ITEMS | | |
| Jan 31 | Electronic Settlement | From HORIZONS HRS LTD | | 753.16 |
| | REF=240310006170020Y00 | SETTLMT PSACH ITEMS | | |
| | **Total Other Deposits** | | **$** | **56,830.20** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Jan  2 | Electronic Settlement | From HORIZONS HRS LTD | | $ | 52.47- |
| | REF=240020133455540Y00 | SETTLMT PFACH ITEMS | | |
| Jan  4 | Electronic Settlement | From HORIZONS HRS LTD | | 110.61- |
| | REF=240040056424280Y00 | SETTLMT PFACH ITEMS | | |
| Jan 12 | Electronic Settlement | From HORIZONS HRS LTD | | 256.91- |
| | REF=240120141761560Y00 | SETTLMT PFACH ITEMS | | |
| Jan 16 | Analysis Service Charge | | 1600000000 | 130.82- |
| Jan 19 | Electronic Settlement | From HORIZONS HRS LTD | | 85,929.69- |
| | REF=240190110696210Y00 | SETTLMT PFACH ITEMS | | |
| Jan 26 | Electronic Withdrawal | To SPECTRUM | | 127.97- |
| | REF=240250116789240N00 | ████████8635SPECTRUM  3449673 | | |
| Jan 29 | Electronic Settlement | From HORIZONS HRS LTD | | 12,616.37- |
| | REF=240290202913870Y00 | SETTLMT PFACH ITEMS | | |
| | **Total Other Withdrawals** | | **$** | **99,224.84-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Jan  2 | 49,612.83 | Jan 12 | 50,751.63 | Jan 24 | 19,261.84 |
| Jan  3 | 50,365.99 | Jan 16 | 50,620.81 | Jan 26 | 19,133.87 |
| Jan  4 | 50,255.38 | Jan 17 | 51,373.97 | Jan 29 | 6,517.50 |
| Jan 11 | 51,008.54 | Jan 19 | 18,508.68 | Jan 31 | 7,270.66 |

Balances only appear for days reflecting change.

This page intentionally left blank



**Business Statement**

Account Number:
████ 4325

Statement Period:
Dec 1, 2023
through
Dec 31, 2023

Page 1 of 2

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

62      TRN          S        Y      ST01

000006154 00  SP      106481924910941 S
HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

☎                                          **To Contact U.S. Bank**

**Commercial Customer Service:**                     866-258-8089

**U.S. Bank accepts Relay Calls**

**Internet:**                                      usbank.com

---

## INFORMATION YOU SHOULD KNOW

**Price changes for U.S. Bank Business Checking, Savings and Treasury Management Services are effective Jan. 1, 2024.** You can view revised pricing (only those prices that changed) at https://cashmgmt.usbank.com/repricing beginning Dec. 1, 2023. Please enter the Access Code listed below to view price changes that may apply. If you experience difficulty accessing this information, please call Customer Service at the number listed in the upper-right corner of this statement or send an email to commercialsupport@usbank.com.

Access Code: C0-3571-1608-C91A

---

**New Services Terms and Conditions will be effective for U.S. Bank business clients on February 1, 2024.** You can view the new Services Terms and Conditions at usbank.com/tmtermsandconditions. Use access code "terms2024." If you are unable to access this information for any reason, please reach out to your U.S. Bank contact or Commercial Customer Service team for assistance. If you are a former MUFG Union Bank National Association (MUB) client, the Services Terms and Conditions replaces the MUB Transaction Banking Agreement.

Effective February 12, 2024, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

Beginning January 8, 2024, you can review the full revised document at **usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

- Added references to the *U.S. Bank Business Essentials® Pricing Information* disclosure throughout the document.
- Under **Insufficient Funds and Overdrafts** section, **"Available Balance"** sub-section, updated the language to state that debit card authorizations will be reflected as pending transactions and/or will reduce your Available Balance from the time we receive the authorization until the merchant presents the item for payment. If the debit card transaction has not been presented for payment within seven business days, it may be removed from your pending transactions and your Available Balance may no longer be reduced by the authorization amount.
- Under **Overdraft Handling** section, **ATM and Debit Card Overdraft Coverage** sub-section, updated language to state that upon opening your U.S. Bank consumer checking or money market account, or after your account is opened, you have the options to say 'Yes' or 'No' to ATM and Debit Card Overdraft Coverage.
- Under **Electronic Fund Transfers For Consumer Customers** and **Electronic Fund Transfers For Business Customers** sections, **Limits on Transfers** sub-section, **Debit Card Transactions**, updated the language to state that debit card authorizations will be reflected as pending transactions and/or will reduce your Available Balance from the time we receive the authorization until the merchant presents the item for payment. If the debit card transaction has not been presented for payment within seven business days, it may be removed from your pending transactions and your Available Balance may no longer be reduced by the authorization amount.
- Under **Electronic Fund Transfers For Consumer Customers** and **Electronic Fund Transfers For Business Customers** sections, **Fees** sub-section, **ATM Surcharge**, updated the language for how to locate a MoneyPass® network ATM.

If you have questions or need to request a copy of the current *Your Deposit Account Agreement*, visit **usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this statement.

---

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or call 800-872-2657.



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
### In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
### What To Do If You Think You Find A Mistake on Your Statement
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- **Account information:** Your name and account number.
- **Dollar Amount:** The dollar amount of the suspected error.
- **Description of problem:** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



Member FDIC



HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:
████████ 4325
Statement Period:
Dec 1, 2023
through
Dec 31, 2023

Page 2 of 2



## ANALYZED CHECKING
*Member FDIC*

U.S. Bank National Association

**Account Number** ████████ 4325

### Account Summary

| | # Items | | |
|---|---|---|---|
| Beginning Balance on Dec 1 | | $ | 80,490.03 |
| Other Deposits | 5 | | 77,397.79 |
| Other Withdrawals | 5 | | 108,222.52- |
| **Ending Balance on Dec 31, 2023** | | **$** | **49,665.30** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec  6 | Electronic Settlement | From HORIZONS HRS LTD | | $ 753.16 |
| | REF=233400037227020Y00 | SETTLMT PSACH ITEMS | | |
| Dec 13 | Electronic Settlement | From HORIZONS HRS LTD | | 753.16 |
| | REF=233470044145620Y00 | SETTLMT PSACH ITEMS | | |
| Dec 20 | Electronic Settlement | From HORIZONS HRS LTD | | 753.16 |
| | REF=233540008543040Y00 | SETTLMT PSACH ITEMS | | |
| Dec 27 | Electronic Settlement | From HORIZONS HRS LTD | | 753.16 |
| | REF=233610074098050Y00 | SETTLMT PSACH ITEMS | | |
| Dec 27 | Electronic Funds Transfer | From Account ████ 3376 | | 74,385.15 |
| | | **Total Other Deposits** | **$** | **77,397.79** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Dec  7 | Electronic Withdrawal | To SPECTRUM | | $ 254.91- |
| | REF=233400102833950N00 | ████ 8635SPECTRUM  8365154 | | |
| Dec 12 | Electronic Settlement | From HORIZONS HRS LTD | | 273.31- |
| | REF=233460101944200Y00 | SETTLMT PFACH ITEMS | | |
| Dec 14 | Analysis Service Charge | | 1400000000 | 138.64- |
| Dec 26 | Electronic Withdrawal | To SPECTRUM | | 122.98- |
| | REF=233600132175960N00 | ████ 8635SPECTRUM  4181542 | | |
| Dec 27 | Electronic Settlement | From HORIZONS HRS LTD | | 107,432.68- |
| | REF=233610186931190Y00 | SETTLMT PFACH ITEMS | | |
| | | **Total Other Withdrawals** | **$** | **108,222.52-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Dec  6 | 81,243.19 | Dec 13 | 81,468.13 | Dec 26 | 81,959.67 |
| Dec  7 | 80,988.28 | Dec 14 | 81,329.49 | Dec 27 | 49,665.30 |
| Dec 12 | 80,714.97 | Dec 20 | 82,082.65 | | |

Balances only appear for days reflecting change.

This page intentionally left blank



**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

62       TRN           S          Y       ST01

Account Number:
█████ 4325

Statement Period:
Nov 1, 2023
through
Nov 30, 2023

Page 1 of 2

||||••|••|•|•••|••|•••••|•••|||•|•••|•|•••|•••|•|•|•
000139676 00 SP      106481899643880 S
HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

☎                                    *To Contact U.S. Bank*

**Commercial Customer Service:**                    *866-258-8089*

**U.S. Bank accepts Relay Calls**

**Internet:**                                    *usbank.com*

---

## INFORMATION YOU SHOULD KNOW

**Price changes for U.S. Bank Business Checking, Savings and Treasury Management Services are effective Jan. 1, 2024.**
You can view revised pricing (only those prices that changed) at https://cashmgmt.usbank.com/repricing beginning Dec. 1, 2023.
Please enter the Access Code listed below to view price changes that may apply. If you experience difficulty accessing this
information, please call Customer Service at the number listed in the upper-right corner of this statement or send an email to
commercialsupport@usbank.com.

Access Code: C0-3571-1608-C91A

---

## ANALYZED CHECKING                                           *Member FDIC*

U.S. Bank National Association                    **Account Number** █████ 4325

### Account Summary

|  | # Items | $ |  |
|---|---|---|---|
| Beginning Balance on Nov 1 |  | $ | 52,527.52 |
| Other Deposits | 7 |  | 167,462.39 |
| Other Withdrawals | 2 |  | 139,499.88- |
| **Ending Balance on Nov 30, 2023** |  | **$** | **80,490.03** |

### Other Deposits

| Date | Description of Transaction |  | Ref Number | Amount |
|---|---|---|---|---|
| Nov  1 | Electronic Settlement | From HORIZONS HRS LTD | | $ 753.16 |
|  | REF=233050081609760Y00 | SETTLMT PSACH ITEMS | | |
| Nov  9 | Electronic Settlement | From HORIZONS HRS LTD | | 753.16 |
|  | REF=233130102161220Y00 | SETTLMT PSACH ITEMS | | |
| Nov 15 | Electronic Settlement | From HORIZONS HRS LTD | | 753.16 |
|  | REF=233190080381270Y00 | SETTLMT PSACH ITEMS | | |
| Nov 22 | Electronic Settlement | From HORIZONS HRS LTD | | 753.16 |
|  | REF=233260059629670Y00 | SETTLMT PSACH ITEMS | | |
| Nov 27 | Electronic Funds Transfer | From Account █████9704 | | 75,000.00 |
| Nov 27 | Electronic Funds Transfer | From Account █████3376 | | 88,696.59 |
| Nov 29 | Electronic Settlement | From HORIZONS HRS LTD | | 753.16 |
|  | REF=233330006429160Y00 | SETTLMT PSACH ITEMS | | |
|  |  | **Total Other Deposits** | **$** | **167,462.39** |

### Other Withdrawals

| Date | Description of Transaction |  | Ref Number | Amount |
|---|---|---|---|---|
| Nov 14 | Analysis Service Charge | | 1400000000 | $ 154.69- |
| Nov 27 | Electronic Settlement | From HORIZONS HRS LTD | | 139,345.19- |
|  | REF=233310182766510Y00 | SETTLMT PFACH ITEMS | | |
|  |  | **Total Other Withdrawals** | **$** | **139,499.88-** |

---

Products and services available in U.S. only. Eligibility requirements and restrictions apply. For additional information, contact a U.S. Bank branch or
call 800-872-2657.



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.  $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.  $_____

5.  Total lines 3 and 4.  $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7.  Subtract line 6 from line 5.  This is your balance.  $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10.  The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

• Tell us your name and account number.

• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.

• Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

***What To Do If You Think You Find A Mistake on Your Statement***

If you think there is an error on your statement, write to us at:

U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

• ***Account information:*** Your name and account number.

• ***Dollar Amount:*** The dollar amount of the suspected error.

• ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

• We cannot try to collect the amount in question, or report you as delinquent on that amount.

• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.

• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.

• We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate,** use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.**  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



Member FDIC



HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:

██████ 4325

Statement Period:
Nov 1, 2023
through
Nov 30, 2023

Page 2 of 2



## ANALYZED CHECKING                                    (CONTINUED)

U.S. Bank National Association                 **Account Number** ██████ **4325**

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Nov  1 | 53,280.68 | Nov 15 | 54,632.31 | Nov 27 | 79,736.87 |
| Nov  9 | 54,033.84 | Nov 22 | 55,385.47 | Nov 29 | 80,490.03 |
| Nov 14 | 53,879.15 | | | | |

Balances only appear for days reflecting change.

This page intentionally left blank



**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

62          TRN          S          Y          ST01

Account Number:
████ 4325

Statement Period:
Oct 2, 2023
through
Oct 31, 2023

Page 1 of 2



000102564 00 SP          106481876240538 S
HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

☎          *To Contact U.S. Bank*

*Commercial Customer
Service:*          866-258-8089

*U.S. Bank accepts Relay Calls*

*Internet:*          usbank.com

## INFORMATION YOU SHOULD KNOW

Effective November 13, 2023, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

Beginning October 11, 2023, you can review the full revised document at **usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

- Under **Owner's Authority** section, added U.S. Bank makes no warranty or representation as to the suitability of any deposit product outside the United States of America.
- Under **Insufficient Funds and Overdrafts** section, removed language that states an Overdraft Paid Fee may be charged if the Available Balance was positive at the time the debit card transaction was authorized.
- Under **Withdrawal Rights, Ownership of Account, and Beneficiary Designation** section, **Accounts Established Under the Uniform Transfers to Minors Act or Uniform Gifts to Minors Act ("UTMA/UGMA")** sub-section, added language stating U.S. Bank may contact the minor for instructions, unless prior written notice is received and supporting documentation establishing that the minor has not yet reached the age of termination.

If you have questions or need to request a copy of the current Your Deposit Account Agreement, visit **usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this statement.

---

## ANALYZED CHECKING
*Member FDIC*

U.S. Bank National Association

Account Number ████ 4325

### Account Summary

|                          | # Items |     |            |
| ------------------------ | ------- | --- | ---------- |
| Beginning Balance on Oct 2 |       | $   | 92,049.37  |
| Customer Deposits        | 2       |     | 6,332.25   |
| Other Deposits           | 5       |     | 75,580.43  |
| Other Withdrawals        | 4       |     | 121,434.53- |
| **Ending Balance on  Oct 31, 2023** |  | $ | 52,527.52 |

### Customer Deposits

| Number | Date  | Ref Number | Amount   | Number | Date   | Ref Number | Amount   |
| ------ | ----- | ---------- | -------- | ------ | ------ | ---------- | -------- |
|        | Oct 5 | 8912204879 | 2,912.00 |        | Oct 16 | 8013786901 | 3,420.25 |
|        |       |            |          | **Total Customer Deposits** |  | **$** | **6,332.25** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | Amount |
| ---- | ------------------------- | --- | ---------- | ------ |
| Oct  4 | Electronic Settlement REF=232770096188200Y00 | From HORIZONS HRS LTD SETTLMT PSACH ITEMS | $ | 753.16 |
| Oct 11 | Electronic Settlement REF=232840097171450Y00 | From HORIZONS HRS LTD SETTLMT PSACH ITEMS | | 753.16 |
| Oct 18 | Electronic Settlement REF=232910071113360Y00 | From HORIZONS HRS LTD SETTLMT PSACH ITEMS | | 753.16 |
| Oct 25 | Electronic Settlement REF=232980087225190Y00 | From HORIZONS HRS LTD SETTLMT PSACH ITEMS | | 753.16 |



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.    $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.    $_____

5. Total lines 3 and 4.    $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.    $_____

7. Subtract line 6 from line 5. This is your balance.    $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
### In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
### *What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- ***Account information:*** Your name and account number.
- ***Dollar Amount:*** The dollar amount of the suspected error.
- ***Description of problem:*** If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING LENDER

Member FDIC



HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:

████████ 4325

Statement Period:
Oct 2, 2023
through
Oct 31, 2023

Page 2 of 2



## ANALYZED CHECKING                                    (CONTINUED)

U.S. Bank National Association                          Account Number ████████ 4325

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|--|-----------|--------|
| Oct 26 | Electronic Funds Transfer | From Account ████ 3376 | | 72,567.79 |
| | | Total Other Deposits | $ | **75,580.43** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|--|-----------|--------|
| Oct 12 | Electronic Settlement | From HORIZONS HRS LTD | | $ 447.56- |
| | REF=232850108219600Y00 | SETTLMT PFACH ITEMS | | |
| Oct 13 | Electronic Settlement | From HORIZONS HRS LTD | | 107.36- |
| | REF=232860104092210Y00 | SETTLMT PFACH ITEMS | | |
| Oct 16 | Analysis Service Charge | | 1600000000 | 148.86- |
| Oct 27 | Electronic Settlement | From HORIZONS HRS LTD | | 120,730.75- |
| | REF=233000085185430Y00 | SETTLMT PFACH ITEMS | | |
| | | Total Other Withdrawals | $ | **121,434.53-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Oct  4 | 92,802.53 | Oct 13 | 95,912.77 | Oct 25 | 100,690.48 |
| Oct  5 | 95,714.53 | Oct 16 | 99,184.16 | Oct 26 | 173,258.27 |
| Oct 11 | 96,467.69 | Oct 18 | 99,937.32 | Oct 27 | 52,527.52 |
| Oct 12 | 96,020.13 | | | | |

Balances only appear for days reflecting change.

This page intentionally left blank



**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota  55101-0800

62        TRN              S          Y       ST01

Account Number:
████████ 4325

Statement Period:
Sep 1, 2023
through
Sep 30, 2023

Page 1 of 2

000050474 00  SP       106481851836920 S
HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

☎                                  *To Contact U.S. Bank*

*Commercial Customer Service:*                    866-258-8089

*U.S. Bank accepts Relay Calls*
*Internet:*                                       usbank.com

## INFORMATION YOU SHOULD KNOW

Effective November 13, 2023, please review updates made to the *Your Deposit Account Agreement* document which may affect your rights.

Beginning October 11, 2023, you can review the full revised document at **usbank.com/YDAA-upcoming-version**, by calling 24-Hour Banking at 800-USBANKS (872-2657) or by visiting your local U.S. Bank branch. We accept relay calls.

**Here's what you should know:**

- Under **Owner's Authority** section, added U.S. Bank makes no warranty or representation as to the suitability of any deposit product outside the United States of America.
- Under **Insufficient Funds and Overdrafts** section, removed language that states an Overdraft Paid Fee may be charged if the Available Balance was positive at the time the debit card transaction was authorized.
- Under **Withdrawal Rights, Ownership of Account, and Beneficiary Designation** section, **Accounts Established Under the Uniform Transfers to Minors Act or Uniform Gifts to Minors Act ("UTMA/UGMA")** sub-section, added language stating U.S. Bank may contact the minor for instructions, unless prior written notice is received and supporting documentation establishing that the minor has not yet reached the age of termination.

If you have questions or need to request a copy of the current Your Deposit Account Agreement, visit **usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this statement.

## ANALYZED CHECKING                                              *Member FDIC*

U.S. Bank National Association

**Account Number** ████4325

### Account Summary

| | # Items | $ | |
|---|---|---|---|
| Beginning Balance on Sep 1 | | $ | 54,804.00 |
| Other Deposits | 6 | | 157,414.52 |
| Other Withdrawals | 5 | | 120,169.15- |
| **Ending Balance on  Sep 30, 2023** | | **$** | **92,049.37** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | Amount |
|---|---|---|---|---|
| Sep  6 | Electronic Settlement | From HORIZONS HRS LTD | $ | 753.16 |
| | REF=232490063331120Y00 | SETTLMT PSACH ITEMS | | |
| Sep 13 | Electronic Settlement | From HORIZONS HRS LTD | | 753.16 |
| | REF=232560095827660Y00 | SETTLMT PSACH ITEMS | | |
| Sep 19 | Electronic Funds Transfer | From Account ████9704 | | 75,000.00 |
| Sep 19 | Electronic Funds Transfer | From Account ████3376 | | 79,401.88 |
| Sep 20 | Electronic Settlement | From HORIZONS HRS LTD | | 753.16 |
| | REF=232630035055380Y00 | SETTLMT PSACH ITEMS | | |
| Sep 27 | Electronic Settlement | From HORIZONS HRS LTD | | 753.16 |
| | REF=232700062457890Y00 | SETTLMT PSACH ITEMS | | |
| | | **Total Other Deposits** | **$** | **157,414.52** |



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement. $_____

4. Enter the total deposits recorded in the Outstanding Deposits section. $_____

5. Total lines 3 and 4. $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance. $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
### In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
   *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
### *What To Do If You Think You Find A Mistake on Your Statement*

If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING
LENDER

Member FDIC

 **bank**®

HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:

████ 4325

Statement Period:

Sep 1, 2023
through
Sep 30, 2023

Page 2 of 2



## ANALYZED CHECKING                                                    (CONTINUED)

U.S. Bank National Association                                **Account Number** ████ 4325

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|---|-----------|---|--------|
| Sep 14 | Electronic Settlement | From HORIZONS HRS LTD | | $ | 58.69- |
| | REF=232570096633060Y00 | SETTLMT PFACH ITEMS | | | |
| Sep 15 | Analysis Service Charge | | 1500000000 | | 143.26- |
| Sep 19 | Electronic Settlement | From HORIZONS HRS LTD | | | 119,867.26- |
| | REF=232620090025690Y00 | SETTLMT PFACH ITEMS | | | |
| Sep 20 | Electronic Settlement | From HORIZONS HRS LTD | | | 50.94- |
| | REF=232630078241890Y00 | SETTLMT PFACH ITEMS | | | |
| Sep 27 | Electronic Settlement | From HORIZONS HRS LTD | | | 49.00- |
| | REF=232700108841410Y00 | SETTLMT PFACH ITEMS | | | |
| | | **Total Other Withdrawals** | | **$** | **120,169.15-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Sep  6 | 55,557.16 | Sep 15 | 56,108.37 | Sep 20 | 91,345.21 |
| Sep 13 | 56,310.32 | Sep 19 | 90,642.99 | Sep 27 | 92,049.37 |
| Sep 14 | 56,251.63 | | | | |

Balances only appear for days reflecting change.

This page intentionally left blank



**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

62          TRN                    S              Y          ST01

Account Number:
■■■■■ 4325
Statement Period:
Aug 1, 2023
through
Aug 31, 2023

Page 1 of 1



000051523 00 SP        106481826306483 S
HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH 45040-6811

☎                          *To Contact U.S. Bank*

*Commercial Customer
Service:*                              *866-258-8089*

*U.S. Bank accepts Relay Calls*

*Internet:*                            *usbank.com*

---

# ANALYZED CHECKING                                    *Member FDIC*

U.S. Bank National Association                **Account Number** ■■■■4325

## Account Summary

|                                    | # Items |     |            |
| ---------------------------------- | ------- | --- | ---------- |
| Beginning Balance on Aug 1         |         | $   | 103,541.92 |
| Other Deposits                     | 6       |     | 59,677.13  |
| Other Withdrawals                  | 3       |     | 108,415.05- |
| **Ending Balance on Aug 31, 2023** |         | $   | **54,804.00** |

## Other Deposits

| Date   | Description of Transaction        |                          | Ref Number |     | Amount    |
| ------ | --------------------------------- | ------------------------ | ---------- | --- | --------- |
| Aug 2  | Electronic Settlement             | From HORIZONS HRS LTD    |            | $   | 753.16    |
|        | REF=232140095755250Y00            | SETTLMT PSACH ITEMS      |            |     |           |
| Aug 9  | Electronic Settlement             | From HORIZONS HRS LTD    |            |     | 753.16    |
|        | REF=232210043836390Y00            | SETTLMT PSACH ITEMS      |            |     |           |
| Aug 16 | Electronic Settlement             | From HORIZONS HRS LTD    |            |     | 753.16    |
|        | REF=232280055424530Y00            | SETTLMT PSACH ITEMS      |            |     |           |
| Aug 24 | Electronic Settlement             | From HORIZONS HRS LTD    |            |     | 753.16    |
|        | REF=232360018427200Y00            | SETTLMT PSACH ITEMS      |            |     |           |
| Aug 28 | Electronic Funds Transfer         | From Account ■■■■3376    |            |     | 55,911.33 |
| Aug 30 | Electronic Settlement             | From HORIZONS HRS LTD    |            |     | 753.16    |
|        | REF=232420016808900Y00            | SETTLMT PSACH ITEMS      |            |     |           |
|        |                                   | **Total Other Deposits** |            | $   | **59,677.13** |

## Other Withdrawals

| Date   | Description of Transaction        |                             | Ref Number  |     | Amount      |
| ------ | --------------------------------- | --------------------------- | ----------- | --- | ----------- |
| Aug 14 | Analysis Service Charge           |                             | 1400000000  | $   | 137.45-     |
| Aug 14 | Electronic Settlement             | From HORIZONS HRS LTD       |             |     | 1,115.17-   |
|        | REF=232260179064610Y00            | SETTLMT PFACH ITEMS         |             |     |             |
| Aug 28 | Electronic Settlement             | From HORIZONS HRS LTD       |             |     | 107,162.43- |
|        | REF=232400177571170Y00            | SETTLMT PFACH ITEMS         |             |     |             |
|        |                                   | **Total Other Withdrawals** |             | $   | **108,415.05-** |

## Balance Summary

| Date   | Ending Balance | Date   | Ending Balance | Date   | Ending Balance |
| ------ | -------------- | ------ | -------------- | ------ | -------------- |
| Aug 2  | 104,295.08     | Aug 16 | 104,548.78     | Aug 28 | 54,050.84      |
| Aug 9  | 105,048.24     | Aug 24 | 105,301.94     | Aug 30 | 54,804.00      |
| Aug 14 | 103,795.62     |        |                |        |                |

Balances only appear for days reflecting change.



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3. Enter the ending balance shown on this statement.                              $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.         $_____

5. Total lines 3 and 4.                                                           $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section.   $_____

7. Subtract line 6 from line 5.  This is your balance.                            $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
Reserve Line Balance Computation Method:  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This gives your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



Member FDIC



**Business Statement**

Account Number:
████ 4325

Statement Period:
Jul 3, 2023
through
Jul 31, 2023

Page 1 of 2

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

62      TRN          S          Y      ST01



000063061 00 SP     106481801236078 S
HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

☎                                    *To Contact U.S. Bank*

*Commercial Customer
Service:*                                866-258-8089

*U.S. Bank accepts Relay Calls*

*Internet:*                              *usbank.com*

## INFORMATION YOU SHOULD KNOW

Effective August 14, 2023, important updates will be made to the *Your Deposit Account Agreement* document which may affect your rights. The changes are generally described below, but you should review the changes in their entirety.

Beginning July 10, 2023, you can review and download the full revised disclosure at **usbank.com/YDAA** or you may also call your customer service team at the phone number listed at the top of this statement.

**Here's what you should know:**

- Updated section title from Electronic Banking Agreement to Electronic Fund Transfers, for Consumer Customers and Business Customers.
- For all references to the Returned Deposited and Cashed Items, updated title to Returned Deposited Items for Business Accounts Only. The Returned Deposited Item Fee or Cashed Check Fee was removed for consumer only on February 13, 2023 and will no longer be charged.
- Moved Real Time Payment/Prohibition on Foreign Payments section to the U.S. Bank *Digital Services Agreement* (DSA). You can view the DSA online at **usbank.com/dsa**.
- Under the Changes to Our Agreement with You section, added additional detail to include changing and/or adding terms to the agreement and added details regarding Resolution of Disputes by Arbitration.
- Under the Levies, Garnishments and Other Legal Process section, updated our garnishment terms.
- Under Resolution of Disputes by Arbitration section, removed references to JAMS and added additional information regarding Small Claims Jurisdiction and Arbitration Procedures and Arbitration Costs.
- Under Terms Applicable to All Accounts section, added a sub-section titled Litigation Class Action Waiver.
- Under Longer Delays May Apply section, added a sub-section titled Large Deposits.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added sub-section titled Virtual Debit Card.
- Removed the Minnesota Liability Disclosure.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added clarification to refer to the *Digital Services Agreement*.

If you have questions or need to request a copy of the current *Your Deposit Account Agreement*, visit **usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this statement.

## ANALYZED CHECKING

*Member FDIC*

U.S. Bank National Association

Account Number ████ 4325

### Account Summary

|                              | # Items |     |            |
|------------------------------|---------|-----|------------|
| Beginning Balance on Jul 3   |         | $   | 112,332.98 |
| Customer Deposits            | 1       |     | 309.66     |
| Other Deposits               | 6       |     | 96,238.62  |
| Other Withdrawals            | 3       |     | 105,339.34- |
| **Ending Balance on Jul 31, 2023** |   | $ | **103,541.92** |

### Customer Deposits

| Number | Date | Ref Number | Amount |
|--------|------|------------|--------|
|        | Jul 18 | 8314393045 | 309.66 |
| **Total Customer Deposits** | | $ | **309.66** |



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                                  $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.              $_____

5.  Total lines 3 and 4.                                                                $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.        $_____

7.  Subtract line 6 from line 5.  This is your balance.                                 $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
•  Tell us your name and account number.
•  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
•  Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
•  *Account information:* Your name and account number.
•  *Dollar Amount:* The dollar amount of the suspected error.
•  *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
•  We cannot try to collect the amount in question, or report you as delinquent on that amount.
•  The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
•  While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
•  We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate.**  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



Member FDIC

Case 1:19-cv-09127-ENV-PK    Document 72-7    Filed 07/07/25    Page 72 of 95 PageID #: 1107



HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH 45040-6811

**Business Statement**

Account Number:

▓▓▓▓▓ 4325

Statement Period:

Jul 3, 2023

through

Jul 31, 2023



## ANALYZED CHECKING                                    (CONTINUED)

U.S. Bank National Association                    Account Number ▓▓▓▓▓ 4325

### Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|--|-----------|--|--------|
| Jul 5 | Electronic Settlement | From HORIZONS HRS LTD | | $ | 753.16 |
| | REF=231860035201100Y00 | SETTLMT PSACH ITEMS | | | |
| Jul 12 | Electronic Settlement | From HORIZONS HRS LTD | | | 753.16 |
| | REF=231930036154580Y00 | SETTLMT PSACH ITEMS | | | |
| Jul 19 | Electronic Settlement | From HORIZONS HRS LTD | | | 753.16 |
| | REF=232000066614320Y00 | SETTLMT PSACH ITEMS | | | |
| Jul 24 | Electronic Funds Transfer | From Account ▓▓▓ 9704 | | | 50,000.00 |
| Jul 27 | Electronic Settlement | From HORIZONS HRS LTD | | | 753.16 |
| | REF=232080012849320Y00 | SETTLMT PSACH ITEMS | | | |
| Jul 28 | Electronic Funds Transfer | From Account ▓▓▓ 3376 | | | 43,225.98 |
| | | **Total Other Deposits** | | **$** | **96,238.62** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|--|-----------|--|--------|
| Jul 12 | Electronic Settlement | From HORIZONS HRS LTD | | $ | 72.97- |
| | REF=231930114246490Y00 | SETTLMT PFACH ITEMS | | | |
| Jul 17 | Analysis Service Charge | | 1700000000 | | 130.94- |
| Jul 24 | Electronic Settlement | From HORIZONS HRS LTD | | | 105,135.43- |
| | REF=232050162609310Y00 | SETTLMT PFACH ITEMS | | | |
| | | **Total Other Withdrawals** | | **$** | **105,339.34-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Jul 5 | 113,086.14 | Jul 18 | 113,945.05 | Jul 27 | 60,315.94 |
| Jul 12 | 113,766.33 | Jul 19 | 114,698.21 | Jul 28 | 103,541.92 |
| Jul 17 | 113,635.39 | Jul 24 | 59,562.78 | | |

Balances only appear for days reflecting change.

This page intentionally left blank



**U.S. Bank**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

62      TRN            S          Y      ST01

**Business Statement**

Account Number:
███████ 4325

Statement Period:
Jun 1, 2023
through
Jun 30, 2023

Page 1 of 2

|||||||||||||||||||||||||||||||||||
00006390800  SP    106481777891517 S
HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

☎ **To Contact U.S. Bank**

**Commercial Customer Service:**                                  866-258-8089

**U.S. Bank accepts Relay Calls**

**Internet:**                                                              usbank.com

---

## INFORMATION YOU SHOULD KNOW

Effective August 14, 2023, important updates will be made to the *Your Deposit Account Agreement* document which may affect your rights. The changes are generally described below, but you should review the changes in their entirety.

Beginning July 10, 2023, you can review and download the full revised disclosure at **usbank.com/YDAA** or you may also call your customer service team at the phone number listed at the top of this statement.

**Here's what you should know:**

- Updated section title from Electronic Banking Agreement to Electronic Fund Transfers, for Consumer Customers and Business Customers.
- For all references to the Returned Deposited and Cashed Items, updated title to Returned Deposited Items for Business Accounts Only. The Returned Deposited Item Fee or Cashed Check Fee was removed for consumer only on February 13, 2023 and will no longer be charged.
- Moved Real Time Payment/Prohibition on Foreign Payments section to the U.S. Bank *Digital Services Agreement* (DSA). You can view the DSA online at **usbank.com/dsa**.
- Under the Changes to Our Agreement with You section, added additional detail to include changing and/or adding terms to the agreement and added details regarding Resolution of Disputes by Arbitration.
- Under the Levies, Garnishments and Other Legal Process section, updated our garnishment terms.
- Under Resolution of Disputes by Arbitration section, removed references to JAMS and added additional information regarding Small Claims Jurisdiction and Arbitration Procedures and Arbitration Costs.
- Under Terms Applicable to All Accounts section, added a sub-section titled Litigation Class Action Waiver.
- Under Longer Delays May Apply section, added a sub-section titled Large Deposits.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added sub-section titled Virtual Debit Card.
- Removed the Minnesota Liability Disclosure.
- Under Electronic Fund Transfers for Consumer and Business Customers sections, added clarification to refer to the *Digital Services Agreement*.

If you have questions or need to request a copy of the current *Your Deposit Account Agreement*, visit **usbank.com/tmtermsandconditions** or please call your customer service team at the phone number listed at the top of this statement.

---

## ANALYZED CHECKING                                                          *Member FDIC*

U.S. Bank National Association                                      **Account Number** ████ **4325**

### Account Summary

|                              | # Items |    |            |
|------------------------------|---------|----|------------|
| Beginning Balance on Jun 1   |         | $  | 132,030.33 |
| Other Deposits               | 6       |    | 90,196.68  |
| Other Withdrawals            | 4       |    | 109,894.03- |
| **Ending Balance on Jun 30, 2023** |   | **$** | **112,332.98** |

### Other Deposits

| Date | Description of Transaction |  | Ref Number |  | Amount |
|------|----------------------------|--|------------|--|--------|
| Jun 7 | Electronic Settlement REF=231580089038090Y00 | From HORIZONS HRS LTD SETTLMT PSACH ITEMS | | $ | 753.16 |
| Jun 14 | Electronic Settlement REF=231650078927020Y00 | From HORIZONS HRS LTD SETTLMT PSACH ITEMS | | | 753.16 |



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.  $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.  $_____

5.  Total lines 3 and 4.  $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7.  Subtract line 6 from line 5.  This is your balance.  $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10.  The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
•  Tell us your name and account number.
•  Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
•  Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
     *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
•  *Account information:* Your name and account number.
•  *Dollar Amount:* The dollar amount of the suspected error.
•  *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
•  We cannot try to collect the amount in question, or report you as delinquent on that amount.
•  The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
•  While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
•  We can apply any unpaid amount against your credit limit.
Reserve Line Balance Computation Method:  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



Member FDIC



HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:

▓▓▓▓ 4325

Statement Period:
Jun 1, 2023
through
Jun 30, 2023

Page 2 of 2



## ANALYZED CHECKING                                                      (CONTINUED)

U.S. Bank National Association                          **Account Number** ▓▓▓▓ **4325**

### Other Deposits (continued)

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Jun 20 | Electronic Funds Transfer | From Account ▓▓▓ 9704 | | 30,000.00 |
| Jun 20 | Electronic Funds Transfer | From Account ▓▓▓ 3376 | | 57,184.04 |
| Jun 21 | Electronic Settlement | From HORIZONS HRS LTD | | 753.16 |
| | REF=231720074032410Y00 | SETTLMT PSACH ITEMS | | |
| Jun 28 | Electronic Settlement | From HORIZONS HRS LTD | | 753.16 |
| | REF=231790017820200Y00 | SETTLMT PSACH ITEMS | | |
| | | **Total Other Deposits** | **$** | **90,196.68** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|-----------|--------|
| Jun 14 | Analysis Service Charge | | 1400000000 | $ 143.62- |
| Jun 20 | Electronic Settlement | From HORIZONS HRS LTD | | 38.98- |
| | REF=231710183315830Y00 | SETTLMT PFACH ITEMS | | |
| Jun 20 | Electronic Settlement | From HORIZONS HRS LTD | | 100,476.02- |
| | REF=231710183315840Y00 | SETTLMT PFACH ITEMS | | |
| Jun 26 | Electronic Settlement | From HORIZONS HRS LTD | | 9,235.41- |
| | REF=231770113328130Y00 | SETTLMT PFACH ITEMS | | |
| | | **Total Other Withdrawals** | **$** | **109,894.03-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Jun  7 | 132,783.49 | Jun 20 | 120,062.07 | Jun 26 | 111,579.82 |
| Jun 14 | 133,393.03 | Jun 21 | 120,815.23 | Jun 28 | 112,332.98 |

Balances only appear for days reflecting change.

This page intentionally left blank



**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

62          TRN              S          Y          ST01

Account Number:
████ 4325
Statement Period:
May 1, 2023
through
May 31, 2023

Page 1 of 1



000089071 00 SP    106481748932067 S
HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

☎          **To Contact U.S. Bank**

**Commercial Customer
Service:**                          866-258-8089

**U.S. Bank accepts Relay Calls**

**Internet:**                          usbank.com

---

# ANALYZED CHECKING                                         *Member FDIC*
U.S. Bank National Association                        **Account Number** ████ **4325**

## Account Summary

|                              | # Items |    |          |
|------------------------------|---------|----|----------|
| Beginning Balance on May 1   |         | $  | 79,400.96 |
| Other Deposits               | 7       |    | 148,346.37 |
| Other Withdrawals            | 5       |    | 95,717.00- |
| **Ending Balance on May 31, 2023** |   | **$** | **132,030.33** |

## Other Deposits

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|--|-----------|--|--------|
| May 3 | Electronic Settlement | From HORIZONS HRS LTD | | $ | 753.16 |
| | REF=231230049035270Y00 | SETTLMT PSACH ITEMS | | | |
| May 10 | Electronic Settlement | From HORIZONS HRS LTD | | | 753.16 |
| | REF=231300020950470Y00 | SETTLMT PSACH ITEMS | | | |
| May 16 | Electronic Funds Transfer | From Account ████3376 | | | 44,580.57 |
| May 17 | Electronic Settlement | From HORIZONS HRS LTD | | | 753.16 |
| | REF=231370087295940Y00 | SETTLMT PSACH ITEMS | | | |
| May 24 | Electronic Settlement | From HORIZONS HRS LTD | | | 753.16 |
| | REF=231440100758540Y00 | SETTLMT PSACH ITEMS | | | |
| May 30 | Electronic Funds Transfer | From Account ████9704 | | | 100,000.00 |
| May 31 | Electronic Settlement | From HORIZONS HRS LTD | | | 753.16 |
| | REF=231510075276550Y00 | SETTLMT PSACH ITEMS | | | |
| | | **Total Other Deposits** | | **$** | **148,346.37** |

## Other Withdrawals

| Date | Description of Transaction | | Ref Number | | Amount |
|------|---------------------------|--|-----------|--|--------|
| May 4 | Electronic Settlement | From HORIZONS HRS LTD | | $ | 300.00- |
| | REF=231240139089940Y00 | SETTLMT PFACH ITEMS | | | |
| May 12 | Analysis Service Charge | | 1200000000 | | 142.55- |
| May 16 | Electronic Settlement | From HORIZONS HRS LTD | | | 80,922.69- |
| | REF=231360138496050Y00 | SETTLMT PFACH ITEMS | | | |
| May 23 | Electronic Settlement | From HORIZONS HRS LTD | | | 79.67- |
| | REF=231430098520390Y00 | SETTLMT PFACH ITEMS | | | |
| May 30 | Electronic Settlement | From HORIZONS HRS LTD | | | 14,272.09- |
| | REF=231500193196510Y00 | SETTLMT PFACH ITEMS | | | |
| | | **Total Other Withdrawals** | | **$** | **95,717.00-** |

## Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| May 3 | 80,154.12 | May 16 | 44,122.61 | May 24 | 45,549.26 |
| May 4 | 79,854.12 | May 17 | 44,875.77 | May 30 | 131,277.17 |
| May 10 | 80,607.28 | May 23 | 44,796.10 | May 31 | 132,030.33 |
| May 12 | 80,464.73 | | | | |

Balances only appear for days reflecting change.



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3.  Enter the ending balance shown on this statement.  $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.  $_____

5.  Total lines 3 and 4.  $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.  $_____

7.  Subtract line 6 from line 5. This is your balance.  $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

*   Tell us your name and account number.
*   Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
*   Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

*Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

*What To Do If You Think You Find A Mistake on Your Statement*

If you think there is an error on your statement, write to us at:

U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

*   *Account information:* Your name and account number.
*   *Dollar Amount:* The dollar amount of the suspected error.
*   *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

*   We cannot try to collect the amount in question, or report you as delinquent on that amount.
*   The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
*   While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
*   We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



Member FDIC



**Business Statement**

Account Number:
■■■■ 4325

Statement Period:
Apr 3, 2023
through
Apr 30, 2023

Page 1 of 2

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

62      TRN         S          Y      ST01



000047179 00 SP      106481724501364 S
HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH 45040-6811

☎                                    *To Contact U.S. Bank*

*Commercial Customer
Service:*                              866-258-8089

*U.S. Bank accepts Relay Calls*

*Internet:*                            usbank.com

## INFORMATION YOU SHOULD KNOW

Thank you for choosing U.S. Bank. We're committed to keeping you up to date on your account and would like to remind you of a recent change to our *Night Deposit Agreement*, effective April 14, 2023. If you utilize the night drop service, you may review the revised *Night Depository Service Standard Terms and Conditions* online at usbank.com, request a copy by calling 800-USBANKS (872-2657), or obtain a copy by visiting your local U.S. Bank branch. By continuing to use our night deposit services after April 14, 2023, you accept and agree to these updated terms. If you have any questions, please call us at U.S. Bank 24-Hour Banking at 800-USBANKS (872-2657).

---

## ANALYZED CHECKING                                    *Member FDIC*

U.S. Bank National Association          **Account Number** ■■■■ **4325**

### Account Summary

|                              | # Items |   |            |
|------------------------------|---------|---|------------|
| Beginning Balance on Apr 3   |         | $ | 125,636.82 |
| Other Deposits               | 5       |   | 56,154.64  |
| Other Withdrawals            | 4       |   | 102,390.50- |
| **Ending Balance on Apr 30, 2023** |   | **$** | **79,400.96** |

### Other Deposits

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|---|-----------|--------|
| Apr 5 | Electronic Settlement<br>REF=230950015766740Y00 | From HORIZONS HRS LTD<br>SETTLMT PSACH ITEMS | | $ 753.16 |
| Apr 12 | Electronic Settlement<br>REF=231020081573110Y00 | From HORIZONS HRS LTD<br>SETTLMT PSACH ITEMS | | 753.16 |
| Apr 19 | Electronic Settlement<br>REF=231090079412340Y00 | From HORIZONS HRS LTD<br>SETTLMT PSACH ITEMS | | 753.16 |
| Apr 19 | Electronic Funds Transfer | From Account ■■■■3376 | | 53,142.00 |
| Apr 26 | Electronic Settlement<br>REF=231160072986340Y00 | From HORIZONS HRS LTD<br>SETTLMT PSACH ITEMS | | 753.16 |
| | | **Total Other Deposits** | **$** | **56,154.64** |

### Other Withdrawals

| Date | Description of Transaction | | Ref Number | Amount |
|------|----------------------------|---|-----------|--------|
| Apr 12 | Electronic Settlement<br>REF=231020125755610Y00 | From HORIZONS HRS LTD<br>SETTLMT PFACH ITEMS | | $ 158.17- |
| Apr 14 | Analysis Service Charge | | 1400000000 | 136.68- |
| Apr 19 | Electronic Settlement<br>REF=231090118828780Y00 | From HORIZONS HRS LTD<br>SETTLMT PFACH ITEMS | | 94,517.66- |
| Apr 27 | Electronic Settlement<br>REF=231170081853540Y00 | From HORIZONS HRS LTD<br>SETTLMT PFACH ITEMS | | 7,577.99- |
| | | **Total Other Withdrawals** | **$** | **102,390.50-** |

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Apr 5 | 126,389.98 | Apr 12 | 126,984.97 | Apr 14 | 126,848.29 |



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.        $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.    $_____

5. Total lines 3 and 4.        $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance.        $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**
**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**
*What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
Reserve Line Balance Computation Method: To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



Member FDIC



HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:
█████ 4325
Statement Period:
Apr 3, 2023
through
Apr 30, 2023
Page 2 of 2



## ANALYZED CHECKING                                                      (CONTINUED)

U.S. Bank National Association                                      **Account Number** ████ **4325**

**Balance Summary (continued)**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|----------------|------|----------------|------|----------------|
| Apr 19 | 86,225.79 | Apr 26 | 86,978.95 | Apr 27 | 79,400.96 |

Balances only appear for days reflecting change.

This page intentionally left blank

 **U.S. bank.**

**Business Statement**

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

62      TRN           S         Y      ST01

Account Number:
███████ 4325

Statement Period:
Mar 1, 2023
through
Mar 31, 2023

Page 1 of 2



000078792 00 SP       106481703321831 S
HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

☎ *To Contact U.S. Bank*

*Commercial Customer
Service:*                          866-258-8089

*U.S. Bank accepts Relay Calls*

*Internet:*                        usbank.com

---

## INFORMATION YOU SHOULD KNOW

Thank you for choosing U.S. Bank. We're committed to keeping you up to date on your account and would like to remind you of an upcoming change to our *Night Deposit Agreement*, effective April 14, 2023. If you utilize the night drop service, you may review the revised *Night Depository Service Standard Terms and Conditions* online at usbank.com, request a copy by calling 800-USBANKS (872-2657), or obtain a copy by visiting your local U.S. Bank branch. By continuing to use our night deposit services after April 14, 2023, you accept and agree to these updated terms. If you have any questions, please call us at U.S. Bank 24-Hour Banking at 800-USBANKS (872-2657).

---

## ANALYZED CHECKING                                    *Member FDIC*

U.S. Bank National Association                    **Account Number** ███████ 4325

### Account Summary

|                              | # Items |    | Amount        |
|------------------------------|---------|----|---------------|
| Beginning Balance on Mar 1   |         | $  | 168,470.25    |
| Other Deposits               | 6       |    | 66,509.53     |
| Other Withdrawals            | 4       |    | 109,342.96-   |
| **Ending Balance on  Mar 31, 2023** |  | **$** | **125,636.82** |

### Other Deposits

| Date   | Description of Transaction |                      | Ref Number |    | Amount    |
|--------|----------------------------|----------------------|------------|----|-----------|
| Mar  1 | Electronic Settlement      | From HORIZONS HRS LTD |            | $  | 719.60    |
|        | REF=230600032689610Y00     | SETTLMT PSACH ITEMS  |            |    |           |
| Mar 14 | Electronic Settlement      | From HORIZONS HRS LTD |            |    | 719.60    |
|        | REF=230730025086460Y00     | SETTLMT PSACH ITEMS  |            |    |           |
| Mar 15 | Electronic Settlement      | From HORIZONS HRS LTD |            |    | 719.60    |
|        | REF=230740034280140Y00     | SETTLMT PSACH ITEMS  |            |    |           |
| Mar 22 | Electronic Settlement      | From HORIZONS HRS LTD |            |    | 719.60    |
|        | REF=230810100489240Y00     | SETTLMT PSACH ITEMS  |            |    |           |
| Mar 23 | Electronic Funds Transfer  | From Account ███████ 3376 |       |    | 62,911.53 |
| Mar 29 | Electronic Settlement      | From HORIZONS HRS LTD |            |    | 719.60    |
|        | REF=230880053870040Y00     | SETTLMT PSACH ITEMS  |            |    |           |
|        |                            | **Total Other Deposits** |        | **$** | **66,509.53** |

### Other Withdrawals

| Date   | Description of Transaction |                      | Ref Number |    | Amount      |
|--------|----------------------------|----------------------|------------|----|-------------|
| Mar 14 | Analysis Service Charge     |                      | 1400000000 | $  | 150.42-     |
| Mar 22 | Electronic Settlement      | From HORIZONS HRS LTD |            |    | 254.90-     |
|        | REF=230810216762700Y00     | SETTLMT PFACH ITEMS  |            |    |             |
| Mar 23 | Electronic Settlement      | From HORIZONS HRS LTD |            |    | 101,795.27- |
|        | REF=230820061920370Y00     | SETTLMT PFACH ITEMS  |            |    |             |
| Mar 28 | Electronic Settlement      | From HORIZONS HRS LTD |            |    | 7,142.37-   |
|        | REF=230870103430800Y00     | SETTLMT PFACH ITEMS  |            |    |             |
|        |                            | **Total Other Withdrawals** |     | **$** | **109,342.96-** |

### Balance Summary

| Date   | Ending Balance | Date   | Ending Balance | Date   | Ending Balance |
|--------|----------------|--------|----------------|--------|----------------|
| Mar  1 | 169,189.85     | Mar 14 | 169,759.03     | Mar 15 | 170,478.63     |



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

**Outstanding Deposits**

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

**Outstanding Withdrawals**

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                                    $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.               $_____

5.  Total lines 3 and 4.                                                                 $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.         $_____

7.  Subtract line 6 from line 5.  This is your balance.                                  $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10.  The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
### In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
  *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
### *What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:
- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.
**Reserve Line Balance Computation Method:**  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



Member FDIC



HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:

███████ 4325

Statement Period:

Mar 1, 2023

through

Mar 31, 2023



Page 2 of 2

## ANALYZED CHECKING                                                    (CONTINUED)

U.S. Bank National Association                              **Account Number** ██████ **4325**

### Balance Summary (continued)

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Mar 22 | 170,943.33 | Mar 28 | 124,917.22 | Mar 29 | 125,636.82 |
| Mar 23 | 132,059.59 | | | | |

Balances only appear for days reflecting change.

This page intentionally left blank



P.O. Box 1800
Saint Paul, Minnesota 55101-0800

62      TRN         S         Y      ST01

**Business Statement**

Account Number:
████████ 4325

Statement Period:
Feb 1, 2023
through
Feb 28, 2023

Page 1 of 2

000036451 00 SP    106481679302653 S
HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

☎                    *To Contact U.S. Bank*

*Commercial Customer
Service:*                        866-258-8089

*U.S. Bank accepts Relay Calls*

*Internet:*                       usbank.com

## INFORMATION YOU SHOULD KNOW

Thank you for choosing U.S. Bank. We're committed to keeping you up to date on your account and would like to inform you of an upcoming change to our *Night Deposit Agreement*, effective April 14, 2023. If you utilize the night drop service, you may review the revised *Night Depository Service Standard Terms and Conditions* online at usbank.com, request a copy by calling 800-USBANKS (872-2657), or obtain a copy by visiting your local U.S. Bank branch. By continuing to use our night deposit services after April 14, 2023, you accept and agree to these updated terms. If you have any questions, please call us at U.S. Bank 24-Hour Banking at 800-USBANKS (872-2657).

## ANALYZED CHECKING

*Member FDIC*

U.S. Bank National Association                    Account Number  ████ 4325

### Account Summary

|  | # Items |  |  |
|---|---|---|---|
| Beginning Balance on Feb 1 |  | $ | 81,113.08 |
| Other Deposits | 6 |  | 170,677.29 |
| Other Withdrawals | 6 |  | 83,320.12- |
| **Ending Balance on  Feb 28, 2023** | | $ | **168,470.25** |

### Other Deposits

| Date | Description of Transaction |  | Ref Number | Amount |
|---|---|---|---|---|
| Feb  1 | Electronic Settlement REF=230320073881910Y00 | From HORIZONS HRS LTD SETTLMT PSACH ITEMS | $ | 719.60 |
| Feb  8 | Electronic Settlement REF=230390075998020Y00 | From HORIZONS HRS LTD SETTLMT PSACH ITEMS |  | 719.60 |
| Feb 15 | Electronic Settlement REF=230460032871060Y00 | From HORIZONS HRS LTD SETTLMT PSACH ITEMS |  | 719.60 |
| Feb 22 | Electronic Settlement REF=230530063688810Y00 | From HORIZONS HRS LTD SETTLMT PSACH ITEMS |  | 719.60 |
| Feb 27 | Electronic Funds Transfer | From Account ████9704 |  | 100,000.00 |
| Feb 28 | Electronic Funds Transfer | From Account ████3376 |  | 67,798.89 |
|  |  | **Total Other Deposits** | $ | **170,677.29** |

### Other Withdrawals

| Date | Description of Transaction |  | Ref Number | Amount |
|---|---|---|---|---|
| Feb  3 | Electronic Settlement REF=230340132853440Y00 | From HORIZONS HRS LTD SETTLMT PFACH ITEMS | $ | 244.98- |
| Feb 13 | Electronic Settlement REF=230440223475220Y00 | From HORIZONS HRS LTD SETTLMT PFACH ITEMS |  | 148.58- |
| Feb 14 | Analysis Service Charge |  | 1400000000 | 161.39- |
| Feb 15 | Electronic Settlement REF=230460160069360Y00 | From HORIZONS HRS LTD SETTLMT PFACH ITEMS |  | 86.46- |
| Feb 21 | Electronic Settlement REF=230520191829400Y00 | From HORIZONS HRS LTD SETTLMT PFACH ITEMS |  | 165.26- |
| Feb 27 | Electronic Settlement REF=230580118746030Y00 | From HORIZONS HRS LTD SETTLMT PFACH ITEMS |  | 82,513.45- |
|  |  | **Total Other Withdrawals** | $ | **83,320.12-** |



**BALANCE YOUR ACCOUNT**
To keep track of all your transactions, you should balance your account every month.  Please examine this statement immediately.  We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

Outstanding Withdrawals

| DATE | AMOUNT |
|------|--------|
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
|      |        |
| TOTAL | $     |

1.  List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2.  Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement.  Withdrawals that are NOT checked  off should be recorded in the Outstanding Withdrawals section at the left.  Record the total.

3.  Enter the ending balance shown on this statement.                                          $_____

4.  Enter the total deposits recorded in the Outstanding Deposits section.                      $_____

5.  Total lines 3 and 4.                                                                        $_____

6.  Enter the total withdrawals recorded in the Outstanding Withdrawals section.                $_____

7.  Subtract line 6 from line 5.  This is your balance.                                         $_____

8.  Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any)  that appear on your statement but have not been recorded in your register.

9.  Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7.  If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS
### In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers
If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.
• Tell us your name and account number.
• Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
• Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.
    *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

## IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS
Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time.  If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

## CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE
### *What To Do If You Think You Find A Mistake on Your Statement*
If you think there is an error on your statement, write to us at:
U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.
In your letter, give us the following information:
• *Account information:* Your name and account number.
• *Dollar Amount:* The dollar amount of the suspected error.
• *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.
You must contact us within 60 days after the error appeared on your statement.
You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question.
While we investigate whether or not there has been an error, the following are true:
• We cannot try to collect the amount in question, or report you as delinquent on that amount.
• The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
• While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
• We can apply any unpaid amount against your credit limit.
Reserve Line Balance Computation Method:  To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**.  Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest.  The ***INTEREST CHARGE*** begins from the date of each advance.

## REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES
We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

## CONSUMER REPORT DISPUTES
We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



Member FDIC



HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:

████████ 4325

Statement Period:
Feb 1, 2023
through
Feb 28, 2023

Page 2 of 2



## ANALYZED CHECKING          (CONTINUED)

U.S. Bank National Association      **Account Number** ████████ **4325**

### Balance Summary

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|---|---|---|---|---|---|
| Feb   1 | 81,832.68 | Feb 14 | 81,997.33 | Feb 22 | 83,184.81 |
| Feb   3 | 81,587.70 | Feb 15 | 82,630.47 | Feb 27 | 100,671.36 |
| Feb   8 | 82,307.30 | Feb 21 | 82,465.21 | Feb 28 | 168,470.25 |
| Feb 13 | 82,158.72 | | | | |

Balances only appear for days reflecting change.

This page intentionally left blank



**Business Statement**

Account Number:
██████ 4325

Statement Period:
Jan 2, 2023
through
Jan 31, 2023

Page 1 of 2

P.O. Box 1800
Saint Paul, Minnesota 55101-0800

62      TRN      S      Y      ST01



000067153 00 SP     106481657195917 S
HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811



☎                              *To Contact U.S. Bank*

*Commercial Customer*
*Service:*                              *866-258-8089*

*U.S. Bank accepts Relay Calls*

*Internet:*                              *usbank.com*

## INFORMATION YOU SHOULD KNOW

Price changes for U.S. Bank Business Checking, Savings and Treasury Management Services are effective Jan. 1, 2023. You can view revised pricing (only those prices that changed) at https://cashmgmt.usbank.com/repricing beginning Dec. 1, 2022. Please enter the Access Code listed below to view price changes that may apply. If you experience difficulty accessing this information, please call Customer Service at the number listed in the upper-right corner of this statement or send an email to commercialsupport@usbank.com.

Access Code: A0-C4F0-79C2-C41D

## ANALYZED CHECKING

*Member FDIC*

U.S. Bank National Association

**Account Number** ██████ 4325

### Account Summary

|  | # Items | $ |  |
|---|---|---|---|
| Beginning Balance on Jan 2 |  | $ | 79,923.39 |
| Other Deposits | 7 |  | 182,538.60 |
| Other Withdrawals | 7 |  | 181,348.91- |
| **Ending Balance on  Jan 31, 2023** |  | **$** | **81,113.08** |

### Other Deposits

| Date | Description of Transaction |  | Ref Number | Amount |
|---|---|---|---|---|
| Jan  4 | Electronic Settlement | From HORIZONS HRS LTD | $ | 719.60 |
|  | REF=230040050067710Y00 | SETTLMT PSACH ITEMS |  |  |
| Jan  4 | Electronic Funds Transfer | From Account ███3376 |  | 28,744.67 |
| Jan 11 | Electronic Settlement | From HORIZONS HRS LTD |  | 719.60 |
|  | REF=230110014732280Y00 | SETTLMT PSACH ITEMS |  |  |
| Jan 18 | Electronic Settlement | From HORIZONS HRS LTD |  | 719.60 |
|  | REF=230180025814930Y00 | SETTLMT PSACH ITEMS |  |  |
| Jan 25 | Electronic Settlement | From HORIZONS HRS LTD |  | 719.60 |
|  | REF=230250075017880Y00 | SETTLMT PSACH ITEMS |  |  |
| Jan 30 | Electronic Funds Transfer | From Account ███3376 |  | 50,915.53 |
| Jan 30 | Electronic Funds Transfer | From Account ███9704 |  | 100,000.00 |
|  |  | **Total Other Deposits** | **$** | **182,538.60** |

### Other Withdrawals

| Date | Description of Transaction |  | Ref Number | Amount |
|---|---|---|---|---|
| Jan  4 | Electronic Settlement | From HORIZONS HRS LTD | $ | 38,256.43- |
|  | REF=230040129135050Y00 | SETTLMT PFACH ITEMS |  |  |
| Jan 17 | Electronic Settlement | From HORIZONS HRS LTD |  | 67.26- |
|  | REF=230170224198370Y00 | SETTLMT PFACH ITEMS |  |  |
| Jan 17 | Analysis Service Charge |  | 1700000000 | 130.05- |
| Jan 18 | Electronic Settlement | From HORIZONS HRS LTD |  | 280.84- |
|  | REF=230180104717450Y00 | SETTLMT PFACH ITEMS |  |  |
| Jan 23 | Electronic Settlement | From HORIZONS HRS LTD |  | 120.51- |
|  | REF=230230113344010Y00 | SETTLMT PFACH ITEMS |  |  |
| Jan 30 | Electronic Settlement | From HORIZONS HRS LTD |  | 262.59- |
|  | REF=230300245209690Y00 | SETTLMT PFACH ITEMS |  |  |



**BALANCE YOUR ACCOUNT**

To keep track of all your transactions, you should balance your account every month. Please examine this statement immediately. We will assume that the balance and transactions shown are correct unless you notify us of an error.

Outstanding Deposits

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

Outstanding Withdrawals

| DATE | AMOUNT |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| TOTAL | $ |

1. List any deposits that do not appear on your statement in the Outstanding Deposits section at the left. Record the total.

2. Check off in your checkbook register all checks, withdrawals (including Debit Card and ATM) and automatic payments that appear on your statement. Withdrawals that are NOT checked off should be recorded in the Outstanding Withdrawals section at the left. Record the total.

3. Enter the ending balance shown on this statement.                    $_____

4. Enter the total deposits recorded in the Outstanding Deposits section.    $_____

5. Total lines 3 and 4.                                                   $_____

6. Enter the total withdrawals recorded in the Outstanding Withdrawals section. $_____

7. Subtract line 6 from line 5. This is your balance.                    $_____

8. Enter in your register and subtract from your register balance any checks, withdrawals or other debits (including fees, if any) that appear on your statement but have not been recorded in your register.

9. Enter in your register and add to your register balance any deposits or other credits (including interest, if any) that appear in your statement but have not been recorded in your register.

10. The balance in your register should be the same as the balance shown in #7. If it does not match, review and check all figures used, and check the addition and subtraction in your register. If necessary, review and balance your statement from the previous month.

**IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS**

**In Case of Errors or Questions About Your Checking, Savings, ATM, Debit Card, ACH, Bill Pay and Other Electronic Transfers**

If you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt, we must hear from you no later than 60 days* after we sent you the FIRST statement on which the error or problem appeared. Telephone us at the number listed on the front of this statement or write to us at U.S. Bank, EP-MN-WS5D, 60 Livingston Ave., St. Paul, MN 55107.

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, we may take up to 45 days to investigate your complaint. For errors involving new accounts, point-of-sale, or foreign-initiated transactions, we may take up to 90 days to investigate your complaint. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so that you will have the use of the money during the time it takes us to complete our investigation. If we ask you to put your complaint or question in writing and we do not receive it within 10 business days, we may not credit your account.

  *Please note: Paper draft and paper check claims must be disputed within 30 days per Your Deposit Account Agreement.

**IMPORTANT DISCLOSURES TO OUR BUSINESS CUSTOMERS**

Errors related to any transaction on a business account will be governed by any agreement between us and/or all applicable rules and regulations governing such transactions, including the rules of the National Automated Clearing House Association (NACHA Rules) as may be amended from time to time. If you think this statement is wrong, please telephone us at the number listed on the front of this statement immediately.

**CONSUMER BILLING RIGHTS SUMMARY REGARDING YOUR RESERVE LINE**

*What To Do If You Think You Find A Mistake on Your Statement*

If you think there is an error on your statement, write to us at:

U.S. Bank, P.O. Box 3528, Oshkosh, WI 54903-3528.

In your letter, give us the following information:

- *Account information:* Your name and account number.
- *Dollar Amount:* The dollar amount of the suspected error.
- *Description of problem:* If you think there is an error on your bill, describe what you believe is wrong and why you believe it is a mistake.

You must contact us within 60 days after the error appeared on your statement.

You must notify us of any potential errors *in writing.* You may call us, but if you do we are not required to investigate any potential errors and you may have to pay the amount in question. While we investigate whether or not there has been an error, the following are true:

- We cannot try to collect the amount in question, or report you as delinquent on that amount.
- The charge in question may remain on your statement, and we may continue to charge you interest on that amount. But, if we determine that we made a mistake, you will not have to pay the amount in question or any interest or other fees related to that amount.
- While you do not have to pay the amount in question, you are responsible for the remainder of your balance.
- We can apply any unpaid amount against your credit limit.

**Reserve Line Balance Computation Method:** To determine your **Balance Subject to Interest Rate**, use the dates and balances provided in the Reserve Line Balance Summary section. The date next to the first Balance Subject to Interest is day one for that balance and is applicable up to (but not including) the date of the next balance (if there is one). We multiply the Balance Subject to Interest by the number of days it is applicable and add them up to get the same number of days in the billing cycle. We then divide the result by the number of billing days in the cycle. This is your **Balance Subject to Interest Rate**. Any unpaid interest charges and unpaid fees are not included in the Balance Subject to Interest. The ***INTEREST CHARGE*** begins from the date of each advance.

**REPORTS TO AND FROM CREDIT BUREAUS FOR RESERVE LINES**

We may report information about your account to credit bureaus. Late payments, missed payments or other defaults on your account may be reflected in your credit report.

**CONSUMER REPORT DISPUTES**

We may report information about account activity on consumer and small business deposit accounts and consumer reserve lines to Consumer Reporting Agencies (CRA). As a result, this may prevent you from obtaining services at other financial institutions. If you believe we have inaccurately reported information to a CRA, you may submit a dispute by calling 844.624.8230 or by writing to: U.S. Bank Attn: Consumer Bureau Dispute Handling (CBDH), P.O. Box 3447, Oshkosh, WI 54903-3447. In order for us to assist you with your dispute, you must provide: your name, address and phone number; the account number; the specific information you are disputing; the explanation of why it is incorrect; and any supporting documentation (e.g., affidavit of identity theft), if applicable.



EQUAL HOUSING LENDER

Member FDIC



HORIZONS HRS LTD
7547 CENTRAL PARKE BLVD
MASON OH  45040-6811

**Business Statement**

Account Number:
█████ 4325
Statement Period:
Jan 2, 2023
through
Jan 31, 2023
Page 2 of 2



## ANALYZED CHECKING                                                    (CONTINUED)

U.S. Bank National Association                          **Account Number** ████ **4325**

**Other Withdrawals (continued)**

| Date | Description of Transaction | | Ref Number | Amount |
|------|---------------------------|---|------------|--------|
| Jan 30 | Electronic Settlement | From HORIZONS HRS LTD | | 142,231.23- |
| | REF=230300164817670Y00 | SETTLMT PFACH ITEMS | | |
| | | **Total Other Withdrawals** | **$** | **181,348.91-** |

**Balance Summary**

| Date | Ending Balance | Date | Ending Balance | Date | Ending Balance |
|------|---------------|------|---------------|------|---------------|
| Jan  4 | 71,131.23 | Jan 18 | 72,092.28 | Jan 25 | 72,691.37 |
| Jan 11 | 71,850.83 | Jan 23 | 71,971.77 | Jan 30 | 81,113.08 |
| Jan 17 | 71,653.52 | | | | |

Balances only appear for days reflecting change.

This page intentionally left blank