EXHIBIT 9

# KATZMELINGER
280 MADISON AVENUE, SUITE 600
NEW YORK, NEW YORK 10016
www.katzmelinger.com

Nicole Grunfeld
Katz Melinger PLLC

o: 212.460.0047
f: 212.428.6811
ndgrunfeld@katzmelinger.com

April 11, 2019

**VIA USPS CERTIFIED MAIL**
Horizons HRS, Ltd.
Attn: General Counsel, Human Resources
7547 Central Parke Blvd.
Mason, Ohio 45040

Tico Express, Inc.
3702 Avenue J
Brooklyn, New York 11210

Eurosoft Inc. d/b/a Stark Talent
One Pierrepont Plaza
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201

    **Re:** *Gonzalez et al. v. Employer Solutions Staffing Group, LLC, et al.*
             <u>**Civil Action No. 19-cv-0127**</u>

To Whom It May Concern:

    We represent the plaintiffs, Tiffany Gonzalez, Jason Esaw, Marcques McCall, and Kaydian Ferguson (collectively, "Plaintiffs"), in the above-referenced matter. On January 8, 2019, Plaintiffs commenced a lawsuit against Employer Solutions Staffing Group, LLC ("ESSG"), Horizons HRS, Ltd. ("Horizons"), Eurosoft Inc. d/b/a Stark Talent ("Stark"), Tico Express, Inc. ("Tico Express"), Fernando Brown, and Gary Hargrove (collectively, "Defendants"), alleging claims for overtime violations, pursuant to the Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201, *et seq.* ("FLSA"), and the New York Labor Law §§ 190 *et seq.* and 650 *et seq* ("NYLL"); as well as failure to timely pay wages, and failure to provide wage and payroll notices under the NYLL.

    On January 9, 2019, our office mailed Defendants a notice of the lawsuit and a request to waive service of the summons and complaint. When we failed to receive executed waivers of service, our office proceeded to serve Defendants with process. Horizons, Stark, and Tico Express were served with process on March 11, 2019 and were required to submit an answer to Plaintiffs' complaint on or before April 1, 2019. As of the date of this letter, Horizons, Stark and Tico Express have neither appeared in the above referenced action nor filed a response to Plaintiffs' complaint.

April 11, 2019
Page 2

As Horizons, Stark, and Tico Express have failed to submit a timely answer or response to Plaintiffs' complaint, they are now in default. Accordingly, if Horizons, Stark, and Tico Express fail to respond to Plaintiffs' complaint on or before **April 22, 2019**, we will seek a default judgment against them.

Please contact our office with any questions.

Sincerely,

Nicole Grunfeld

# KATZMELINGER

280 MADISON AVENUE, SUITE 600
NEW YORK, NEW YORK 10016
www.katzmelinger.com

Nicole Grunfeld
Katz Melinger PLLC

o: 212.460.0047
f: 212.428.6811
ndgrunfeld@katzmelinger.com

February 6, 2020

**VIA EMAIL AND FIRST CLASS MAIL**
Horizons HRS, Ltd.
Attn: Ron Heineman
7547 Central Parke Blvd.
Mason, Ohio 45040
ron.heineman@horizonshrs.com

Tico Express, Inc.
3702 Avenue J
Brooklyn, New York 11210

Eurosoft Inc. d/b/a Stark Talent
One Pierrepont Plaza
300 Cadman Plaza West, 12th Floor
Brooklyn, New York 11201

Fernando Brown
c/o Tico Express, Inc.
3702 Avenue J
Brooklyn, New York 11210
ticoexpressdelivery@gmail.com

Gary Hargrove
One Avenue at Port Imperial
Apartment 1210
West New York, NJ 07093
ghargrove@gmail.com

    **Re:** *Gonzalez et al. v. Employer Solutions Staffing Group, LLC, et al.*
          **AAA Case No. 01-19-0002-2551**

To Whom It May Concern:

    As you know, we represent the claimants, Tiffany Gonzalez, Jason Esaw, Marcques McCall, and Kaydian Ferguson (collectively, "Claimants"), in the above-referenced matter.

February 6, 2020<br>Page 2

This letter serves as a reminder that the evidentiary hearing in this matter will commence on March 3, 2020 at 9:30 a.m. at the American Arbitration Association located at 120 Broadway, Floor 21, New York, New York 10271, and shall continue as necessary on March 4, 5, and 6, 2020.

You and/or the entity you represent are a named party in this matter. In the event that any party fails to appear at the hearing or otherwise present a defense in this matter, Claimants may seek a default judgment against such party.

Please contact our office with any questions.

Sincerely,<br><br>Nicole Grunfeld

Cc: Employer Solutions Staffing Group, LLC and
Employer Solutions Staffing Group II, LLC
c/o Rebecca J. Levine, Esq. (via e-mail only)
Judson B. Wagenseller (via email only)