EXHIBIT 10

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

TIFFANY GONZALEZ, JASON ESAW, MARCQUES
MCCALL, and KAYDIAN FERGUSON,

                                    Plaintiffs,

                    -against-

EMPLOYER SOLUTIONS STAFFING GROUP, LLC,
EMPLOYER SOLUTIONS STAFFING GROUP II, LLC,
HORIZONS HRS, LTD., EUROSOFT INC. d/b/a STARK
TALENT, TICO EXPRESS, INC., FERNANDO BROWN,
and GARY HARGROVE,

                                  Defendants.
-----------------------------------------------------------------------X

Civil Action No. 19-cv-00127

**INFORMATION
SUBPOENA WITH
RESTRAINING NOTICE**

**THE PEOPLE OF THE STATE OF NEW YORK**

To:         Horizons Hrs, LTD
             Attn: Legal Department

Address:    7547 Central Parke Blvd
             Mason, Ohio 45040

       **WHEREAS**, in an action in the United States District Court for the Eastern District of New York, between Tiffany Gonzalez, Jason Esaw, Marcques McCall, and Kaydian Ferguson, as plaintiffs, and Employer Solutions Staffing Group, LLC, Employer Solutions Staffing Group II, LLC, Horizons Hrs, LTD., Eurosoft Inc. d/b/a Stark Talent, Tico Express, Inc., Fernando Brown, and Gary Hargrove, as defendants, who are all the parties named in said action, a judgment was entered on March 27, 2024 in favor of Tiffany Gonzalez, Jason Esaw, Marcques McCall, and Kaydian Ferguson, judgment-creditors, and against Horizons Hrs, LTD., whose last known address is 7547 Central Parke Blvd, Mason, Ohio 45040, Eurosoft Inc. d/b/a Stark Talent, whose last known address is One Pierrepont Plaza, 300 Cadman Plaza West, 12th Floor, Brooklyn, New York 11201, Tico Express, Inc., whose last known address is 3702 Avenue J, Brooklyn, New York 11210, and Fernando Brown, whose last known address is 3702 Avenue J, Brooklyn, New York 11210, judgment-debtors, in the amount of $120,285.14, of which $120,285.14, together with interest thereon from March 27, 2024, remains due and unpaid; and

       **NOW, THEREFORE, WE COMMAND YOU,** that you answer in writing under oath, separately and fully, each question in the questionnaire accompanying this subpoena, each answer referring to the question to which it responds and that you return the answers together with the original of the questions within seven (7) days after your receipt of the questions and this subpoena.

       **TAKE NOTICE** that false swearing or failure to comply with this subpoena is punishable

as a contempt of court.

## RESTRAINING NOTICE

**WHEREAS**, it appears that you owe a debt to the judgment-debtor(s) or are in possession or in custody of property in which the judgment-debtor(s) has an interest,

**WHEREAS**, it appears that the judgment-debtor **Fernando Brown**, has a **Date of Birth of** ▮▮▮▮▮▮ and is associated with **Social Security Number** ▮▮▮▮▮▮▮.

**TAKE NOTICE** that pursuant to subdivision (b) of Section 5222 of the Civil Practice Law and Rules, which is set forth in full herein, you are hereby forbidden to make or suffer any sale, assignment or transfer of, or any interference with, any such property or pay over or otherwise dispose of any such debt except as therein provided.

## CIVIL PRACTICE LAW AND RULES

Section 5222(b) Effect of restraint; prohibition of transfer; duration.  A judgment-debtor served with a restraining notice is forbidden to make or suffer any sale, assignment, transfer or interference with any property in which he has an interest, except upon direction of the sheriff or pursuant to an order of the court, until the judgment is satisfied or vacated.  A restraining notice served upon a person other than the judgment-debtor is effective only if, at the time of service, he owes a debt to the judgment-debtor or he is in the possession or custody of property in which he knows or has reason to believe the judgment-debtor has an interest, or if the judgment-creditor has stated in the notice that a specified debt is owed by the person served to the judgment-debtor or that the judgment-debtor has an interest in specified property in the possession or custody of the person served.  All property in which the judgment-debtor is known or believed to have an interest then in and thereafter coming into the possession or custody of such a person, including any specified in the notice, and all debts of such a person, including any specified in the notice, then due and thereafter coming due to the judgment-debtor, shall be subject to the notice.  Such a person is forbidden to make or suffer any sale, assignment or transfer of, or any interference with, any such property, or pay over or otherwise dispose of any such debt, to any person other than the sheriff, except upon direction of the sheriff or pursuant to an order of the court, until the expiration of one year after the notice is served upon him, or until the judgment is satisfied or vacated, whichever event first occurs.  A judgment-creditor who has specified personal property or debt in a restraining notice shall be liable to the owner of the property or the person to whom the debt is owed, if other than the judgment-debtor, for any damages sustained by reason of the restraint.  If a garnishee served with a restraining notice withholds the payment of money belonging or owed to the judgment-debtor in an amount equal to twice the amount due on the judgment, the restraining notice is not effective as to other property or money.

**TAKE NOTICE** that disobedience of this Restraining Notice is punishable as a contempt of court.

I HEREBY CERTIFY THAT THIS INFORMATION SUBPOENA COMPLIES WITH RULE 5224 OF THE CIVIL PRACTICE LAW AND RULES AND SECTION 601 OF THE GENERAL BUSINESS LAW THAT I HAVE A REASONABLE BELIEF THAT THE PARTY RECEIVING THIS SUBPOENA HAS IN THEIR POSSESSION INFORMATION ABOUT THE DEBTOR THAT WILL ASSIST THE CREDITOR IN COLLECTING THE JUDGMENT.

Dated:  New York, New York
        June 25, 2024

_____
Adam Sackowitz
Katz Melinger PLLC
370 Lexington Avenue, Suite 1512
New York, New York 10017
t: (212) 460-0047
f: (212) 428-6811
ajsackowitz@katzmelinger.com
*Attorneys for Judgment-Creditors*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

TIFFANY GONZALEZ, JASON ESAW, MARCQUES MCCALL, and KAYDIAN FERGUSON,

                                 Plaintiffs,

-against-

EMPLOYER SOLUTIONS STAFFING GROUP, LLC, EMPLOYER SOLUTIONS STAFFING GROUP II, LLC, HORIZONS HRS, LTD., EUROSOFT INC. d/b/a STARK TALENT, TICO EXPRESS, INC., FERNANDO BROWN, and GARY HARGROVE,

                                 Defendants.

-----------------------------------------------------------------------X

Civil Action No. 19-cv-00127

**QUESTIONS AND ANSWERS IN CONNECTION WITH INFORMATION SUBPOENA**

STATE OF NEW YORK    )

                            )     ss.:

COUNTY OF             )

_____, being duly sworn, deposes and says:

I am the _____ of _____ and in recipient of an information subpoena herein and of the original and a copy of questions accompanying said subpoena. The answers set forth below are made from information obtained from the records of the recipient.

1. Provide the names and addresses of each shareholder, member, or partner of the judgment-debtor.

1A.

2. Provide the names and addresses of each officer, director, or manager of the judgment-debtor.

2A.

3. Provide the names and addresses of any 'affiliated' entity of the judgment-debtor. For the purposes of this question 'affiliated' shall mean any non-publicly traded entity in which any shareholder/member/partner has an ownership interest in?

3A.

4. Provide each and every address of the judgment-debtor since January 1, 2012.

4A.

5. Provide the address of each and every parcel of real property owned by the judgment-debtor in the past 3 years.

5A.

6. Provide the address of each and every parcel of real property owned by the judgment-debtor as of the date of this subpoena.

6A.

7. Provide a description of each and every item of personal property owned by the judgment-debtor in the past 3 years, including but not limited to computers, stocks, cooperative apartments, telephone equipment, copiers, fax machines, office furniture, and supplies.

7A.

8. Provide a description of each and every item of personal property owned by the judgment-debtor as of the date of this subpoena, including but not limited to computers, stocks, cooperative apartments, telephone equipment, copiers, fax machines, office furniture and supplies.

8A.

9. Provide a description of any and all intellectual property owned by the judgment-debtor in the past 3 years.

9A.

10. Provide a description of any and all intellectual property owned by the judgment-debtor in the past 3 years.

10A.

11. Provide a description of any and all intellectual property owned by the judgment-debtor as of the date of the subpoena.

11A.

12. Does anyone hold any property or money in trust for the judgment-debtor? If so, provide the name and address of each such person.

12A.

13. Does the judgement-debtor have a bank, checking and/or savings account?

13A.

14. If the answer to Question 13 is in the affirmative, identify each bank or financial institution in which the judgment-debtor has an account, along with the account numbers and the current balance for each such account.

14A.

15. Has the judgement-debtor closed any bank account(s) in the last 2 years?

15A.

16. If the answer to Question 15 is in the affirmative, identify the bank(s) and the closed account(s) by account number.

16A.

17. Does the judgement-debtor have one or more safe deposit boxes? If so, provide the location of each box, the contents of the box and the names of all persons having access to each box.

17A.

18. Has the judgment-debtor had an insurance policy in the last 3 years?

18A.

19.  If the answer to Question 18 is in the affirmative, provide the name and address of each insurance company from which the judgment-debtor had a policy along with the policy numbers of each policy the judgement-debtor has had in the past 3 years.

19A.

20. Is the judgement-debtor a lessee of any property?

20A.

21. If the answer to Question 20 is in the affirmative, provide the address and Block and Lot number, and the name and address of the landlord, for each such property.

21A.

22.  If the answer to Question 20 is in the affirmative, provide a description of any such lease, the term(s) of the lease(s), the rent (including how often and when the rent is due), and whether any such lease is in writing. In the alternative, provide a copy of any such lease.

22A.

23. Is the judgement-debtor a lessor of any property?

23A.

24. If the answer to Question 23 is in the affirmative, provide the address and Block and Lot number for each such property, along with the names of any tenants who have occupied any such properties in the last 3 years.

24A.

25.  If the answer to Question 23 is in the affirmative, provide a description of any such lease, the term(s) of the lease(s), the rent (including how often and when the rent is due), and whether any such lease is in writing. In the alternative, provide a copy of any such lease.

25A.

26. Has the judgment-debtor sold, conveyed, gifted or assigned any property, real or personal, within the past 6 years?

26A.

27. If the answer to Question 26 is in the affirmative, identify any such property, and provide the approximate value of the property, the consideration received for the property, and the name and address of each purchaser, assignee or recipient of such property.

27A.

28. Does the judgment-debtor have any judgments in its favor?

28A.

29. If the answer to Question 28 is in the affirmative, identify the court, the index number of the action, the name of the judgment-debtor(s) and the amount(s) outstanding on the judgment(s).

29A.

30. Does any person or entity owe the judgment-debtor any money?

30A.

31. If the answer to Question 30 is in the affirmative, identify the person(s) or entities that owe money to the judgment-debtor by name and address, and provide the amount(s) owed by each such person or entity.

31A.

32. Does the judgment-debtor have any rights or interests in any action now pending in any court?

32A.

33. If the answer to Question 32 is in the affirmative, for any such action, identify the court, the index number of the action, the rights asserted by the judgment-debtor, and the potential value of said rights.

33A.

34. Is the judgment-debtor a party to any action now pending in any court?

34A.

35. If the answer to Question 34 is in the affirmative, for each such action, identify the court and the index number of the action.

35A.

36. Provide the name and address of each and every accountant, auditor, tax professional, and financial advisor that has provided services to the judgement debtor in the past 3 years.

36A.

37.  Provide the name and address of each and every person or entity that has provided services to the judgment-debtor in the past 3 years.

37A.

38.  For each person or entity listed in response to Question 37, (a) if the agreement to provide services to the judgment-debtor is in writing, provide a copy of the agreement and any amendments thereto, or in the alternative provide a description of the job to be performed or other identifying designation, the date of the contract, the date the work began, the date the work was completed, the amount paid to the judgment-debtor, the original contract amount and the agreed amount of any additions to the contract, or (b) if the agreement is oral, a description of the job to be performed or other identifying designation, the date of the contract, the date the work began, the date the work was completed, the amount paid to the judgment-debtor, the original contract amount and the agreed amount of any additions to the contract.

38A.

_____

Signature-print or type name beneath

 Sworn to before me this

_____day of_____,20___

_____

Notary Public

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

TIFFANY GONZALEZ, JASON ESAW, MARCQUES
MCCALL, and KAYDIAN FERGUSON,

                                      Plaintiffs,

                 -against-

EMPLOYER SOLUTIONS STAFFING GROUP, LLC,
EMPLOYER SOLUTIONS STAFFING GROUP II, LLC,
HORIZONS HRS, LTD., EUROSOFT INC. d/b/a STARK
TALENT, TICO EXPRESS, INC., FERNANDO BROWN,
and GARY HARGROVE,

                                   Defendants.

-----------------------------------------------------------------------X

Civil Action No. 19-cv-00127

**QUESTIONS AND
ANSWERS IN
CONNECTION WITH
INFORMATION
SUBPOENA**

STATE OF NEW YORK     )

                          )     ss.:

COUNTY OF             )

_____, being duly sworn, deposes and says:

I am the _____ of _____ and in recipient of an information subpoena herein and of the original and a copy of questions accompanying said subpoena. The answers set forth below are made from information obtained from the records of the recipient.

1. Provide the names and addresses of each shareholder, member, or partner of the judgment-debtor.

1A.

2. Provide the names and addresses of each officer, director, or manager of the judgment-debtor.

2A.


3. Provide the names and addresses of any 'affiliated' entity of the judgment-debtor. For the purposes of this question 'affiliated' shall mean any non-publicly traded entity in which any shareholder/member/partner has an ownership interest in?

3A.


4. Provide each and every address of the judgment-debtor since January 1, 2012.

4A.


5. Provide the address of each and every parcel of real property owned by the judgment-debtor in the past 3 years.

5A.

6. Provide the address of each and every parcel of real property owned by the judgment-debtor as of the date of this subpoena.

6A.

7. Provide a description of each and every item of personal property owned by the judgment-debtor in the past 3 years, including but not limited to computers, stocks, cooperative apartments, telephone equipment, copiers, fax machines, office furniture, and supplies.

7A.

8. Provide a description of each and every item of personal property owned by the judgment-debtor as of the date of this subpoena, including but not limited to computers, stocks, cooperative apartments, telephone equipment, copiers, fax machines, office furniture and supplies.

8A.

9. Provide a description of any and all intellectual property owned by the judgment-debtor in the past 3 years.

9A.

10. Provide a description of any and all intellectual property owned by the judgment-debtor in the past 3 years.

10A.

11. Provide a description of any and all intellectual property owned by the judgment-debtor as of the date of the subpoena.

11A.

12. Does anyone hold any property or money in trust for the judgment-debtor? If so, provide the name and address of each such person.

12A.

13. Does the judgement-debtor have a bank, checking and/or savings account?

13A.

14. If the answer to Question 13 is in the affirmative, identify each bank or financial institution in which the judgment-debtor has an account, along with the account numbers and the current balance for each such account.

14A.

15. Has the judgement-debtor closed any bank account(s) in the last 2 years?

15A.

16. If the answer to Question 15 is in the affirmative, identify the bank(s) and the closed account(s) by account number.

16A.

17. Does the judgement-debtor have one or more safe deposit boxes? If so, provide the location of each box, the contents of the box and the names of all persons having access to each box.

17A.

18. Has the judgment-debtor had an insurance policy in the last 3 years?

18A.

19.  If the answer to Question 18 is in the affirmative, provide the name and address of each insurance company from which the judgment-debtor had a policy along with the policy numbers of each policy the judgement-debtor has had in the past 3 years.

19A.

20. Is the judgement-debtor a lessee of any property?

20A.

21. If the answer to Question 20 is in the affirmative, provide the address and Block and Lot number, and the name and address of the landlord, for each such property.

21A.



22.  If the answer to Question 20 is in the affirmative, provide a description of any such lease, the term(s) of the lease(s), the rent (including how often and when the rent is due), and whether any such lease is in writing. In the alternative, provide a copy of any such lease.

22A.

23. Is the judgement-debtor a lessor of any property?

23A.

24. If the answer to Question 23 is in the affirmative, provide the address and Block and Lot number for each such property, along with the names of any tenants who have occupied any such properties in the last 3 years.

24A.

25.  If the answer to Question 23 is in the affirmative, provide a description of any such lease, the term(s) of the lease(s), the rent (including how often and when the rent is due), and whether any such lease is in writing. In the alternative, provide a copy of any such lease.

25A.

26. Has the judgment-debtor sold, conveyed, gifted or assigned any property, real or personal, within the past 6 years?

26A.

27. If the answer to Question 26 is in the affirmative, identify any such property, and provide the approximate value of the property, the consideration received for the property, and the name and address of each purchaser, assignee or recipient of such property.

27A.

28. Does the judgment-debtor have any judgments in its favor?

28A.

29. If the answer to Question 28 is in the affirmative, identify the court, the index number of the action, the name of the judgment-debtor(s) and the amount(s) outstanding on the judgment(s).

29A.

30. Does any person or entity owe the judgment-debtor any money?

30A.

31. If the answer to Question 30 is in the affirmative, identify the person(s) or entities that owe money to the judgment-debtor by name and address, and provide the amount(s) owed by each such person or entity.

31A.

32. Does the judgment-debtor have any rights or interests in any action now pending in any court?

32A.

33. If the answer to Question 32 is in the affirmative, for any such action, identify the court, the index number of the action, the rights asserted by the judgment-debtor, and the potential value of said rights.

33A.

34. Is the judgment-debtor a party to any action now pending in any court?

34A.

35. If the answer to Question 34 is in the affirmative, for each such action, identify the court and the index number of the action.

35A.

36. Provide the name and address of each and every accountant, auditor, tax professional, and financial advisor that has provided services to the judgement debtor in the past 3 years.

36A.

37.  Provide the name and address of each and every person or entity that has provided services to the judgment-debtor in the past 3 years.

37A.

38.  For each person or entity listed in response to Question 37, (a) if the agreement to provide services to the judgment-debtor is in writing, provide a copy of the agreement and any amendments thereto, or in the alternative provide a description of the job to be performed or other identifying designation, the date of the contract, the date the work began, the date the work was completed, the amount paid to the judgment-debtor, the original contract amount and the agreed amount of any additions to the contract, or (b) if the agreement is oral, a description of the job to be performed or other identifying designation, the date of the contract, the date the work began, the date the work was completed, the amount paid to the judgment-debtor, the original contract amount and the agreed amount of any additions to the contract.

38A.

_____

Signature-print or type name beneath

 Sworn to before me this

_____day of_____,20__

_____

Notary Public