EXHIBIT 11

# KatzMelinger

370 Lexington Avenue, Suite 1512
New York, New York 10017
www.katzmelinger.com

| | |
|---|---|
| Luisaura Castillo | t: (212) 460-0047 |
| Katz Melinger PLLC | f: (212) 428-6811 |
| | lcastillo@katzmelinger.com |

August 22, 2024

**Via USPS First Class Mail**
Horizons Hrs, LTD
Attn: Legal Department
7547 Central Parke Blvd
Mason, Ohio 45040

    Re:   *Tiffany Gonzalez et al. v. Employer Solutions Staffing Group, LLC et al.*
            **Civil Action No. 19-cv-00127**

To Whom It May Concern:

    Our office represents the judgment creditor, Tiffany Gonzalez, Jason Esaw, Marcques McCall, and Kaydian Ferguson, in the above-captioned matter.

    On June 25, 2024, an Information Subpoena and two sets of Questions and Answers ("Information Subpoena") were served on you. The Information Subpoena required you to provide written responses to the questionnaire within seven (7) days of your receipt of the Information Subpoena.

    Our office has not received a response to the Information Subpoena or any other communication from you. We demand that you comply with the Information Subpoena by providing our office with complete responses to all of the requested information on or before **September 5, 2024**. Failure to comply could result in our office seeking to hold you in contempt of court.

    Please feel free to contact us should you have any questions.

                                                Sincerely,

                                                Luisaura Castillo

# K<small>ATZ</small>M<small>ELINGER</small>

370 L<small>EXINGTON</small> A<small>VENUE</small>, S<small>UITE</small> 1512
N<small>EW</small> Y<small>ORK</small>, N<small>EW</small> Y<small>ORK</small> 10017
www.katzmelinger.com

Luisaura Castillo  
Katz Melinger PLLC

t: (212) 460-0047  
f: (212) 428-6811  
lcastillo@katzmelinger.com

October 25, 2024

**V<small>IA</small> USPS F<small>IRST</small> C<small>LASS</small> M<small>AIL</small>**
Horizons Hrs, LTD
Attn: Legal Department
7547 Central Parke Blvd
Mason, Ohio 45040

Re: ***Tiffany Gonzalez et al. v. Employer Solutions Staffing Group, LLC et al.***
***Civil Action No. 19-cv-00127***

To Whom It May Concern:

Our office represents the judgment creditor, Tiffany Gonzalez, Jason Esaw, Marcques McCall, and Kaydian Ferguson, in the above-captioned matter.

On June 25, 2024, an Information Subpoena and two sets of Questions and Answers ("Information Subpoena") were served on you. The Information Subpoena required you to provide written responses to the questionnaire within seven (7) days of your receipt of the Information Subpoena. On August 22, 2024, the enclosed correspondence following up with the Information Subpoena, was sent to you.

Our office has not received a response to the Information Subpoena or any other communication from you. We demand that you comply with the Information Subpoena by providing our office with complete responses to all of the requested information on or before **November 8, 2024**. Failure to comply could result in our office seeking to hold you in contempt of court.

Please feel free to contact us should you have any questions.

Sincerely,

*Luisaura Castillo*

Luisaura Castillo

Enclosure