UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------------X
TIFFANY GONZALEZ, JASON ESAW,
MARCQUES MCCALL, and KAYDIAN FERGUSON,

                                      Plaintiffs,

                v.

EMPLOYER SOLUTIONS STAFFING GROUP, LLC,
EMPLOYER SOLUTIONS STAFFING GROUP II, LLC,
HORIZONS HRS, LTD., EUROSOFT INC. d/b/a STARK
TALENT, TICO EXPRESS, INC., FERNANDO BROWN,
and GARY HARGROVE,

                                      Defendants.
---------------------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

Civ. Action No.
19-cv-00127 (ENV)(PK)

      I, Diomicsa Hernandez, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows: that on the 27th day of August 2025, I served the within Report and Recommendation and Court Order adopting Report and Recommendations Dated August 26, 2025, on the following, via the United States Postal Service within New York State by first class mail:

Horizons HRS, Ltd.
7547 Central Parke Blvd.
Mason, OH 45040

By: _____
     Diomicsa Hernandez