UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------------X
TIFFANY GONZALEZ, JASON ESAW,
MARCQUES MCCALL, and KAYDIAN FERGUSON,

                              Plaintiffs,

        v.

EMPLOYER SOLUTIONS STAFFING GROUP, LLC,
EMPLOYER SOLUTIONS STAFFING GROUP II, LLC,
HORIZONS HRS, LTD., EUROSOFT INC. d/b/a STARK
TALENT, TICO EXPRESS, INC., FERNANDO BROWN,
and GARY HARGROVE,

                              Defendants.
----------------------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

Civ. Action No.
19-cv-00127 (ENV)(PK)

     I, Diomicsa Hernandez, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows: that on the 28th day of August 2025, I served the within Scheduling Order Dated August 28, 2025, on the following, via the United States Postal Service within New York State by first class mail:

Horizons HRS, Ltd.
7547 Central Parke Blvd.
Mason, OH 45040

U.S. Bank, N.A.
Attn: Legal Department
Address: 425 Walnut Street
Cincinnati, OH 45202

EUROSOFT INC. d/b/a STARK TALENT
One Pierrepont Plaza
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201

TICO EXPRESS, INC.
3702 Avenue J
Brooklyn, NY 11210

FERNANDO BROWN
c/o Tico Express, Inc.
3702 Avenue J
Brooklyn, NY 11210

_____
Diomicsa Hernandez