UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

TIFFANY GONZALEZ, JASON ESAW,
MARCQUES MCCALL, and KAYDIAN FERGUSON,

                          Plaintiffs,

        v.

EMPLOYER SOLUTIONS STAFFING GROUP, LLC,
EMPLOYER SOLUTIONS STAFFING GROUP II, LLC,
HORIZONS HRS, LTD., EUROSOFT INC. d/b/a STARK
TALENT, TICO EXPRESS, INC., FERNANDO BROWN,
and GARY HARGROVE,

                          Defendants.

-------------------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

Civ. Action No.
19-cv-00127

      I, Diomicsa Hernandez, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows: that on the 5th day of September 2025, I served the within Order Regarding Motion to Adjourn Conference Dated September 4, 2025, on the following, via the United States Postal Service within New York State by first class mail:

Horizons HRS, Ltd.
7547 Central Parke Blvd.
Mason, OH 45040

U.S. Bank, N.A.
Attn: Legal Department
Address: 425 Walnut Street
Cincinnati, OH 45202

EUROSOFT INC. d/b/a STARK TALENT
One Pierrepont Plaza
300 Cadman Plaza West, 12th Floor
Brooklyn, NY 11201

TICO EXPRESS, INC.
3702 Avenue J
Brooklyn, NY 11210

FERNANDO BROWN
c/o Tico Express, Inc.
3702 Avenue J
Brooklyn, NY 11210

_____
Diomicsa Hernandez

KATZMELINGER
370 LEXINGTON AVENUE, SUITE 1512
NEW YORK, NEW YORK 10017
www.katzmelinger.com

Zachary A. Westenhoefer                                                                o: 212.460.0047
Katz Melinger PLLC                                                                      f : 212.428.6811
                                                                          zawestenhoefer@katzmelinger.com

September 12, 2025

**Via ECF**
Honorable Peggy Kuo
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    ***Tiffany Gonzalez et al. v. Employer Solutions Staffing Group, LLC et al.***
             **Civil Action No. 19-cv-00127**

Your Honor:

    Our office represents the Plaintiffs in the above-referenced matter. We respectfully submit this letter to offer our sincere apologies for the late filing of the Certificate of Service pertaining to the Court's Order regarding the Motion to adjourn Conference to September 30, 2025, before Your Honor (Dkt. No. 76).

    The delay was an unintentional oversight, we sincerely apologize for any inconvenience this may have caused and greatly appreciate the Court's time and understanding.

                                                              Sincerely,

                                                             /s/ Zachary Westenhoefer