UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------------X

TIFFANY GONZALEZ, JASON ESAW,
MARCQUES MCCALL, and KAYDIAN FERGUSON,

                           Plaintiffs,

       v.

EMPLOYER SOLUTIONS STAFFING GROUP, LLC,
EMPLOYER SOLUTIONS STAFFING GROUP II, LLC,
HORIZONS HRS, LTD., EUROSOFT INC. d/b/a STARK
TALENT, TICO EXPRESS, INC., FERNANDO BROWN,
and GARY HARGROVE,

                           Defendants.

-------------------------------------------------------------------------X

**CERTIFICATE OF SERVICE**

Civ. Action No.
19-cv-00127

     I, Anissa Rodriguez, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows: that on the 16th day of January 2026, I served the within: (a) Minute Entry and Order Dated July 10, 2025; (b) Report and Recommendation Dated August 7, 2025; (c) Order adopting Report and Recommendation Dated August 26, 2025; (d) Minute Entry Order Dated September 30, 2025; (e) Order to Show Cause Dated December 30, 2025; and (f) Transcript of Show Cause Hearing Held on September 30, 2025 on the following, via the United States Postal Service within New York State by Certified mail:

U.S. Bank National Association
Attn: Legal Department – Subpoena Processing
Mail Code BC-MN-H21P
800 Nicollet Mall, 21st Floor
Minneapolis, MN 55402

                                              _____
                                              Anissa Rodriguez