## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

Purchased/Filed: July 7, 2025

Index #   19-cv-00127 (ENV) (PK)

*Tiffany Gonzalez, et al.*
Plaintiff

against

*Employer Solutions Staffing Group, LLC, et al.*
Defendant

STATE OF NEW YORK
COUNTY OF ALBANY       SS.:

_____ Maxwell Schuster _____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____ February 4, 2026 _____, at _11:00 AM_, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Order to Show Cause with Declaration of Adam Sackowitz in Support of Plaintiff's Motion with Supporting Exhibits                                                                 on

_____ US Bank N.A. _____, the

Defendant in this action, by delivering to and leaving with _____ Bryan Millner _____,

AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, _1_ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee _40_ dollars; That said service was made pursuant to Section _307 Business Corporation Law_. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant

Description of the person served:  Approx. Age: 22 - 35 Yrs.   Approx. Wt:  161-200   Approx. Ht: 5' 4" - 5' 8"

Color of skin:   White   Hair color:   Brown   Sex:   Male   Other: _____

Sworn to before me on this

_17th_  day of March 2026

_____
HEATHER MORIGERATO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MO6261464
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES MAY 14, 2028

_____
Maxwell Schuster
**Attny's File No.**
Invoice·Work Order # S1937584

*SERVICO. INC. P.O. BOX 871. ALBANY. NY 12201*

## UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

*Tiffany Gonzalez, et al.*

*vs*

*Employer Solutions Staffing Group, LLC, et al.*

### SUPPLEMENTAL AFFIDAVIT OF SERVICE/MAILING

Maxwell Schuster  ,being duly sworn, says:

I am over the age of 18 years and am not a party to this action.  On **2/20/2026** I sent on behalf of the Plaintiff herein a copy of the

Order to Show Cause with Declaration of Adam Sackowitz in Support of Plaintiff's Motion with Supporting Exhibits

with notice of the service upon the Secretary of State thereof to **US Bank N.A.**, the Defendant herein, by **Registered** mail **#RF554793752US** in a securely sealed envelope with sufficient postage thereon with return receipt requested addressed to:

US Bank N.A.


800 Nicollet mall
Minneapolis, Minnesota 55402


ATTACHED HERETO AND MADE A PART HEREOF IS THE
☒ RETURN RECEIPT FROM THE DEFENDANT
☐ RETURNED MAIL
    ☐ UNCLAIMED
    ☐ RETURNED TO SENDER
    ☐ UNDELIVERABLE AS ADDRESSED


Sworn to before me on this

___17th___ day of March 2026

_____
HEATHER MORIGERATO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01MO6261464
QUALIFIED IN ALBANY COUNTY
COMMISSION EXPIRES MAY 14, 2028

_____
Maxwell Schuster
**Attny's File No.**
Invoice•Work Order #  S1937584


*SERVICO, INC. P.O. BOX 871, ALBANY, NY 12201*



**Registered No.**

**Date Stamp**

| | |
|---|---|
| Postage $ | Extra Services & Fees *(continued)* ☐ Signature Confirmation $ ☐ Signature Confirmation Restricted Delivery $ |
| Extra Services & Fees ☐ Registered Mail $ ☐ Return Receipt *(hardcopy)* $ ☐ Return Receipt *(electronic)* $ ☐ Restricted Delivery $ | **Total Postage & Fees** $ |
| Customer Must Declare Full Value $ | Received by    USP  Domestic Insurance up to $50,000 is included based upon the declared value. International Indemnity is limited. (See Reverse). |

To Be Completed By Post Office

RF 554 793 752 US

To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed

OFFICIAL USE

FROM  **PO Box 871**  Albany, NY 12201

TO  US Bank N.A  800 Nicollet Mall  Minneapolis, Minnesota 55402

PS Form **3806, Registered Mail Receipt**  April 2015, PSN 7530-02-000-9051  For domestic delivery information, visit our website at *www.usps.com* ®

*Copy 1 - Customer*  *(See Information on Reverse)*

---

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US Bank N.A.  800 Nicollet Mall  Minneapolis, Minnesota 55402

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 7901 2234 6405 23

2. Article Number *(Transfer from service label)*

RF 554 793 752 US

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature  X _____  ☐ Agent  ☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes  If YES, enter delivery address below:  ☐ No

3. Service Type
- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☐ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- ☐ Insured Mail
- ☐ Insured Mail Restricted Delivery (over $500)

- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt